UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HUNTINGTON TECHNOLOGY FINANCE, INC., f/k/a MACQUARIE EQUIPMENT FINANCE, INC., f/k/a MACQUARIE EQUIPMENT FINANCE, LLC, | : : : : : | CIVIL ACTION NO. 3:18-cv-01708-VLB |
| Plaintiff, | : : | |
| vs. | : : | |
| GARETT ALAN NEFF a/k/a GARY NEFF, JOHN MARK SCHMID, and DAVID KARL SCHMID, | : : : : | July 26, 2019 |
| Defendants, | : | |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a) and D. Conn. L. Civ. R. 56, defendants Garett Neff ("Neff"), John Schmid ("J. Schmid") and David Schmid ("D. Schmid," and together with Neff and J. Schmid, the "Defendants") respectfully move this Court to enter partial summary judgment in that the Plaintiff is not entitled to a Lessor's Return (as defined in the Complaint filed in this action and the exhibits thereto), default interest prior to October 2, 2019, or taxes. The grounds for this motion are set forth in the accompanying memorandum of law, filed pursuant to D. Conn. L. Civ. R. 7, and the Defendants' Local Rule 56(a)(1) Statement of Material Fact As To Which The Defendants Contend There Is No Genuine Issue To Be Tried In Support Of Defendants' Motion For Partial Summary Judgement. There is no genuine dispute as to any material fact and the Defendants are entitled to judgment as a matter of law on the foregoing.

1

**ORAL ARGUMENT IS REQUESTED**

**Therefore, the Defendants respectfully ask the Court to enter partial summary judgment in their favor.**

                                        **GARETT ALAN NEFF ALSO KNOWN AS GARY NEFF, JOHN MARK SCHMID AND DAVID KARL SCHMID**

                                        ***/s/ Eric A. Henzy***
**Eric A. Henzy (ct12849)**
**Christopher H. Blau (ct30120)**
**Zeisler & Zeisler, P.C.**
**10 Middle Street, 15th Floor**
**Bridgeport, CT  06604**
**Telephone: 203-368-4234**
**Email: ehenzy@zeislaw.com**
           **cblau@zeislaw.com**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Eric A. Henzy*
　　　　　　　　　　　　　　　　　　　　　　**Eric A. Henzy (ct12849)**