UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HUNTINGTON TECHNOLOGY FINANCE,** **INC., f/k/a MACQUARIE EQUIPMENT FINANCE, INC., f/k/a MACQUARIE EQUIPMENT FINANCE, LLC,** | : : : : : | **CIVIL ACTION NO. 3:18-cv-01708-VLB** |
| **Plaintiff,** | : : | |
| vs. | : : | |
| **GARETT ALAN NEFF a/k/a GARY NEFF, JOHN MARK SCHMID, and DAVID KARL SCHMID,** | : : : : | July 26, 2019 |
| **Defendants,** | : | |

# EXHIBIT 1

## EXHIBIT TABLE OF CONTENTS

| Exhibit[1] | Name |
|---|---|
| **Exhibit 2** | **Complaint** |
| **Exhibit 3** | **Defendants' Answer and Affirmative Defenses to the Complaint** |
| **Exhibit 4** | **Neff Declaration** |
| **Exhibit 5** | **Display Agreement** |
| **Exhibit 6** | **Equipment Purchase Agreement** |
| **Exhibit 7** | **GMCT/GMNY Guaranty** |
| **Exhibit 8** | **Pledge and Security Agreement** |

---

[1] Numbered exhibits are exhibits to the Defendants' Local Rule 56(a)(1) Statement of Material Facts as to Which the Defendants Contend There is No Genuine Issue to be Tried in Support of Defendants' Motion for Partial Summary Judgment. Lettered exhibits are exhibits to the Defendants' Memorandum of Law in Support of Motion for Partial Summary Judgment, provided for the Court's convenience.

1

| | |
|---|---|
| **Exhibit 9** | **Equity Power (GMCT)** |
| **Exhibit 10** | **Pledge Agreement** |
| **Exhibit 11** | **Equity Power (Defendants)** |
| **Exhibit 12** | **Magrin/Zimmeth Email of 8/30/10** |
| **Exhibit 13** | **Mr. Zimmeth Deposition Transcript** |
| **Exhibit 14** | **Kitchen/Glodich Email of 1/17/18** |
| **Exhibit 15** | **"Write Off" Memo** |
| **Exhibit 16** | **Mr. Kitchen Deposition Transcript** |
| **Exhibit A** | **NY Commissioner of Taxation and Finance Advisory Opinion, Petition No. S970806E** |
| **Exhibit B** | **NY Commissioner of Taxation and Finance Advisory Opinion, Petition No. S960708A** |