# EXHIBIT 11

# EQUITY POWER

FOR VALUE RECEIVED, the undersigned, John Schmid ("**Pledgor**"), does hereby sell, assign and transfer to _____* all of its Equity Interests (as hereinafter defined) in Garage Media, LLC, a Connecticut limited liability company ("**Issuer**"), standing in the name of Pledgor on the books of said Issuer. Pledgor does hereby irrevocably constitute and appoint _____*, as attorney, to transfer the Equity Interest in said Issuer with full power of substitution in the premises. The term "**Equity Interest**" means any security, share, unit, partnership interest, membership interest, ownership interest, equity interest, option, warrant, participation, "equity security" (as such term is defined in Rule 3(a)11 1 of the General Rules and Regulations of the Securities Exchange Act of 1934, as amended, or any similar statute then in effect, promulgated by the Securities and Exchange Commission and any successor thereto) or analogous interest (regardless of how designated) of or in a corporation, partnership, limited partnership, limited liability company, limited liability partnership, business trust or other entity, of whatever nature, type, series or class, whether voting or nonvoting, certificated or uncertificated, common or preferred, and all rights and privileges incident thereto.

Dated:_____   ***PLEDGOR:**

_____
Name:

Issuer acknowledges the foregoing assignment and that it has been recorded and effected.

Issuer acknowledges the foregoing assignment and that it has been recorded and effected.

**GARAGE MEDIA NY, LLC**

By: GARAGE MEDIA, LLC
    Manager

By: _____
Name: Garett Neff
Its: Member

*To Remain Blank - Not Completed at Closing

80070000

# EQUITY POWER

FOR VALUE RECEIVED, the undersigned, *David K. Schmid* ("**Pledgor**"), does hereby sell, assign and transfer to _____* all of its Equity Interests (as hereinafter defined) in Garage Media, LLC, a Connecticut limited liability company ("**Issuer**"), standing in the name of Pledgor on the books of said Issuer. Pledgor does hereby irrevocably constitute and appoint _____*, as attorney, to transfer the Equity Interest in said Issuer with full power of substitution in the premises. The term "**Equity Interest**" means any security, share, unit, partnership interest, membership interest, ownership interest, equity interest, option, warrant, participation, "equity security" (as such term is defined in Rule 3(a)11 1 of the General Rules and Regulations of the Securities Exchange Act of 1934, as amended, or any similar statute then in effect, promulgated by the Securities and Exchange Commission and any successor thereto) or analogous interest (regardless of how designated) of or in a corporation, partnership, limited partnership, limited liability company, limited liability partnership, business trust or other entity, of whatever nature, type, series or class, whether voting or nonvoting, certificated or uncertificated, common or preferred, and all rights and privileges incident thereto.

Dated:_____         *__**PLEDGOR**:__

_____
Name:

Issuer acknowledges the foregoing assignment and that it has been recorded and effected.

Issuer acknowledges the foregoing assignment and that it has been recorded and effected.

**GARAGE MEDIA NY, LLC**

By: GARAGE MEDIA, LLC
     Manager
By: _____
Name: Garett Neff
Its: Member

*To Remain Blank - Not Completed at Closing

80070000

# EQUITY POWER

FOR VALUE RECEIVED, the undersigned, _Gary Neff_ ("**Pledgor**"), does hereby sell, assign and transfer to _____* all of its Equity Interests (as hereinafter defined) in Garage Media, LLC, a Connecticut limited liability company ("**Issuer**"), standing in the name of Pledgor on the books of said Issuer. Pledgor does hereby irrevocably constitute and appoint _____*, as attorney, to transfer the Equity Interest in said Issuer with full power of substitution in the premises. The term "**Equity Interest**" means any security, share, unit, partnership interest, membership interest, ownership interest, equity interest, option, warrant, participation, "equity security" (as such term is defined in Rule 3(a)11 1 of the General Rules and Regulations of the Securities Exchange Act of 1934, as amended, or any similar statute then in effect, promulgated by the Securities and Exchange Commission and any successor thereto) or analogous interest (regardless of how designated) of or in a corporation, partnership, limited partnership, limited liability company, limited liability partnership, business trust or other entity, of whatever nature, type, series or class, whether voting or nonvoting, certificated or uncertificated, common or preferred, and all rights and privileges incident thereto.

Dated:_____ *__**PLEDGOR:**__

_____
Name: _[signature]_

Issuer acknowledges the foregoing assignment and that it has been recorded and effected.
Issuer acknowledges the foregoing assignment and that it has been recorded and effected.

**GARAGE MEDIA NY, LLC**

By: GARAGE MEDIA, LLC
    Manager

By: _____
Name: Garett Neff
Its: Member

*To Remain Blank - Not Completed at Closing

80070000