# EXHIBIT 12

## John Zimmeth

| | |
|---|---|
| **From:** | Patty Magrin |
| **Sent:** | Monday, August 30, 2010 10:55 AM |
| **To:** | John Zimmeth; Lynn Stenback |
| **Cc:** | Garry Jones |
| **Subject:** | Garage Media -- Cost Update / Update on Open Items / Call today |

**Attachments:** GM - PABT Capital Requirements.xlsx

Hi John and Lynn,

I met with Gary Neff yesterday and we reviewed our responses to their feedback email on our term sheet:

1.) I outlined the requirements for MEF to release the Personal Guarantees as follows: PGs would be released after the fist rolling 12 month period where the ad revenues reach a $5.5 million total. A cash covenant will be put in place requiring a minimum of $500K cash balance in the company. No distributions to the owners can be made without MEF consent of the balances fall below $500K. Gary had no problem with the cash covenant; he says that is they way they would run the business. They are looking to grow and build this business, not take the cash out. I think he was probably hoping for the $5.5 million ad threshold to be a little lower, but I explained that A2a discussed that they were forecasting $5.7 million in the first year, so he accepted that.

2.) I explained how sales tax works. Gary revised the costs to reflect this, and sent me a spreadsheet with total costs (no sales tax), broken out by hard and soft. See attached spreadsheet.

3.) He is anxiously awaiting our FMV fixed renewal pricing. He did not fully understand the way the lease pricing works. He said that they way they were looking at it is that we have $789K in to the project after 5 years, have made our yield and will need to recoup that $789K. I explained that recouping that amount would only get us back to zero. So, we will be looking for a return on that investment. He said that obviously the return we are looking for is the key missing element to this right now. He would like to go with our proposal, but needs us to be fair with this pricing. I told him we would be fair and that I would get back to him today with the fixed renewal pricing.

4.) He liked (very much) that we would agree to use the deposit against the first four months of payments. He said that they are appreciative of the creativity of the offer, and the time we have taken to understand their business model. I explained that their first four lease payments would total $750K (including the sales tax), and that we would hold the remaining $300K of the deposit as security and apply it as the last two lease payments.

5.) Outside date of 1/31/11 is fine. He said there is a restriction from using a crane in that area of NYC in the month of December, so in case anything needs to be adjusted by GKD, they need January to do that. He was comfortable on that.

6.) He will come back to us with a recommendation on the language for the A2a Media Security section

8/30/2010

on our term sheet. He hopes to have that to me later today.

7.) (!) Timing:
     PABT wants to get the signed contract in place this week.  Garage Media wants to sign our contract basically at the same time as they sign the PABT contract.  He said that he doesn't really want to sign the PABT contract if he doesn't have a firm agreement as to how they will finance and with whom, but I explained that I was pretty sure we would want to have the PABT contract signed before we execute lease documents.  Gary has asked if we could use the redlined PABT contract that we sent to Andy on Friday morning to add whatever language we need to add and send to him as soon as possible.  They need to review that and go over it with PABT, finalize, etc and get a clean contract to PABT.  Lynn, if you can get that to me, that would be most appreciated.
     Once we get him the renewal pricing today, assuming it is acceptable, then we still need the language for the A2a section of our term sheet, which Gary is working on today.  Then, we can send him an equipment schedule, they can sign it and we can hold off on countersigning it until they can produce a signed PABT contract.  I didn't go through that with him, but I think having an equipment schedule would provide him the assurance that he needs that he has a fully negotiated deal with MEF prior to his signing with the PABT.  (I also want to make sure internally that you have everything you need from Australia because I want to be able to tell him that it is approved and that we will countersign as soon as the PABT contract is signed.)
     He still wants us to do everything possible to make this happen this week because of the crucial nature of the timeline for this Mesh being illuminated.  I told him to just get me what I need from him as soon as possible and I would try all I could to move mountains to be responsive.

John, when should we talk about the renewal pricing?  What works for you today?  Thanks!  Patty

Regards,

Patty Magrin
Regional Sales Manager
Macquarie Equipment Finance
(203) 250-9407  office
(203) 910-0062  cell

---

**From:** Gary Neff [mailto:gary@garage-media.com]
**Sent:** Sunday, August 29, 2010 11:55 PM
**To:** Patty Magrin
**Cc:** sfretty@jfco.com; 'David Schmid'; 'J Woodson'; john.schmid@propark.com
**Subject:** RE: Macquarie Term Sheet

Patty:

Thank you for taking the time to meet with me this weekend.

