# EXHIBIT 14

Message

| | |
|---|---|
| **From:** | Edward Kitchen [/O=HBIMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KITCHEN, EDWARD J - HB99887] |
| **Sent:** | 1/17/2018 8:18:15 PM |
| **To:** | John Glodich [john.glodich@huntington.com] |
| **Subject:** | RE: Garage Media Exposure |

John,

We will need to figure out the CARS amount listed. I add the comments below. Thanks, Ed

Edward J. Kitchen
Senior Vice President
Special Assets Team Leader
**The Huntington National Bank**
310 Grant Street
CAB11
Pittsburgh, PA 15219
**Edward.Kitchen@huntington.com**
Phone: 412.667.6527
Fax: 877.643.6517

**Huntington**

*The contents of this e-mail are for discussion purposes only, and are neither an offer nor an agreement by the Bank. No terms or conditions shall be binding on the bank until the terms have been approved on multiple levels within the bank and the agreement has been memorialized in a formal written agreement signed by an authorized bank officer. Nothing contained herein and no act or omission by the Bank shall constitute a waiver of or limitation upon any of the Bank's rights or remedies, at law or in equity, which are expressly reserved, and shall be cumulative and non-exclusive.*

---

**From:** John Glodich
**Sent:** Wednesday, January 17, 2018 3:14 PM
**To:** Edward Kitchen <Edward.Kitchen@huntington.com>
**Subject:** FW: Garage Media Exposure

FYI

---

**From:** Jasbir Aulakh
**Sent:** Friday, January 12, 2018 9:25 AM
**To:** Mike Przytakoski <Mike.Przytakoski@huntington.com>
**Subject:** RE: Garage Media Exposure

Mike,

You and John are right, $400K is not correct. Net Exposure for Garage Media as of 12/31/2017 is as below

    Exposure @ 12/31/17:  $3,883,080.49 (not including tax on Open A/R)
    Security Deposit :  ($62,371.84)
    **Net Exposure :**  **$3,820,708.65**

Jasbir

---

**From:** Mike Przytakoski
**Sent:** Friday, January 12, 2018 9:09 AM

**To:** Jasbir Aulakh
**Subject:** Garage Media Exposure

Hi Jasbir,

I was hoping you could provide me with a "true" exposure for Garage Media. John and I think the $400k reflected in the most recent credit report seems low?

Thanks,

Mike


Mike Przytakoski
Comml Portfolio Manager
Office:  248.339.1385
Email: mike.przytakoski@huntington.com

**Huntington Technology Finance**
2285 Franklin Road, Bloomfield Hills, MI 48302



FOIA Confidential Treatment Requested
Confidential                                                              HTF001803
TFMP00000750