# EXHIBIT 15

Garage Media is an outdoor media technology company that helps to create landmark structures with digital architectural designs. These digital media façades work in harmony with the building, adding benefits to an urban environment with spectacular images, art, video, and advertising on the façade surface of the building.

HTF entered into a lease with Garage Media in June 2011. The collateral consists of a 6,000 sq. ft. Mediamesh display located at the Port Authority Bus Terminal (PABT) in Manhattan's Time Square. Since the inception of the transaction, the sign has fallen short of its projected revenues due to issues with sales management and the lighting of the display. The manufacturer of the bulbs for the display filed bankruptcy and is no longer in business and the borrower is unable purchase replacement bulbs. There is approximately one hundred rows of lighting in the display and only seventy percent of the bulbs are in working order. In February 2013, HTF restructured the sign lease extending the term, removing the residual risk and lowering the payment through the term. From early 2013 through to early 2014, the customer was punctual in its payments and was supported by its three principals (all of whom are guarantors under the lease) injecting $1.5MM. In early 2014, the customer replaced the original sales manager, A2a Media, with Clear Channel Outdoor (one of the largest outdoor advertising companies in the world) who also extended a line of credit to the business which was drawn upon to help supplement HTF's lease payments. In mid- 2014, the customer started to fall behind on its payments as the principals were discussing several deals with potential investors in the sign. The lease was downgraded to non-accrual in 2014 and is paid through December of the same year. HTF has not received any further payments since that time. In January 2018, SAD met with the guarantors at their office in Time Square regarding their intentions to retire the outstanding and requested current financial information on the guarantors and a short time line to enter into a lease agreement with PABT the expires December 31, 2018 and a buyer for the display to retire the HTF debt.

Based on the uncertainty of a sale of the display that has no value based on its present condition and financial condition of the company and guarantors a charge off in the amount of $3,883,080.49 is recommended.