IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HUNTINGTON TECHNOLOGY FINANCE, INC. f/k/a MACQUARIE EQUIPMENT FINANCE, INC. f/k/a MACQUARIE EQUIPMENT FINANCE, LLC**<br><br>            **Plaintiff,**<br><br>    vs.<br><br>**GARETT ALAN NEFF a/k/a GARY NEFF, JOHN MARK SCHMID, and DAVID KARL SCHMID**<br><br>            **Defendants.** | Case No. 3:18-cv-01708-VLB<br><br>HONORABLE VANESSA L. BRYANT |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Huntington Technology Finance, Inc. f/k/a Macquarie Equipment Finance, Inc. f/k/a Macquarie Equipment Finance, LLC ("Huntington"), by its attorneys, respectfully submit this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. In support thereof, Huntington relies upon the accompanying Brief in Support and Statement of Undisputed Material Facts, which are incorporated by reference as if fully set forth herein. Oral argument is requested.

[This space left intentionally blank.]

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: July 26, 2019 | METZ LEWIS BRODMAN MUST O'KEEFE LLC |
|  | By: */s/ Justin M. Tuskan* |
|  | John R. O'Keefe, Jr. (phv00948)<br>Justin M. Tuskan (phv00926)<br>535 Smithfield Street, Suite 800<br>Pittsburgh, PA 15222<br>Phone: (412) 918-1100<br>Fax: (412) 918-1199<br>jokeefe@metzlewis.com<br>jtuskan@metzlewis.com<br>*Attorneys for Plaintiff<br>Huntington Technology Finance, Inc.* |
|  | - and - |
|  | Thomas J. Sansone (ct00617)<br>**CARMODY TORRANCE SANDAK & HENNESSEY, LLP**<br>195 Church Street, 18th floor<br>New Haven, CT 06509<br>Phone (203) 777-5501<br>Fax: (203) 784-3199<br>tsansone@carmodylaw.com<br>*Attorneys for Plaintiff<br>Huntington Technology Finance, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion to for Summary Judgment was served upon the following counsel of record this 26th day of July, 2019 via the Court's Electronic Filing System:

Eric A. Henzy
Christopher H. Blau
Zeisler & Zeisler, P.C
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com
cblau@zeislaw.com
*Attorneys for Defendants*

**METZ LEWIS BRODMAN MUST O'KEEFE LLC**

*/s/ Justin M. Tuskan*
John R. O'Keefe, Jr.
Justin M. Tuskan