IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HUNTINGTON TECHNOLOGY FINANCE, INC. f/k/a MACQUARIE EQUIPMENT FINANCE, INC. f/k/a MACQUARIE EQUIPMENT FINANCE, LLC**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**GARETT ALAN NEFF a/k/a GARY NEFF, JOHN MARK SCHMID, and DAVID KARL SCHMID**<br><br>    **Defendants.** | Case No. 3:18-cv-01708-VLB<br><br>HONORABLE VANESSA L. BRYANT |

## ORDER OF COURT

AND NOW this \_\_\_ day of _____, 2019, upon consideration of the Motion for Summary Judgment (the "<u>Motion</u>") filed by Plaintiff Huntington Technology Finance, Inc. f/k/a Macquarie Equipment Finance, Inc. f/k/a Macquarie Equipment Finance, LLC ("<u>Huntington</u>"), and with all parties having the opportunity to be heard, it is hereby ORDERED that the Motion is GRANTED. Accordingly, summary judgment is granted in favor of Huntington and against Defendants Garett Alan Neff a/k/a Gary Neff, John Mark Schmid, and David Karl Schmid in the principal amount of $9,693,758.11, plus interest thereon at the applicable rate, all additional attorneys' fees and litigation costs, and all costs of suit.

_____, J.