Attached is the summary of the capital requirements we discussed and draw schedule for the project. Please send over a draft contract for our review and any language your attorney would like us to add to the Display Agreement with CBSO.

8/30/2010

Gary Neff
Garage-Media LLC
203-314-7719

**From:** Gary Neff [mailto:gary@garage-media.com]
**Sent:** Friday, August 27, 2010 3:30 PM
**To:** 'Patty Magrin'
**Cc:** 'sfretty@jfco.com'; 'David Schmid'; 'J Woodson'; 'gary@garage-media.com'; 'john.schmid@propark.com'
**Subject:** FW: Macquarie Term Sheet
**Importance:** High

Patty:

Thank you for the proposal. We look forward to working through the program with you and the Macquarie team. We would like to address a few points and set a up a call with you as soon as possible to discuss these points after you have had a chance to review.

Display:  Please modify the terminology of the accent lighting. We will be providing lighting to illuminate approximately 25,000 square feet of the exterior area on the Bus Terminal. The term sheet represents that we installing 25,000 sq ft of lighting outside of the Mediamesh, which is inaccurate.

Also change the term Parking Garage to Bus Terminal throughout the agreement.  The property has both a Bus Terminal and a Parking Garage within.  We are installing the Mediamesh on the North East corner of the Bus Terminal.

Outside Date: We would like to better understand this term and the impact.  We are targeting a late November illumination, and punch list for the GKD and expecting completion of the punch list no later than January 2011.  The outside date should be either January 31, 2011 or in February 2011.

End of Lease Options: Please define the Fair Market Value computation.  We understand that the un-paid principal at the end of term is approximately $789,000, based on the 88% we discussed. We would like to understand how this value will be determined.

Principals Guaranty:  We discussed a burn off based on advertising sales success.  Can you provide the contract language in the proposal?

Sales Tax: Is the sales tax being financed or paid per month proportionate to the principal is payments?

Soft and additional costs: To clarify, in addition to the $1,000,000 paid to A2a, we have paid them $50,000 for the engineering services. We also have approximately $150,000 due to our Investment Banking partner (JF&Co) for put this project together as well as.  The original ask was for $6.9M.  We also have added $100,000 for bonding and $125,000 for Truss Lighting which is shown on the revised estimate.

Deposit:  Can we shift the $1,050,000 we have already invested with A2aMedia, to pay of the first 4 months and the balance on the back end, to provide us additional opportunity to build up cash flow?

A2aMedia:  We would like to clean up this section to stream line the process without your firm giving up any security.  I will discuss with A2a and comeback with a recommendation.

Timing:  How quickly can this move forward?  We had a payment due to A2a this week.  I think if we can push this through and make the next payment by end of next week we can maintain the schedule.

We would like to understand the costs of a Capital Lease, using the same values with a $1.00 buyout at

8/30/2010

the end of the 60 month term. Can you provide an alternative financial proposal.

Our team greatly appreciates the creative aspect of your proposal and is looking forward to a successful project and long term relationship.

Gary Neff
Garage-Media LLC
203-314-7719

**From:** Patty Magrin [mailto:Patty.Magrin@macquarie.com]
**Sent:** Wednesday, August 25, 2010 12:13 PM
**To:** Gary Neff; sfretty@jfco.com; john.schmid@propark.com; dave.schmid@propark.com
**Subject:** Macquarie Term Sheet

Hi all,

Here is the Macquarie detailed term sheet.  Please let me know when we can review this in detail today.  I will make myself available. Steve and I discussed perhaps after 5 PM EST, since Gary is in CA.

Regards,

Patty Magrin
Regional Sales Manager
Macquarie Equipment Finance
(203) 250-9407  office
(203) 910-0062  cell

**Important notice:** The information contained in this email is confidential. If you are not the intended recipient, you are not authorised to use the information in this email in any way.  If you received it in error, please tell us immediately by return email and delete this document. Macquarie Group does not guarantee the integrity of any e-mails or attached files and is not responsible for any changes made to them by any other person.

8/30/2010