```
 1              UNITED STATES DISTRICT COURT              10:10AM
               FOR THE DISTRICT OF CONNECTICUT
 2


 3


 4   HUNTINGTON TECHNOLOGY FINANCE, )
     INC. f/k/a MACQUARIE EQUIPMENT )   Civil Action No.
 5   FINANCE, LLC,                  )   3:18-cv-01708(VLB)
              Plaintiffs,           )
 6                                  )
     VS                             )
 7                                  )
     GARRETT ALAN NEFF a/k/a GARY   )
 8   NEFF, JOHN MARK SCHMID, and    )
     DAVID KARL SCHMID,             )
 9           Defendants.            )


10


11


12            DEPOSITION OF:  John Zimmeth
              DATE:           May 6, 2019
13            HELD AT:        Carmody, Torrance,
                              Sandak & Hennessey, LLP
14                            195 Church Street
                              New Haven, Connecticut
15


16


17


18


19


20


21


22      Reporter:  Robin Balletto, RMR, CSR #230


23            Cassian Reporting, LLC
                 21 Oak Street
24        Hartford, Connecticut  06106
                 860-595-7462


25
```

EXHIBIT
u

```
 1      APPEARANCES:

 2

           Representing the Plaintiffs:
 3
               Metz Lewis Brodman Must O'Keefe
 4             535 Smithfield Street, Suite 800
               Pittsburgh, Pennsylvania  15222
 5             By:  John R. O'Keefe, Jr., Esq.
               jokeefe@metzlewis.com
 6

 7

 8         Representing the Defendants:

 9             Zeisler & Zeisler, P.C.
               10 Middle Street, 15th Floor
10             Bridgeport, Connecticut  06604
               By:  Eric Henzy, Esq.
11             ehenzy@zeislaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              S T I P U L A T I O N S

 2

 3        It is stipulated that the reading and signing

 4  of the deposition transcript by the witness may be

 5  signed before any Notary Public.

 6

 7

 8

 9          T R A N S C R I P T   L E G E N D

10

11     (Sic)           - Exactly as said.

12     (Phonetic)      - Exact spelling not provided.

13     ( -- )          - Break in speech continuity and/or

14                       interrupted sentence.

15     (. . .)         - Indicates omission or word[s]

16                       when reading OR trailing off and

17                       not finishing a sentence.

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2

 3   Examinations                                  Page

 4   John Zimmeth,

 5      Direct Examination by Mr. Henzy             5

 6

 7

 8                      E X H I B I T S

 9

10   No.           Description                      Page

11   Exhibit 1     Interrogatories and Request for    6

12                 Production

13   Exhibit 2     Garage Media Amort Profile        62

14   Exhibit 3     Email dated 1/17/18               67

15   Exhibit 4     Email dated 9/20/18               71

16   Exhibit 5     Memo Bates Stamped HTF1700        72

17   Exhibit 6     Lease No. 001 Original            76

18   Exhibit 7     Amendment 1                       83

19   Exhibit 8     Amendment 2                       83

20   Exhibit 9     Amendment 3                       83

21   Exhibit 10    Amendment dated 3/31/13           83

22   Exhibit 11    Email dated 5/27/14              110

23

24      (Original exhibits returned to Attorney Henzy.)

25
```

Page 5

1    (Deposition commenced at 10:10 a.m.)

3    John Zimmeth, Deponent, having been first
4    duly sworn by Robin Balletto, RMR, a Notary
5    Public in and for the State of Connecticut,
6    was examined and testified as follows:

8        DIRECT EXAMINATION BY MR. HENZY

10   Q   Mr. Zimmeth, thank you for coming.  As you    10:10AM
11   know, I represent Garrett Neff, John Schmid and David   10:10AM
12   Schmid in an action styled Huntington Technology   10:10AM
13   Finance versus those three.  Are you familiar with   10:11AM
14   that action?   10:11AM
15   A   I am.   10:11AM
16   Q   Okay.  Have you ever had your deposition   10:11AM
17   taken before?   10:11AM
18   A   Yes.   10:11AM
19   Q   Approximately how many times?   10:11AM
20   A   Once.   10:11AM
21   Q   Once, okay.  So just some basic ground rules.   10:11AM
22   You may know all of these.  You need to answer   10:11AM
23   questions orally so the court reporter can take down   10:11AM
24   your answers.  No shakes of the head yes or no.   10:11AM
25   Please tell me if you don't understand a question.  My   10:11AM

Page 6

1    goal here is not to trick you.  If you need a break,   10:11AM
2    and I really mean this, either just a bathroom break   10:11AM
3    or to speak to your attorney, that's fine.  I am going   10:11AM
4    to ask that you answer any question that's pending at   10:11AM
5    the time.  If you remember any additional information   10:11AM
6    after a question has been asked and answered, you can   10:11AM
7    always state, and we can go back and go over that.   10:11AM
8    If you think there are any documents that might be   10:11AM
9    helpful in answering any question that I ask you, you   10:12AM
10   can so state, and we can deal with that.  So far so   10:12AM
11   good?   10:12AM
12   A   Yes.   10:12AM
13   Q   Other than having to take a late-night flight   10:12AM
14   and make your way down here, any reason why you   10:12AM
15   wouldn't be able to testify fully and truthfully   10:12AM
16   today?  You're not on any kind of medications or   10:12AM
17   anything like that?   10:12AM
18   A   No.   10:12AM
19       (Defendants' Exhibit 1, Interrogatories   10:12AM
20   and Request for Production:  Marked for   10:12AM
21   Identification.)   10:12AM
22   BY MR. HENZY:   10:12AM
23   Q   Are you familiar with that document,   10:12AM
24   Mr. Zimmeth?   10:12AM
25   A   I don't think I am, no.   10:12AM

Page 7

1    Q   You've never seen that document?   10:13AM
2    A   I have not.   10:13AM
3    Q   Are you aware that in this case that -- I'll   10:13AM
4    call them the Defendants, so when I say the   10:13AM
5    Defendants, rather than me repeating their name over   10:13AM
6    and over, it's Neff, Schmid and Schmid; is that okay?   10:13AM
7    A   That's fine.   10:13AM
8    Q   Are you aware the Defendants requested that   10:13AM
9    Huntington produce documents in this case?   10:13AM
10   A   Yes.   10:13AM
11   Q   So you haven't seen that document, but you're   10:13AM
12   aware that the Defendants requested that documents be   10:13AM
13   produced?   10:13AM
14   A   That's correct.   10:13AM
15   Q   And how did you understand what documents it   10:13AM
16   is that Huntington was being asked to produce?  I'm   10:13AM
17   going to withdraw that.   10:13AM
18       What role did you play in the production of   10:13AM
19   documents by Huntington?   10:13AM
20   A   I gave a copy of all my personal files to my   10:13AM
21   attorney.   10:13AM
22   Q   Okay.  And without -- I don't want to get   10:13AM
23   into conversations you had with your attorney, but how   10:13AM
24   did you come to understand that you were going to or   10:14AM
25   you needed to get copies of all your personal files to   10:14AM

Page 8

1    your attorney?   10:14AM
2    A   Our attorney communicated with our in-house   10:14AM
3    counsel who communicated with me.   10:14AM
4    Q   Okay.  And it was just, give us all of your   10:14AM
5    files?   10:14AM
6    A   Give us everything.   10:14AM
7        MR. O'KEEFE:  And, Mr. Henzy, for the   10:14AM
8    record, counsel for the Plaintiff, and the witness   10:14AM
9    can correct me if I'm wrong, he was asked to copy   10:14AM
10   every piece of paper that he had related to the   10:14AM
11   matter and to send it to our office, and   10:14AM
12   separately the IT department at Huntington did   10:14AM
13   what IT departments do, and that was to search for   10:14AM
14   electronic documents that would be responsive   10:14AM
15   separate from his input.   10:14AM
16   BY MR. HENZY:   10:14AM
17   Q   Okay.  Did you review any documents, and when   10:14AM
18   I say documents, I'm going to define that as   10:14AM
19   electronic, any document in any form, any   10:14AM
20   communication, anything.  Did you review anything   10:14AM
21   before you sent it on to your attorneys?   10:15AM
22   A   I took the four files up out of my file   10:15AM
23   cabinet, gave them to my secretary and said, copy   10:15AM
24   these and send them to John O'Keefe.   10:15AM
25   Q   Now, when you say your personal files, what   10:15AM

5/6/2019                     John Zimmeth                Page: 6 (9 - 12)

Page 9

1  does that mean? What does that consist of?  10:15AM
2      A  They were four manila folders from 2010 all  10:15AM
3  the way up through 2017 when I handed it over to our  10:15AM
4  workup group. So just sort of things that I threw  10:15AM
5  into the folders.  10:15AM
6      Q  Okay. Just so I understand, you had hard  10:15AM
7  copies and --  10:15AM
8      A  Hard copies.  10:15AM
9      Q  And you took the hard copies and gave them to  10:15AM
10  whoever you needed to give them to?  10:15AM
11      A  That's correct.  10:15AM
12      Q  Okay. And then, as you understand it -- and,  10:15AM
13  counsel, you can clarify if you want -- is that  10:16AM
14  whenever internal people at Huntington do this kind of  10:16AM
15  thing, searched your electronic data --  10:16AM
16      A  That's correct.  10:16AM
17      Q  -- and did whatever they do with it, but you  10:16AM
18  didn't have anything to do with that?  10:16AM
19      A  Nothing.  10:16AM
20      Q  Do you know when they search -- when your  10:16AM
21  in-house people -- were they searching just their  10:16AM
22  email, or do they have access to any other type of  10:16AM
23  data that you might have in connection with this  10:16AM
24  matter? So, for example, your Outlook calendar, and  10:16AM
25  any other calendar type of information that you might  10:16AM

Page 10

1  have had?  10:16AM
2      A  I don't know.  10:16AM
3      Q  You don't know, okay. But you didn't review  10:16AM
4  your Outlook calendar in connection with this  10:16AM
5  production request?  10:16AM
6      A  I did not.  10:16AM
7      Q  Do you keep any kind of written log or  10:16AM
8  calendar or diary?  10:16AM
9      A  No.  10:16AM
10      Q  So your only calendar is your Outlook?  10:16AM
11      A  Yes.  10:16AM
12      Q  And how long has that been true?  10:16AM
13      A  Forever.  10:16AM
14      Q  Since before the inception of this loan?  10:17AM
15      A  Yes.  10:17AM
16      Q  Or this lease. Whatever we're going to  10:17AM
17  characterize it as.  10:17AM
18      A  Correct.  10:17AM
19      Q  So you don't know if any calendaring type of  10:17AM
20  information was produced; is that fair?  10:17AM
21      A  That's fair.  10:17AM
22      Q  To prepare for this deposition, and other  10:17AM
23  than speaking to your lawyer, and I don't even want  10:17AM
24  you to tell me you spoke to your lawyer, other than  10:17AM
25  speaking to your lawyer, did you do anything to  10:17AM

Page 11

1  prepare for this deposition?  10:17AM
2      A  Just a general review of the documentation.  10:17AM
3      Q  And what does that mean?  10:17AM
4      A  Well, I was asked to prepare as the company  10:17AM
5  representative, so I reviewed the master lease and the  10:17AM
6  amendments and the guarantee.  10:17AM
7      Q  Outside of reviewing the master lease and the  10:17AM
8  amendment and the guarantee, did you go back and  10:17AM
9  review anything from those manila folders that you  10:17AM
10  talked about, any emails, any other kind of  10:17AM
11  communications?  10:17AM
12      A  Cursory looked through the email  10:17AM
13  communications, correct.  10:18AM
14      Q  Okay. I want to ask you some questions about  10:18AM
15  your background. I think you actually said before we  10:18AM
16  went on the record you attended Wayne State  10:18AM
17  University?  10:18AM
18      A  I did.  10:18AM
19      Q  And did you graduate from Wayne State  10:18AM
20  University?  10:18AM
21      A  I did.  10:18AM
22      Q  What was your degree from Wayne State?  10:18AM
23      A  Corporate finance.  10:18AM
24      Q  And when was that?  10:18AM
25      A  1983.  10:18AM

Page 12

1      Q  Did you go to any graduate school?  10:18AM
2      A  I did not.  10:18AM
3      Q  So BA from Wayne State 1983, and beyond that  10:18AM
4  no formal education?  10:18AM
5      A  That's correct.  10:18AM
6      Q  Have you done, I'll call it, what we lawyers  10:18AM
7  call it, CLE, continuing education type of courses  10:18AM
8  since you graduated from Wayne State?  10:18AM
9      A  No.  10:18AM
10      Q  So starting from the time you graduated from  10:18AM
11  Wayne State in 1983, I'm going to run through your  10:18AM
12  employment history.  10:19AM
13      A  Okay.  10:19AM
14      Q  What was your first job after college?  10:19AM
15      A  IBM.  10:19AM
16      Q  And what part of IBM?  10:19AM
17      A  I worked for the branch that serviced General  10:19AM
18  Motors. So I was a marketing, junior marketing  10:19AM
19  person.  10:19AM
20      Q  I was going to ask. So what was your  10:19AM
21  function there?  10:19AM
22      A  I only worked there a year, so I was mostly  10:19AM
23  in training.  10:19AM
24      Q  Okay.  10:19AM
25      A  Supporting Chevrolet. My title was something  10:19AM

5/6/2019                              John Zimmeth                    Page: 7 (13 - 16)

Page 13

1  like administrative marketing specialist, and in that   10:19AM
2  role I worked with a leasing company in New Jersey who   10:19AM
3  bought most of the equipment for Chevrolet, and I got   10:19AM
4  recruited away from IBM.                                 10:19AM
5      Q   What was the leasing company -- was that your   10:19AM
6  next job, the leasing company from New Jersey?          10:19AM
7      A   It was.                                          10:19AM
8      Q   So what was that company?                        10:19AM
9      A   World Leasing Corporation.                       10:19AM
10     Q   How long were you there?                         10:19AM
11     A   Three years.                                     10:19AM
12     Q   So I'm going to say till approximately 1987?    10:20AM
13     A   I left in 1987.                                  10:20AM
14     Q   Okay.  And what did you do at World Leasing?    10:20AM
15     A   Just about everything.  Small shop.  I did      10:20AM
16 administration, debt placement, credit, sold off        10:20AM
17 leased gear.  Head cook and bottle washer.              10:20AM
18     Q   What was your title there?                       10:20AM
19     A   Couldn't tell you.                               10:20AM
20     Q   Okay.  Head cook and bottle washer.             10:20AM
21     A   Yes, close enough.                               10:20AM
22     Q   How big was World Leasing?  When you say        10:20AM
23 small shop, is it --                                     10:20AM
24     A   Fourteen people maybe.                           10:20AM
25     Q   Total?                                           10:20AM

Page 14

1      A   Total.                                           10:20AM
2      Q   Wow, okay.  So you would say you were really    10:20AM
3  kind of out there doing your own thing?                 10:20AM
4      A   No.  No, the owner managed the company, and     10:20AM
5  the CFO managed the finance side, and I did the         10:20AM
6  operations side.                                        10:20AM
7      Q   Operations meaning you -- did you originate     10:20AM
8  leases?                                                  10:20AM
9      A   Tom originated leases, our owner, I             10:20AM
10 documented them, placed the debt with the banks and     10:21AM
11 made sure the credits were good and did all of that.    10:21AM
12     Q   When you say placed the debt with the banks,   10:21AM
13 what does that mean?                                     10:21AM
14     A   That means that if we did a deal with a         10:21AM
15 particular customer, back then somebody we did          10:21AM
16 business with, it would have been somebody like         10:21AM
17 Continental Insurance, we would sell the payment        10:21AM
18 stream to a bank.                                        10:21AM
19     Q   So almost -- I know it's not securitized, but  10:21AM
20 it's something like that where you would originate      10:21AM
21 the --                                                   10:21AM
22     A   It's a nonrecourse assignment of the           10:21AM
23 payments.  The bank would look to the customer for the  10:21AM
24 payments.                                                10:21AM
25     Q   Interesting.  And what type of -- was this     10:21AM

Page 15

1  equipment leases or --                                   10:21AM
2      A   Virtually all IT.                                10:21AM
3      Q   Okay.  And after World Leasing where did you   10:21AM
4  go?                                                      10:21AM
5      A   A company called Econocom, E-C-O-N-O-C-O-M.    10:21AM
6      Q   Okay.  And what did you do there?               10:22AM
7      A   I was the finance manager.                      10:22AM
8      Q   And what did that entail?                       10:22AM
9      A   That entailed credit and debt placement.        10:22AM
10     Q   And what does credit placement mean?            10:22AM
11     A   Credit review and debt placement.  So I         10:22AM
12 review the credits of the potential customers and       10:22AM
13 place the debt similar to what I did at World Leasing.   10:22AM
14     Q   Okay.  And did you -- so, I mean, both at       10:22AM
15 World Leasing and Econocom, is this fair that you       10:22AM
16 didn't -- it doesn't sound like those businesses        10:22AM
17 monitored the loans, or did you place the debt and      10:22AM
18 then also service it?                                    10:22AM
19     A   Always serviced it.                             10:22AM
20     Q   Okay.  And --                                    10:22AM
21     A   Most of the banks who buy this kind of debt    10:22AM
22 don't service.  The leasing companies service on their  10:22AM
23 behalf.                                                  10:22AM
24     Q   Okay.  So it's --                                10:22AM
25     A   The invoice comes from the leasing company,    10:23AM

Page 16

1  money goes to the bank.                                  10:23AM
2      Q   So it's place, sell, service?                    10:23AM
3      A   Right.                                           10:23AM
4      Q   And did you have any role in servicing?         10:23AM
5      A   No.                                              10:23AM
6      Q   So at Econocom you were placement and then     10:23AM
7  debt placement?                                          10:23AM
8      A   I was credit review, placement, and --         10:23AM
9      Q   Credit placement and debt placement?            10:23AM
10     A   Yes.                                             10:23AM
11     Q   How long were you at Econocom?                  10:23AM
12     A   Three years.                                     10:23AM
13     Q   So through 1990.  I learned something about    10:23AM
14 the leasing business.                                    10:23AM
15         Okay.  And where did you go after Econocom?    10:23AM
16     A   In 1989 I joined AT&T Systems Leasing.  It     10:23AM
17 was a subsidiary of AT&T Credit.                         10:23AM
18     Q   And what did you do there?                      10:23AM
19     A   I worked on the portfolio team pricing new     10:23AM
20 lease opportunities.  Structuring and pricing new       10:23AM
21 leases.                                                  10:24AM
22     Q   So you were really on the sales side; is that  10:24AM
23 fair?                                                    10:24AM
24     A   No.  I was more on the sales support side.     10:24AM
25     Q   What does that mean?                             10:24AM

Page 17

1   A  Well, sales brought in all of the          10:24AM
2   opportunities.  It was up to the portfolio team to   10:24AM
3   decide which ones met our yield requirements, which   10:24AM
4   ones met our investment criteria and how we structured   10:24AM
5   the pricing, sales.                          10:24AM
6      Q  So it was really credit decisions?       10:24AM
7      A  No.  It had more to do with the opportunity   10:24AM
8   with the particular equipment at the particular   10:24AM
9   location and what we were doing.              10:24AM
10     Q  Okay.  So to go back, World Leasing,      10:24AM
11  Econocom, AT&T, in the lease finance world, is that   10:24AM
12  fair?  Do you know what I mean by that, the lease   10:24AM
13  finance world, kind of?                       10:24AM
14     A  Kind of.                               10:24AM
15     Q  What if anything is typical?  I mean, so at   10:24AM
16  World Leasing, Econocom, AT&T Systems, were those   10:25AM
17  entities doing what are called true leases versus   10:25AM
18  financings?  What were they doing?            10:25AM
19     A  Virtually all of the leases that those    10:25AM
20  businesses did were true leases.              10:25AM
21     Q  So they --                            10:25AM
22     A  Residual based.                        10:25AM
23     Q  They owned it?                         10:25AM
24     A  Yes.                                   10:25AM
25     Q  When the lease expired, they got the stuff   10:25AM

Page 18

1   back?                                        10:25AM
2      A  That's correct.  Or we marketed it right in   10:25AM
3   place.                                        10:25AM
4      Q  How long were you at AT&T?               10:25AM
5      A  Well, AT&T became a series of companies, but   10:25AM
6   I left in 1996 and started working for a company   10:25AM
7   called Varilease Corporation.                 10:25AM
8      Q  I'm very familiar with Varilease.  That's why   10:25AM
9   I asked you about Jaffe.                       10:26AM
10        Okay.  So you were at AT&T or their       10:26AM
11  successors through 1996?                       10:26AM
12     A  Yes.  AT&T sold to a series of people, but   10:26AM
13  while I was still there they sold to Nomura Securities   10:26AM
14  and then to Newcourt out of Toronto.          10:26AM
15     Q  And did your function change with those    10:26AM
16  sales?                                        10:26AM
17     A  I just got --                          10:26AM
18     Q  You were just working for somebody else?   10:26AM
19     A  Through the seven years there I just got    10:26AM
20  considerably more authority.                  10:26AM
21     Q  Okay.  So you went to VFI in 1996?        10:26AM
22     A  Not VFI.                               10:26AM
23     Q  Sorry.                                 10:26AM
24     A  Varilease Finance.  They're a different    10:26AM
25  entity.  Varilease Corporation was a company started   10:26AM

Page 19

1   by Bob Van Hellemont, and Bob Van Hellemont was an   10:26AM
2   ex-executive vice president of a company that was the   10:26AM
3   precursor to AT&T Systems Leasing called CMI   10:26AM
4   Corporation, and he left, and he was -- he had risen   10:26AM
5   to be the Number 2 guy at CMI.  Everybody -- we all   10:26AM
6   knew him, he was a local guy.  He did a very similar   10:27AM
7   business to AT&T Systems Leasing business, which were   10:27AM
8   straight up true leases to mostly IT customers, and he   10:27AM
9   happened to be the fraternity brother of my boss at   10:27AM
10  AT&T Systems Leasing, and his fraternity brother and I   10:27AM
11  left AT&T together and went to work for Bob.   10:27AM
12     Q  So I'm going to step back.  I made the true   10:27AM
13  leases versus finance distinction.  You understand   10:27AM
14  that distinction?                             10:27AM
15     A  I do.                                  10:27AM
16     Q  Okay.  So how long were you at Varilease?   10:27AM
17     A  From 1996 to 2005.                      10:27AM
18     Q  All right.  And what did you do at Varilease?   10:27AM
19     A  Very similar stuff to what I did at AT&T    10:27AM
20  Systems Leasing.  I looked at all the new        10:27AM
21  opportunities that Bob's sales force developed,   10:28AM
22  determined which ones I thought were good investments   10:28AM
23  for us, determined how we could actually fund them   10:28AM
24  because we were -- at AT&T it was how much money do   10:28AM
25  you need, and at Varilease it was where are we going   10:28AM

Page 20

1   to place this, who are we going to place it with, and   10:28AM
2   do we need an investor, do we need a bank.  Varilease   10:28AM
3   had a completely different business model.    10:28AM
4      Q  Okay.  What was the Varilease business model?   10:28AM
5      A  The business model was in order to leverage   10:28AM
6   up our ability to do deals, we needed to find funding   10:28AM
7   for both the debt and the residual piece.  So we would   10:28AM
8   often sell the entire transaction, service it, and   10:28AM
9   maintain some portion of the upside.  We get a fee up   10:28AM
10  front and servicing income on the back.       10:28AM
11     Q  So at Varilease were those also true leases?   10:28AM
12     A  Yes.                                   10:28AM
13     Q  So you were doing what I'm going to call the   10:28AM
14  credit analysis.  Am I wrong that that is what that   10:29AM
15  is?                                           10:29AM
16     A  You're wrong in that you're thinking of -- if   10:29AM
17  you're thinking of it as, I'm looking at this credit,   10:29AM
18  and I'm trying to decide whether or not we're going to   10:29AM
19  invest our money in this credit, the decision back at   10:29AM
20  Varilease had to do with, okay, I've got this credit,   10:29AM
21  are they strong enough that I can find somebody to buy   10:29AM
22  them, and that's -- it's a little bit different.  It's   10:29AM
23  marginally different, but it's different.      10:29AM
24     Q  Okay.  So you might have a credit that would   10:29AM
25  be maybe less creditworthy, but there may be investors   10:29AM

Page 21

1  out there that are interested in that. It's more --        10:29AM
2     A  Different types of lenders.              10:29AM
3     Q  Presumably it's more expensive, and there's     10:29AM
4  people who are interested in that.            10:29AM
5     A  That's correct.          10:29AM
6     Q  Okay. So Varilease -- did you sell        10:29AM
7  everything?                     10:30AM
8     A  We did for a period of time.          10:30AM
9     Q  And then for a period of time you did not?   10:30AM
10    A  Well, Varilease got bought out, and got      10:30AM
11 rolled up with about 11 other leasing companies in    10:30AM
12 something called Unicapital.              10:30AM
13    Q  When did that happen, approximately?       10:30AM
14    A  2006, 2007. So back then rollups were the    10:30AM
15 rage, there were rollups in all kinds of different    10:30AM
16 industries. This was a rollup of 11 different leasing   10:30AM
17 companies all in the same day. They raised a couple   10:30AM
18 billion dollars, but Varilease and a few other      10:30AM
19 companies, an airplane leasing company and a material  10:30AM
20 handling leasing company, small ticket firm formed    10:30AM
21 Unicapital.                     10:30AM
22    Q  I remember the rollup days. It was medical   10:30AM
23 practices, you name it, it was getting rolled up.    10:30AM
24    A  Yes.                  10:30AM
25    Q  And did you go to work at Unicapital?      10:31AM

Page 22

1     A  We all did. We maintained our name as     10:31AM
2  Varilease Corporation as part of Unicapital, but we    10:31AM
3  all did.                      10:31AM
4     Q  And what did you do there?            10:31AM
5     A  Same thing.              10:31AM
6     Q  Now, but from what you said, it was different  10:31AM
7  in that did Unicapital keep the leases?        10:31AM
8     A  For a period of time.            10:31AM
9     Q  What does that mean?             10:31AM
10    A  Well, then Unicapital chose to invest      10:31AM
11 $2 billion -- well, a good chunk of their $2 billion   10:31AM
12 in some aircraft engines from GE, and, gosh, within a  10:31AM
13 year they were bankrupt.               10:31AM
14    Q  Okay. So approximately when did that happen?  10:31AM
15    A  2009-ish.                10:31AM
16    Q  Okay. I think we're getting to MacQuarie.   10:31AM
17 So did you manage to stay in the Detroit area     10:31AM
18 through all of these --               10:32AM
19    A  Uh-huh. Yes.              10:32AM
20    Q  That's remarkable.           10:32AM
21    A  Right.                10:32AM
22    Q  Okay. So Unicapital goes bankrupt and where  10:32AM
23 do you go?                     10:32AM
24    A  Bob Van Hellemont, me, and four other senior 10:32AM
25 managers started up a new firm.           10:32AM

Page 23

1     Q  And what was that?                10:32AM
2     A  Varilease Technology Financing, I think we    10:32AM
3  called ourselves.                  10:32AM
4     Q  Okay. So you were an owner?          10:32AM
5     A  I was a 10 percent owner.            10:32AM
6     Q  And what did you do there?            10:32AM
7     A  Very similar stuff.              10:32AM
8     Q  Okay. So it was you and four other people   10:32AM
9  were the owners?                   10:32AM
10    A  Me, Bob Van Hellemont, Rick Laimveer, Gary   10:32AM
11 Miller and Jay Axelson.                10:32AM
12    Q  How did you -- I mean, did you bring a     10:32AM
13 portfolio with you from the bankrupt entity, or did   10:32AM
14 you -- you started from scratch?          10:32AM
15    A  Started from scratch. Bob got paid very well 10:32AM
16 by Unicapital, and so he funded the business, and the  10:32AM
17 rest of us were sweat equity.             10:33AM
18    Q  So that's 2009?                10:33AM
19    A  No. I'm sorry, I misspoke.           10:33AM
20    Q  I might have gotten the dates wrong.      10:33AM
21    A  I got the wrong decade.             10:33AM
22    Q  Okay.                   10:33AM
23    A  We sold the company to Unicapital in 1996,   10:33AM
24 1997. Not 2006, 2007. So Unicapital was 1996.     10:33AM
25    Q  So Varilease Corp. was sold to Unicapital in  10:33AM

Page 24

1  1996, 1997?                    10:33AM
2     A  Correct. And they went bankrupt in 1998,    10:33AM
3  1999.                       10:33AM
4     Q  Okay. So you start the new business, then,   10:33AM
5  in '99?                      10:33AM
6     A  Correct.                10:33AM
7     Q  Okay. In terms of your -- you're an owner,   10:33AM
8  so that's new, but in terms of your work         10:34AM
9  responsibilities, though, it sounds like you were     10:34AM
10 doing about the same thing?             10:34AM
11    A  Correct.                10:34AM
12    Q  Was the business model lease and sell?     10:34AM
13    A  Yes.                  10:34AM
14    Q  Or lease and hold?              10:34AM
15    A  Lease and sell. Bob had funding, but he     10:34AM
16 didn't have that much money.             10:34AM
17    Q  Okay. So were you doing the same type of    10:34AM
18 thing? You were, in some sense, trying to match the   10:34AM
19 credit with the buyer?               10:34AM
20    A  Correct. And we built the business on the    10:34AM
21 same customers we dealt with previously.         10:34AM
22    Q  Okay. How long did that business go?      10:34AM
23    A  It could still be going today. I'm not sure  10:34AM
24 if Bob kept it. VFI, by the way, you raised them    10:34AM
25 earlier, they became a subsidiary of Varilease     10:34AM

Page 25

1  Technology, but a separate company.  In 2004, 2005    10:34AM
2  three of our five largest customers all went bankrupt.  10:35AM
3  Kmart, Tower Automotive or Meridien Automotive, and    10:35AM
4  Varilease shrunk dramatically.  I gave my 10 percent    10:35AM
5  back to Bob and went back to my old firm, which by    10:35AM
6  then had not become AT&T Systems Leasing.  At that    10:35AM
7  point it was part of CIT, called CIT Systems Leasing.    10:35AM
8      Q  When you say your old firm, we're back to    10:35AM
9  where you were prior to --                    10:35AM
10     A  Prior to me leaving to go to Verilease.    10:35AM
11     Q  To go to Verilease Corp.?                10:35AM
12     A  Correct.                    10:35AM
13     Q  And then Unicapital, etc.  So now in '04, '05  10:35AM
14 you're at CIT Systems?                    10:35AM
15     A  '05.  November of '05.                10:35AM
16     Q  And what are you doing there?            10:35AM
17     A  I become the portfolio manager for what we    10:35AM
18 called our indirect business.                10:35AM
19     Q  And what does that mean?                10:36AM
20     A  That means business that we buy from other    10:36AM
21 lessors.                        10:36AM
22     Q  Okay.  So does that mean you become one of    10:36AM
23 the buyers in the chain?                    10:36AM
24     A  The buyers reported to me, and I managed the    10:36AM
25 deals that they brought in.  So --                10:36AM

Page 26

1      Q  But in that -- so with these other places,    10:36AM
2  what we've talked about is you have, we'll call it,    10:36AM
3  lessee, the entities you worked for, and then buyer at    10:36AM
4  the end of the chain.  So does that mean that this CIT  10:36AM
5  Systems is buying leases that were originated by    10:36AM
6  other people?                        10:36AM
7      A  Uh-huh.                    10:36AM
8      Q  I got it.                    10:36AM
9      A  So I had three buyers.                10:36AM
10     Q  That worked at CIT Systems?                10:36AM
11     A  That's correct.                10:36AM
12     Q  Okay.  And what function were you performing  10:36AM
13 for them?                        10:36AM
14     A  They would bring in all the different    10:36AM
15 opportunities they had, and I would say, okay, I like  10:36AM
16 the sounds of this one, this one meets our yield    10:36AM
17 requirements, this one meets our investment criteria.  10:37AM
18     Q  So was that more of what I was referring to    10:37AM
19 earlier as kind of a traditional credit analysis type  10:37AM
20 function?                        10:37AM
21     A  It's more than just credit.  It's everything  10:37AM
22 to do with the transaction of -- I'll just tell you    10:37AM
23 quickly about leasing.  The value of the equipment is    10:37AM
24 in place.  If the traditional leasing company writes a  10:37AM
25 residual value-based lease, and you are to base it on    10:37AM

Page 27

1  wholesale liquidated value with very little -- with    10:37AM
2  very small considerations.  That would be different in  10:37AM
3  the IT space.  The technology changes too fast for the  10:37AM
4  market to be supported by liquidated value.  So it has  10:37AM
5  more to do with the value of the equipment in place    10:38AM
6  right there in continuous use.                10:38AM
7      So we spend a lot of time trying to    10:38AM
8  understand the application of the equipment and what    10:38AM
9  it's being used for, and what the likelihood is of    10:38AM
10 some sort of renewal or purchase in place.  That's    10:38AM
11 what the secret sauce is of a successful leasing    10:38AM
12 company.                        10:38AM
13     Q  And is it the secret sauce of a successful    10:38AM
14 leasing company that's primarily in technology?    10:38AM
15     A  Technology.  Absolutely.                10:38AM
16     Q  And sort of through your history here was a    10:38AM
17 lot of what you did technology?                10:38AM
18     A  Virtually all of it.                10:38AM
19     Q  Explain for me the concept that a -- explain  10:38AM
20 for me the concept of residual value based lease in    10:38AM
21 the technology space, because I'm hearing you say    10:38AM
22 there's not going to be residual value because it    10:38AM
23 changes so fast, but --                    10:38AM
24     MR. O'KEEFE:  I'm going to object to the    10:39AM
25 form of the question.                    10:39AM

Page 28

1      MR. HENZY:  It was a terrible question.  10:39AM
2      MR. O'KEEFE:  I think you misstated his    10:39AM
3  testimony.                    10:39AM
4  BY MR. HENZY:                    10:39AM
5      Q  I definitely don't want to do that.    10:39AM
6      A  That's fine.                    10:39AM
7      Q  How was residual value possible or feasible    10:39AM
8  in the technology space?                    10:39AM
9      A  In the technology space what you will see    10:39AM
10 when you get an appraisal, often, for technology    10:39AM
11 equipment, is three different levels:  There's a    10:39AM
12 retail-in-place value, there is a wholesale value, and  10:39AM
13 there is a liquidated value, orderly liquidation    10:39AM
14 value, and it has to do with the value to the customer  10:39AM
15 of the equipment right in place.  They don't have to    10:39AM
16 do the costs associated with wiping their data,    10:39AM
17 collecting the equipment, packaging it, getting it    10:39AM
18 back to you, doing all the things that they need to do  10:40AM
19 to make sure that they've secured their own    10:40AM
20 information, they're going to keep it.  The value of    10:40AM
21 it in place is higher than it is if you were to give    10:40AM
22 it back.                        10:40AM
23     Q  So let me see if -- I might be understanding.  10:40AM
24 So let's say I do a five-year lease, at the end of the  10:40AM
25 five years -- and it's a true lease; is that correct?    10:40AM

Page 29

1    A  That's correct.                    10:40AM
2    Q  Okay.  At the end of the five years, in    10:40AM
3    theory, I have to give the equipment back?    10:40AM
4    Or renew it or purchase it.            10:40AM
5    Q  Except for me, the customer, it makes sense    10:40AM
6    for me to pay you money to buy it from you because of    10:40AM
7    all of the stuff you just said, is that --    10:40AM
8    A  The fair market value and continuous use is a    10:40AM
9    value to you, so you buy it.           10:40AM
10   Q  So that's where the residual value for the    10:40AM
11   lessor comes?                        10:40AM
12   A  That's correct.  And over the years that's    10:40AM
13   what I gained.  The information I gained is trying to    10:40AM
14   understand.                          10:40AM
15   Q  What those residual values to customers would    10:40AM
16   be?                                  10:41AM
17   A  That's correct.                    10:41AM
18   Q  I see.  And what's the wholesale value?    10:41AM
19   A  It's if you get it back and just flip it to    10:41AM
20   another party who might sell it somewhere else,    10:41AM
21   retail.                              10:41AM
22   Q  Okay.  Meaning in the technology space, that    10:41AM
23   you get to the end of the lease and the lessee says,    10:41AM
24   here, I'm done with it?                10:41AM
25   A  Here, I'm done with it, come and get it.    10:41AM

Page 30

1    Q  And now you -- there's some wholesale market    10:41AM
2    out there that you can go out into?    10:41AM
3    A  That's correct.                    10:41AM
4    Q  And then, what's the order of liquidation    10:41AM
5    value?                               10:41AM
6    A  Sort of take it as is.  You're buying a group    10:41AM
7    of -- a pallet of beat-up laptops, and here it is.    10:41AM
8    Q  How is it different from the wholesale value?    10:41AM
9    A  Wholesale value, usually what happens is, is    10:41AM
10   the equipment comes back, it's audited, it's refurbed,    10:41AM
11   and it's sold in a different way.      10:41AM
12   Q  More of a going concern kind of way?    10:42AM
13   A  Yes.  More of a usable -- more of a "this has    10:42AM
14   been audited and it's usable".          10:42AM
15   Q  As opposed to liquidation value just going    10:42AM
16   out and dumping it?                    10:42AM
17   A  Yes.                               10:42AM
18   Q  People buying it to send to China to recover    10:42AM
19   the metal or whatever?                 10:42AM
20   A  Whatever.                          10:42AM
21   Q  Okay.  So you're at CIT Systems and how long    10:42AM
22   are you there?                       10:42AM
23   A  Until they were sold.               10:42AM
24   Q  When did that happen?               10:42AM
25   A  2007.                             10:42AM

Page 31

1    Q  And who were they bought by?        10:42AM
2    A  MacQuarie Group in Sydney, Australia.    10:42AM
3    Q  Okay.  So now we're at MacQuarie.    10:42AM
4        MR. O'KEEFE:  What was the year?    10:42AM
5        THE WITNESS:  2007.  December 31, 2007.    10:42AM
6    BY MR. HENZY:                         10:42AM
7    Q  And you went to work for MacQuarie?    10:42AM
8    A  I did.                             10:42AM
9    Q  And what was your title there?      10:42AM
10   A  I was the -- probably senior vice president,    10:42AM
11   portfolio.                           10:43AM
12   Q  And I'm going to skip ahead.  Huntington    10:43AM
13   was -- some piece of the MacQuarie business was    10:43AM
14   purchased by Huntington, correct?      10:43AM
15   A  The same piece that MacQuarie bought from    10:43AM
16   CIT.                                 10:43AM
17   Q  Okay.  So you have been at that piece for --    10:43AM
18   A  Since 2005.                        10:43AM
19   Q  Since 2005, okay.  What did you do at    10:43AM
20   MacQuarie, at least at inception, as senior VP of    10:43AM
21   portfolio?  The same thing you had been doing at CIT?    10:43AM
22   A  No.  Well, when I first started at CIT I    10:43AM
23   managed the indirect business.  Our chairman left, the    10:43AM
24   guy who -- our president, Larry Graves, left and went    10:43AM
25   to Dell.  Greg Goldstein, who ran portfolio, got    10:43AM

Page 32

1    promoted to president.  I took Greg's slot as the head    10:43AM
2    of portfolio.                        10:44AM
3    Q  Okay.  And as head of portfolio at CIT --    10:44AM
4    A  Correct.                           10:44AM
5    Q  Then at --                         10:44AM
6    A  No, then at MacQuarie.              10:44AM
7    Q  What did that entail?               10:44AM
8    A  That entails managing all of the portfolio    10:44AM
9    managers who price every opportunity we see.    10:44AM
10   Q  So you're not managing the salespeople?    10:44AM
11   A  I do not.                          10:44AM
12   Q  The salespeople both at CIT and then    10:44AM
13   MacQuarie, they bring deals to the portfolio people    10:44AM
14   and you do your thingy?                10:44AM
15   A  Yes.                               10:44AM
16   Q  Your residual value analysis.       10:44AM
17   A  We do what we do.  That's right.    10:44AM
18       MR. HENZY:  Objection to form noted.    10:44AM
19       MR. O'KEEFE:  I was going to, but I    10:44AM
20   thought it might be better to leave that one    10:44AM
21   alone.                               10:44AM
22   BY MR. HENZY:                         10:44AM
23   Q  And while MacQuarie -- when did Huntington    10:44AM
24   buy that MacQuarie business?           10:44AM
25   A  March 31st of 2015.                10:44AM

Page 33

1    Q   And generally while it was MacQuarie, was          10:45AM
2    that your role, head of portfolio?                10:45AM
3    A   Correct.                        10:45AM
4    Q   Did that ever change?                10:45AM
5    A   No.                    10:45AM
6    Q   Did the number of people reporting to you       10:45AM
7    change, or it was in that three range pretty much?   10:45AM
8    A   Well, over time I have also picked up the      10:45AM
9    capital markets function that actually sells        10:45AM
10   transactions, so picked up two there. Currently I    10:45AM
11   have -- the credit department actually dotted lines to   10:45AM
12   me internally, but it's a centralized credit function.   10:45AM
13   Q   Okay. I want to come back to that in a      10:45AM
14   second. But when you picked up the capital market   10:45AM
15   function, approximately when did that happen?    10:46AM
16   A   Oh, gosh, 2007, 2008.                10:46AM
17   Q   Okay. And what does that entail?       10:46AM
18   A   That's the group that when a transaction    10:46AM
19   doesn't quite meet our either credit or investment   10:46AM
20   criteria, if we want to try to flip it to someone     10:46AM
21   else, we sell it, and they also -- we have a small buy   10:46AM
22   desk, and by small I mean about 15 to 30 million of   10:46AM
23   our 500 million or so a year originations, at that    10:46AM
24   time, were indirect.                  10:46AM
25   Q   So how much were the originations?       10:46AM

Page 34

1    A   The whole time we were at MacQuarie we      10:46AM
2    averaged about 500 million a year.           10:46AM
3    Q   Okay. I want to kind of walk through the --   10:46AM
4    so I think I understand the portfolio function. Tell   10:46AM
5    me if I got this wrong: The salespeople bring deals   10:47AM
6    to the portfolio people, the portfolio people analyze   10:47AM
7    those deals to see are these meeting our criteria?   10:47AM
8    A   Right. Price them, structure them.         10:47AM
9    Q   Okay. So price structure, and you presumably   10:47AM
10   have some approval function?             10:47AM
11   A   Yes.                      10:47AM
12   Q   Could you say, this isn't going to fit into   10:47AM
13   any box, period?                   10:47AM
14   A   Right.                      10:47AM
15   Q   And then the capital markets function -- so   10:47AM
16   when it's MacQuarie, does MacQuarie lease and hold   10:47AM
17   generally?                      10:47AM
18   A   Primarily.                    10:47AM
19   Q   Okay. But is it that in the capital markets   10:47AM
20   function, sometimes MacQuarie sells?          10:47AM
21   A   Correct.                     10:47AM
22   Q   And when would it sell versus not sell?      10:47AM
23   A   Usually for exposure reasons, generally. It   10:47AM
24   had to show this customer wants to do 40 million    10:47AM
25   for us, we're comfortable at 20. We'll sell down the   10:48AM

Page 35

1    additional 20 on the debt side, and we usually       10:48AM
2    maintain all of the residual value.          10:48AM
3    Q   Okay. So was it that MacQuarie would sell,   10:48AM
4    what I'll call, participations?             10:48AM
5    A   It depended on the transaction. So when we   10:48AM
6    first started we were selling debt because it was the   10:48AM
7    middle of the financial crisis. They bought us      10:48AM
8    December 31, 2007, with the intention that we would   10:48AM
9    securitize. We would build a portfolio every six to   10:48AM
10   nine to 12 months and securitize it, but --        10:48AM
11   Q   That went away?                10:48AM
12   A   There was no securitization market in '8, '9,   10:48AM
13   '10. So MacQuarie ended up funding the business the   10:48AM
14   traditional way that we had done it with Varilease and   10:48AM
15   with CIT -- with AT&T and with other companies. At   10:48AM
16   CIT we would place debt.                10:48AM
17   Q   Of the 5 million a year originations,       10:49AM
18   approximately how much would MacQuarie keep versus   10:49AM
19   place?                       10:49AM
20   A   The worst year of 2009, '10, maybe we sold   10:49AM
21   350 million of it. MacQuarie is not a deposit-taking   10:49AM
22   institution in the United States, so any money they   10:49AM
23   borrow in the United States is done through bonds, so   10:49AM
24   it's expensive.                    10:49AM
25   Q   Okay. And then when you sold, would        10:49AM

Page 36

1    MacQuarie service?                  10:49AM
2    A   Correct.                     10:49AM
3    Q   I'm going to get to this deal, but no piece   10:49AM
4    of this was sold?                   10:49AM
5    A   That's correct.                  10:49AM
6    Q   Okay. And I think I missed -- so you did the   10:49AM
7    portfolio piece, you did the capital markets piece,   10:50AM
8    and what was the third piece?            10:50AM
9    A   That came later. That came as part of       10:50AM
10   Huntington, credit.                  10:50AM
11   Q   Oh, that didn't come until Huntington?     10:50AM
12   A   That's correct.                  10:50AM
13   Q   We'll jump ahead. What does that entail?   10:50AM
14   A   The people -- we have a regional credit     10:50AM
15   officer who manages the credit responsibilities of our   10:50AM
16   entity. He doesn't report to me. His name is John   10:50AM
17   Glodich. John reports up through the credit        10:50AM
18   structure. The actual credit analysts who are in our   10:50AM
19   business report to me, but I have no credit authority.   10:50AM
20   They get all of their credit authority through John   10:50AM
21   Glodich, so from a management perspective. From a   10:50AM
22   career development perspective they all come up      10:50AM
23   through me, but from a credit authority standpoint   10:51AM
24   they go the other way.                10:51AM
25   Q   Okay. So you don't have credit approval.    10:51AM

Page 37

1  You're managing the people, but you don't have the    10:51AM
2  approval?                              10:51AM
3      A  I have zero credit authority.  It doesn't    10:51AM
4  make sense to give credit authority to the people    10:51AM
5  pricing the deals.                        10:51AM
6      Q  Okay.  I mean, you've already told me some    10:51AM
7  about the MacQuarie business, but generally, what is    10:51AM
8  MacQuarie?                             10:51AM
9      A  They're an investment bank.              10:51AM
10      Q  And where are they located?             10:51AM
11      A  Sydney, Australia.                   10:51AM
12      Q  And do you know -- other than this -- what    10:51AM
13  was the business in the United States?  What was the    10:51AM
14  title of the business?                    10:51AM
15      A  MacQuarie Equipment Finance.           10:51AM
16      Q  And so, again, this was a business that     10:51AM
17  MacQuarie purchased from CIT in 2007?          10:51AM
18      A  Correct.  The end of 2007.             10:52AM
19      Q  Okay.  Do you know if MacQuarie has any other    10:52AM
20  businesses, or had any other businesses in the United    10:52AM
21  States?                               10:52AM
22      A  They did.                        10:52AM
23      Q  What generally?                    10:52AM
24      A  They had an electronics trading business in    10:52AM
25  California, they have a large investment banking    10:52AM

Page 38

1  contingent in New York, they had a rail leasing    10:52AM
2  business in Chicago.                      10:52AM
3      Q  But did this have anything to do with what    10:52AM
4  the MacQuarie Equipment Finance is?           10:52AM
5      A  No.  MacQuarie Equipment Finance was an    10:52AM
6  existing business in Australia, Asia and Europe.    10:52AM
7      Q  Okay.  And when -- so the CIT business that    10:52AM
8  was sold to MacQuarie, it was actually sold to    10:52AM
9  MacQuarie -- they were separate legal entities as far    10:52AM
10  as you know, MacQuarie Equipment Finance?       10:52AM
11      A  There was already an existing MacQuarie    10:52AM
12  Equipment Finance.                      10:53AM
13      Q  Okay.  So was the CIT business folded into    10:53AM
14  that larger business?                    10:53AM
15      A  In a manner of speaking.  There were    10:53AM
16  subsidiaries all over the place.  Reporting wise,    10:53AM
17  correct.                             10:53AM
18      Q  But was the business here -- did the business    10:53AM
19  here -- did it stay -- was it a separate legal entity,    10:53AM
20  do you know?                          10:53AM
21      A  Yes.                          10:53AM
22      Q  So there was -- it wasn't that this was just    10:53AM
23  stuffed into a box in Australia.  The entity was owned    10:53AM
24  and there was some management from the big MacQuarie    10:53AM
25  Equipment Finance people of the entity here; is that    10:53AM

Page 39

1  fair?                                10:53AM
2      A  Yes.                          10:53AM
3      Q  Do you know how big -- the big MacQuarie    10:53AM
4  Equipment Finance, the one in Australia was?      10:53AM
5      A  It's about the same size as we were -- when    10:53AM
6  you combined it all, they were about the same size as    10:53AM
7  we were.                             10:53AM
8      Q  So the business here was a significant part    10:53AM
9  of the business, of the MacQuarie Equipment Finance    10:54AM
10  business?                             10:54AM
11      A  It was, about half.                  10:54AM
12      Q  So in the reporting structure who, when it    10:54AM
13  was MacQuarie Equipment Finance, who was your report    10:54AM
14  to?  Was it someone here in the United States?     10:54AM
15      A  I reported to Greg Goldstein in the United    10:54AM
16  States.                              10:54AM
17      Q  Was he the -- what was his title here?     10:54AM
18      A  President.                      10:54AM
19      Q  He was the president of the entity here?    10:54AM
20      A  Correct.                        10:54AM
21      Q  So you had a direct report to him?        10:54AM
22      A  I did.                        10:54AM
23      Q  Okay.                         10:54AM
24      A  Same as at CIT previous to it.           10:54AM
25      Q  And then did he report to someone in      10:54AM

Page 40

1  Australia?                            10:54AM
2      A  He did.                        10:54AM
3      Q  Do you know who?                   10:54AM
4      A  Andrew Gee, G-E-E.                 10:54AM
5      Q  When I talk about MacQuarie, it's MacQuarie    10:54AM
6  in the United States, okay?  So MacQuarie in the    10:55AM
7  United States, was it mostly technology?        10:55AM
8      A  MacQuarie Equipment Finance?           10:55AM
9      Q  Sorry.  MacQuarie Equipment Finance.  So    10:55AM
10  going for, when I say MacQuarie, it's going to be the    10:55AM
11  MacQuarie Equipment Finance entity here in the United    10:55AM
12  States?                              10:55AM
13      A  Yes.                          10:55AM
14      Q  Was it mostly technology?             10:55AM
15      A  Yes.                          10:55AM
16      Q  Like what percentage approximately, if you    10:55AM
17  know?                               10:55AM
18      A  Seventy.                        10:55AM
19      Q  Outside of technology, what else?        10:55AM
20      A  So going all the way back to AT&T Systems    10:55AM
21  Leasing, and then CIT and MacQuarie, as we developed    10:55AM
22  our customers, and the customers that we did business    10:55AM
23  with were primarily Fortune 1000, so we did business    10:56AM
24  with large data center customers.             10:56AM
25  If you do technology leasing, you go where       10:56AM

Page 41

1   the large users arc.  So over the years many of our   10:56AM
2   customers would say, you've done a great job with us   10:56AM
3   over here on the technology side, do you want to look   10:56AM
4   at this package of forklifts that we're doing?   10:56AM
5   General Motors, for example, would say, do you want to   10:56AM
6   do these forklifts that we're doing over here, or   10:56AM
7   another company might say, we're doing a build-out of   10:56AM
8   office space, do you want to do office furniture.  So   10:56AM
9   over the period of time about 20 percent of our   10:56AM
10  business became, what we called at the time, capital   10:56AM
11  equipment, non-IT.   10:56AM
12      Q   What was the other 10 percent?   10:56AM
13      A   We branched out into health care.   10:56AM
14      Q   Health care equipment or what —   10:56AM
15      A   Mostly medical equipment, but even IT at   10:56AM
16  hospitals.  As part of AT&T, CIT, there was another   10:56AM
17  AT&T or CIT entity that had the flag for health care,   10:57AM
18  so we couldn't touch it.  So when we became part of   10:57AM
19  MacQuarie —   10:57AM
20      Q   You could do it?   10:57AM
21      A   We could do it.  It was a natural extension,   10:57AM
22  because it's technology.   10:57AM
23      Q   And did you perform that same, I'll call it,   10:57AM
24  portfolio function in terms of —   10:57AM
25      A   That's correct.   10:57AM

Page 42

1       Q   So a little outside of your — what you had   10:57AM
2   done historically, but —   10:57AM
3       A   Not much.  Customer behavior similar.   10:57AM
4       Q   Okay.  Although it's easier to give up a   10:57AM
5   forklift than IT equipment, but...   10:57AM
6       A   So you say.   10:57AM
7       Q   Depends how much you like the forklift.   10:57AM
8           MR. O'KEEFE:  Off the record.   10:57AM
9           (Off-the-record discussion.)   10:57AM
10  BY MR. HENZY:   10:57AM
11      Q   Was MacQuarie typically doing true leases or   10:57AM
12  capital leases?   10:58AM
13      A   True leases.  And so we're clear, when you   10:58AM
14  asked me earlier do I know what finance leases are, I   10:58AM
15  assume that what you were talking about are   10:58AM
16  transactions where title passes to the customer.   10:58AM
17      Q   Correct.   10:58AM
18      A   Sort of dollar-out financing or structured   10:58AM
19  finance.   10:58AM
20      Q   Correct.  Did MacQuarie do any finance   10:58AM
21  leases?   10:58AM
22      A   Very little.  Too expensive.   10:58AM
23      Q   Sort of what percentage?   10:58AM
24      A   In the 1 to 2 percent range.  We were too   10:58AM
25  expensive.  Cost of funds were too high, our yield   10:58AM

Page 43

1   requirements were too high.   10:58AM
2       Q   I am going to get to the Garage Media in   10:59AM
3   New York deal, but was the Garage Media deal, was this   10:59AM
4   a typical deal for MacQuarie?   10:59AM
5       A   No.   10:59AM
6       Q   Okay.  Huntington in 2015 buys MacQuarie   10:59AM
7   and — let's see if I can shorten this up a little   10:59AM
8   bit.  How has that changed things?   10:59AM
9           MR. O'KEEFE:  I'm going to object to   10:59AM
10  form only in that they didn't buy MacQuarie, they   10:59AM
11  bought MacQuarie Finance —   10:59AM
12          MR. HENZY:  Equipment Finance.  I'm   10:59AM
13  going to —   10:59AM
14          MR. O'KEEFE:  And I believe it was an   10:59AM
15  asset purchase and not a stock purchase, but I may   10:59AM
16  be wrong on that.   10:59AM
17          MR. HENZY:  Okay.  That's fine.   10:59AM
18          MR. O'KEEFE:  In our complaint it's one   10:59AM
19  way or the other.  I didn't think you were trying   11:00AM
20  to confound him, but there's a big difference.   11:00AM
21          MR. HENZY:  No.  Again, I'm just trying   11:00AM
22  to shorten things here a little bit.   11:00AM
23  BY MR. HENZY:   11:00AM
24      Q   When I say MacQuarie —   11:00AM
25      A   Yeah, you had said that earlier.   11:00AM

Page 44

1       Q   It is going to be the MacQuarie Equipment   11:00AM
2   Finance, the entity here in the United States.  So   11:00AM
3   either stock or asset acquisition.   11:00AM
4           MR. O'KEEFE:  Fine.  And MacQuarie as   11:00AM
5   you defined it.   11:00AM
6   BY MR. HENZY:   11:00AM
7       Q   How has that changed the operation of the   11:00AM
8   business, or your function there, if at all?   11:00AM
9       A   How has it changed the business is it gave us   11:00AM
10  even more flexibility to do finance leases, because we   11:00AM
11  are now part of the U.S. bank, it takes deposits in   11:00AM
12  the United States.  The cost of funds are in line with   11:00AM
13  our large bank leasing competitors and large captive   11:00AM
14  leasing competitors, so we can offer more finance   11:00AM
15  lease opportunities.  We can offer small ticket and   11:00AM
16  vendor finance, which we couldn't do effectively as   11:00AM
17  part of MacQuarie.   11:00AM
18      Q   Okay.  So other than the — I mean, so other   11:00AM
19  than the cost of funds and the competitive aspect is   11:01AM
20  the reason why MacQuarie wouldn't do a financing   11:01AM
21  versus a lease?   11:01AM
22          And if you don't understand the question   11:01AM
23  because it was a terrible question, just say you don't   11:01AM
24  understand the question.   11:01AM
25          But you said that you — call it 98 percent   11:01AM

5/6/2019                    John Zimmeth                    Page: 15 (45 - 48)

Page 45

1  of the MacQuarie business was true leases as opposed   11:01AM
2  to finance leases, and the reason was the cost of   11:01AM
3  funds was just too expensive. So is it -- would the   11:01AM
4  cost of funds put you at a competitive disadvantage in   11:01AM
5  trying to go out and do the finance lease?   11:01AM
6        MR. O'KEEFE: And I'll object to the   11:01AM
7  form in that I think he said 1 to 2 percent were   11:01AM
8  finance leases.   11:01AM
9        THE WITNESS: Right.   11:01AM
10        MR. HENZY: Okay. If I got that   11:01AM
11  wrong --   11:01AM
12        THE WITNESS: That is correct. We were   11:01AM
13  uncompetitive, so there was no sense going after a   11:01AM
14  business that you're not going to be competitive   11:01AM
15  trying to win.   11:02AM
16  BY MR. HENZY:   11:02AM
17     Q   If someone wanted to pay -- or maybe didn't   11:02AM
18  have a choice -- a very high rate, would you then be   11:02AM
19  competitive for that, I'll call it, finance lease?   11:02AM
20        MR. O'KEEFE: Object to the form again.   11:02AM
21  Go ahead.   11:02AM
22        THE WITNESS: Hence 1 to 2 percent. We   11:02AM
23  could get our yield. If it was a customer that --   11:02AM
24  BY MR. HENZY:   11:02AM
25     Q   For whatever reason --   11:02AM

Page 46

1     A   -- for whatever reason we did them.   11:02AM
2     Q   Okay. On the Garage Media New York deal, did   11:02AM
3  MacQuarie, then Huntington, or I guess suppose today,   11:03AM
4  own the sign? Do you know what I mean by the sign?   11:03AM
5     A   Yes.   11:03AM
6     Q   Okay. Did it own the sign?   11:03AM
7     A   Yes.   11:03AM
8     Q   Since you've been at MacQuarie and then   11:03AM
9  Huntington, how involved have you gotten with the   11:03AM
10  business of customers?   11:03AM
11     A   That would depend on the customer and the   11:03AM
12  transaction.   11:03AM
13     Q   Okay. And what would it depend on?   11:03AM
14     A   The complexity of the transaction, the size   11:03AM
15  of the transaction, the nature of the opportunity.   11:04AM
16     Q   So post lease being entered into or loan   11:04AM
17  being made, I guess what was your role then? Because   11:04AM
18  you've talked about your portfolio function, the   11:04AM
19  capital markets function, but you haven't talked about   11:04AM
20  a servicing function. So at MacQuarie, now   11:04AM
21  Huntington, have you had a servicing function?   11:04AM
22     A   The servicing function is as simple as a   11:04AM
23  system generating an invoice and sending it out and   11:04AM
24  maintaining the accounting records, so that would   11:04AM
25  never be something that would be typically handled in   11:04AM

Page 47

1  a portfolio function, that would be handled in an   11:04AM
2  operations and a finance function.   11:04AM
3     Q   And typically, again, at MacQuarie,   11:04AM
4  Huntington, do you have contact with lessees,   11:05AM
5  borrowers, post closing?   11:05AM
6     A   Varies. It varies.   11:05AM
7     Q   What does it vary depending on?   11:05AM
8     A   The nature of the customer, the complexity of   11:05AM
9  the transaction, and what's happening with the   11:05AM
10  account.   11:05AM
11     Q   So what type of transaction would you have   11:05AM
12  contact with the customer post closing?   11:05AM
13     A   Material transactions where there are issues.   11:05AM
14     Q   Okay. Is it fair to call that a servicing   11:05AM
15  function?   11:05AM
16     A   If you wish.   11:05AM
17     Q   What would you call it?   11:05AM
18     A   Just account management.   11:05AM
19     Q   Okay. So depending on a number of factors on   11:05AM
20  some accounts post closing, you would take on an   11:06AM
21  account management function?   11:06AM
22     A   Typically along with sales, correct.   11:06AM
23     Q   When you say -- not that you were selling,   11:06AM
24  but along with sales, meaning a salesperson?   11:06AM
25     A   Correct.   11:06AM

Page 48

1     Q   What type of transaction would you take on an   11:06AM
2  account management function?   11:06AM
3        MR. O'KEEFE: Objection, asked and   11:06AM
4  answered. But you can answer it again.   11:06AM
5        THE WITNESS: As I said, typically a   11:06AM
6  significant material transaction where issues   11:06AM
7  arise that require my input.   11:06AM
8  BY MR. HENZY:   11:06AM
9     Q   Okay. So what is a material transaction?   11:06AM
10     A   I would identify it as an opportunity -- as   11:06AM
11  an outstanding greater than a million dollars.   11:06AM
12     Q   What kind of issues would cause -- that   11:07AM
13  would arise would cause you to take on an account   11:07AM
14  management function?   11:07AM
15     A   A number of different types of issues:   11:07AM
16  customer dissatisfaction with the equipment; somebody   11:07AM
17  wants to upgrade and extend or do something to   11:07AM
18  restructure their lease; they're not paying for some   11:07AM
19  reason. There's any number of issues that I might get   11:07AM
20  involved in.   11:07AM
21     Q   And on the accounts that you don't get   11:07AM
22  involved in, so let's say accounts that are not   11:07AM
23  material, meaning they're below a million dollars. Is   11:07AM
24  it, sort of, you didn't need to get involved, because   11:07AM
25  they would just kind of run themselves? The invoice   11:07AM

### Page 49

1    gets spit out, and people pay it, and --        11:07AM
2    A    Well, there's groups that do that: there's    11:08AM
3    collections, there's operations, there's finance,    11:08AM
4    there's tax.  They're doing their jobs.        11:08AM
5    Q    Okay.  At MacQuarie, did you get involved in    11:08AM
6    all of the transactions where issues arose?        11:08AM
7    A    No.  It would have to get raised to my level    11:08AM
8    within the organization.                11:08AM
9    Q    When would it get raised to your level?    11:08AM
10   A    Usually by materiality.            11:08AM
11   Q    Meaning dollar amount?            11:08AM
12   A    Correct.  Or length of term of relationship    11:08AM
13   with the customer, or the risk to the business of not    11:08AM
14   handling it correctly.                11:08AM
15   Q    And if it was material, meaning above a    11:08AM
16   million, would you always get involved in those?    11:08AM
17   A    No.  It depends on the situation.        11:08AM
18   Q    Okay.  And what --                11:09AM
19   A    Just by virtue of it being material doesn't    11:09AM
20   mean there are issues.                11:09AM
21   Q    So if it's material --                11:09AM
22   A    And there's --                    11:09AM
23   Q    -- and there's issues, are you getting    11:09AM
24   involved?                        11:09AM
25   A    Generally.                    11:09AM

### Page 50

1    Q    Okay.  And on those cases where you would get    11:09AM
2    involved, getting involved meaning would you take on    11:09AM
3    principal responsibility, then, for management of that    11:09AM
4    account?                        11:09AM
5    A    Sometimes.                    11:09AM
6    Q    And when would you not take on principal    11:09AM
7    responsibility?                    11:09AM
8    A    When I didn't need to.            11:09AM
9    Q    And why would you not need to?        11:09AM
10   A    Because a salesperson could manage it just    11:09AM
11   under my direction.                    11:09AM
12   Q    Okay.  And when would you need to?        11:09AM
13   A    When I felt that that wouldn't occur.        11:09AM
14   Q    Okay.  In, say, the last ten years, so    11:09AM
15   since -- well, since it became MacQuarie, how many    11:09AM
16   accounts would you say you've taken on principal    11:10AM
17   responsibility for managing the account?        11:10AM
18   A    I don't know.                    11:10AM
19   Q    Can you give me a ballpark?  More than 100 or    11:10AM
20   less than 100?                        11:10AM
21   A    Oh, way less than 100.            11:10AM
22   Q    So less than 20?                11:10AM
23   A    Yes.  Probably 15 to 20.            11:10AM
24   Q    Okay.  When you would take on account    11:10AM
25   management, what kind of functions would you then    11:10AM

### Page 51

1    perform?                        11:10AM
2    A    Depends on the opportunity, but an example    11:10AM
3    would be we had a customer called Daughters of Charity    11:10AM
4    Hospital, and this was last year.  They had a number    11:10AM
5    of different hospitals, Daughters was sold to Verity,    11:10AM
6    Verity has got tough credit, Verity doesn't like the    11:11AM
7    fact that the equipment -- they wanted to replace    11:11AM
8    their equipment but they owed us a bunch of money.  I    11:11AM
9    negotiated with the Daughters' guys the buyout of our    11:11AM
10   equipment.                        11:11AM
11   Q    Approximately how many accounts of the 15 to    11:11AM
12   20 ended up being, what I'll call, extended workouts,    11:11AM
13   or extended distress situations like the Garage Media    11:11AM
14   situation?                        11:11AM
15           MR. O'KEEFE:  Object to the form of the    11:11AM
16   question.  You can answer it.            11:11AM
17           THE WITNESS:  One.                11:11AM
18   BY MR. HENZY:                        11:11AM
19   Q    This was it?                    11:11AM
20   A    Yes.                        11:11AM ·
21   Q    When you are managing an account, has it been    11:11AM
22   your practice in these 15 to 20 situations to        11:12AM
23   communicate with a borrower/lessee's competitors for    11:12AM
24   any reason?                        11:12AM
25   A    No.                        11:12AM

### Page 52

1    Q    Has it been your practice when you're    11:12AM
2    managing an account to communicate with a        11:12AM
3    borrower/lessee's contract counterparties?        11:12AM
4    A    I don't understand the question.        11:12AM
5    Q    Do you know what a contract counterparty is?    11:12AM
6    A    You can explain it.                11:12AM
7    Q    So if you have a borrower -- so I'll withdraw    11:12AM
8    all of the above.                    11:12AM
9        So has it been your practice to communicate    11:12AM
10   with entities that your borrower/lessee has a        11:12AM
11   contractual relationship with?            11:13AM
12   A    It depends on the situation.  Not often.    11:13AM
13   Q    Okay.  So outside of the Garage Media    11:13AM
14   New York situation, can you think of any situations    11:13AM
15   where you have communicated directly with people    11:13AM
16   that -- entities that your borrower/lessee has had a    11:13AM
17   contractual relationship with?            11:13AM
18           MR. O'KEEFE:  I'll object to the form.    11:13AM
19   You can answer.                    11:13AM
20           THE WITNESS:  I don't recall.        11:13AM
21   BY MR. HENZY:                        11:13AM
22   Q    You don't recall ever having done that?    11:13AM
23   A    I've been doing this for --            11:13AM
24   Q    A long time.                    11:13AM
25   A    I've been doing this for 35 years.        11:13AM

5/6/2019                     John Zimmeth                   Page: 17 (53 - 56)

Page 53

1    Q  So just limiting it to MacQuarie Huntington   11:13AM
2  now, you don't recall any such situation?   11:13AM
3    A  Not really.          11:13AM
4    Q  When you've managed accounts in these 15 to   11:13AM
5  20 situations, have you ever provided information   11:13AM
6  about your customer -- I'm sorry, your lessee/borrower   11:14AM
7  to any third parties?          11:14AM
8    A  No.          11:14AM
9    Q  Do you know if MacQuarie, now Huntington, has   11:14AM
10  internal policies regarding confidentiality of   11:14AM
11  customer — borrower/lessee information?   11:14AM
12    A  Sure.          11:14AM
13    Q  Okay.  And what are those policies,   11:14AM
14  generally, to the extent you know?   11:14AM
15    A  Generally, to the extent I know, that if we   11:14AM
16  have a confidentiality agreement with a customer, and   11:14AM
17  we have confidential information from them, that we   11:14AM
18  maintain it.          11:14AM
19    Q  Do you know whether you can provide customer   11:14AM
20  information to third parties, even if there's no   11:14AM
21  confidentiality agreement?   11:14AM
22    A  I don't.          11:14AM
23    Q  You don't know, okay.          11:15AM
24    A  I guess if it's public, yes.  Probably not.   11:15AM
25  I'll go back to the same answer, I don't know.   11:15AM

Page 54

1    Q  So let's say you have a customer   11:15AM
2  relationship, there's no confidentiality agreement,   11:15AM
3  you have information from the customer that's   11:15AM
4  nonpublic, would you say that you have the right to   11:15AM
5  disclose that information to third parties?   11:15AM
6    A  No.          11:15AM
7    Q  You would say that you do not?   11:15AM
8    A  That's correct.          11:15AM
9    Q  And that's based on what?          11:15AM
10    A  Bank policy.          11:15AM
11    Q  So MacQuarie, now Huntington, would have a   11:15AM
12  policy that you're not supposed to do that?   11:15AM
13    A  Correct.          11:15AM
14    Q  And do you know if any laws restrict you from   11:15AM
15  doing that?          11:15AM
16       MR. O'KEEFE:  Object to the form.   11:15AM
17       THE WITNESS:  Possibly, yes.   11:15AM
18  BY MR. HENZY:          11:15AM
19    Q  It's okay to say I don't know, if you don't   11:15AM
20  know.          11:16AM
21       Do you know -- my question was, do you know   11:16AM
22  whether any laws govern the ability to provide third   11:16AM
23  parties with customer information?   11:16AM
24    A  No, I don't know specifically.   11:16AM
25    Q  Okay.  How are you aware of what you call   11:16AM

Page 55

1  bank policy, so MacQuarie, now Huntington, policy   11:16AM
2  regarding disclosure of customer information?   11:16AM
3    A  As aware as I feel I need to be.   11:16AM
4    Q  How are you aware?          11:16AM
5    A  Oh, we do internal training, and I'm   11:16AM
6  generally aware of it through the dealings of our   11:16AM
7  business.          11:16AM
8    Q  Okay.  So have there been internal trainings   11:16AM
9  where MacQuarie, now Huntington, has — someone   11:16AM
10  verbally or in writing has said, "This is our policy   11:17AM
11  regarding customer information"?   11:17AM
12    A  Yes.          11:17AM
13    Q  And you have been told that unless -- that   11:17AM
14  you're not supposed to disclose nonpublic information;   11:17AM
15  is that fair?          11:17AM
16       MR. O'KEEFE:  Objection to the form of   11:17AM
17  the question.  You can answer.   11:17AM
18       THE WITNESS:  Yes.          11:17AM
19  BY MR. HENZY:          11:17AM
20    Q  Outside of the training, is there anything   11:17AM
21  else that has educated you on bank policy regarding   11:17AM
22  customer information?          11:17AM
23    A  No.          11:17AM
24    Q  What has been the form of those trainings?   11:17AM
25  Is there a written policy somewhere that you are aware   11:17AM

Page 56

1  of?          11:17AM
2    A  We have online training consistently.   11:17AM
3    Q  Okay.  And so —          11:17AM
4    A  I'm sure there is internal policy written   11:17AM
5  down.          11:17AM
6    Q  Do you know -- do you remember if you've ever   11:17AM
7  laid eyes on a written policy?   11:17AM
8    A  No.          11:17AM
9    Q  In your 35 years, would you say — has it   11:18AM
10  generally been your understanding that lessor, bank,   11:18AM
11  any provider of capital, I'll call it, should not,   11:18AM
12  cannot, provide customer information to third parties,   11:18AM
13  nonpublic customer information to third parties?  Has   11:18AM
14  that generally been your understanding?   11:18AM
15       MR. O'KEEFE:  Object to the form of the   11:18AM
16  question.  You can answer.   11:18AM
17       THE WITNESS:  We have the right per our   11:18AM
18  agreements to share information all the time.  So   11:18AM
19  your questions are -- I'm not sure where you're   11:18AM
20  going with this, but your questions are based on   11:18AM
21  the fact that you're saying personal information.   11:18AM
22  I don't know what personal information you're   11:18AM
23  talking about, but we get -- we do business with   11:18AM
24  privately held customers all the time, and we   11:19AM
25  share their business with other banks, with other   11:19AM

Page 57

1   people in our business because we have that right   11:19AM
2   per the documentation.                    11:19AM
3   BY MR. HENZY:                             11:19AM
4       Q   Okay.                             11:19AM
5       A   That information is shared all the time.   11:19AM
6       Q   Okay.                             11:19AM
7       A   So when you say personal information, I   11:19AM
8   assume you're talking about somebody's personal   11:19AM
9   financial statements, or their own personal social   11:19AM
10  security number, or some sort of personal information,   11:19AM
11  nonpublic personal information. I don't get that, I   11:19AM
12  don't have it, so you're asking me questions about   11:19AM
13  things --                                 11:19AM
14      Q   Okay. I'm talking about not necessarily an   11:19AM
15  individual's personal information. All of my   11:19AM
16  questions have been, I said, customer information?   11:19AM
17      A   If it's customer information that we have the   11:19AM
18  ability to transfer to somebody else, it's granted   11:19AM
19  through the documentation.                11:19AM
20      Q   Okay. So in some of your -- in your   11:19AM
21  documentation you believe there's something that says   11:19AM
22  you can provide third parties with customer   11:19AM
23  information, is that --                   11:20AM
24          MR. O'KEEFE: Object to the form of the   11:20AM
25  question. You can answer.                 11:20AM

Page 58

1          THE WITNESS: That's correct.      11:20AM
2   BY MR. HENZY:                             11:20AM
3       Q   If it's not provided for in your   11:20AM
4   documentation, then all of your answers to the above   11:20AM
5   that you --                              11:20AM
6       A   We would generally not share.     11:20AM
7       Q   You generally would not. And do you think   11:20AM
8   that you have a right to? If it's outside of whatever   11:20AM
9   is in the document, do you think you have a right to   11:20AM
10  share it?                                11:20AM
11      A   I wouldn't share it.              11:20AM
12      Q   Why not?                         11:20AM
13      A   I wouldn't have a need to.        11:20AM
14      Q   You wouldn't have -- what does that mean?   11:20AM
15      A   That means I'm not trying to sell the debt,   11:20AM
16  I'm not trying to do something where I'm trying to do   11:20AM
17  something that's not normal in my business.   11:20AM
18      Q   Okay. So generally if you're trying to sell   11:20AM
19  the debt, then do you think that MacQuarie, now   11:20AM
20  Huntington, has the right under its documents to share   11:21AM
21  customer information?                     11:21AM
22      A   We have --                       11:21AM
23          MR. O'KEEFE: Object to the form of the   11:21AM
24  question. You can answer.                 11:21AM
25          THE WITNESS: We have the rights through   11:21AM

Page 59

1   whatever documentation we have in place, and when   11:21AM
2   we share it, we check the documents to be sure   11:21AM
3   that we do.                              11:21AM
4   BY MR. HENZY:                             11:21AM
5       Q   So is it that you wouldn't share information   11:21AM
6   unless your documents say that you can?   11:21AM
7       A   That would be the general policy, correct.   11:21AM
8       Q   You mentioned selling debt. What other   11:21AM
9   reason would you ever have for providing customer   11:21AM
10  information to third parties?             11:21AM
11      A   Not many. None that I can think of, unless   11:21AM
12  I'm compelled to.                        11:21AM
13      Q   Right. Assuming you're not compelled. You   11:21AM
14  haven't received a subpoena.              11:22AM
15      A   Right.                           11:22AM
16      Q   Who is -- who or what is Garage Media of   11:22AM
17  New York to your knowledge?               11:22AM
18      A   They are a single-purpose entity that was   11:22AM
19  started to put a display sign on the Port Authority of   11:22AM
20  New York and possibly develop some other digital sign   11:22AM
21  opportunities.                           11:22AM
22      Q   I'm going to get more to the process of how   11:22AM
23  you got involved here, but did you -- when I say you,   11:22AM
24  to the extent you know, I'm talking about Bob   11:23AM
25  MacQuarie at the time, okay?              11:23AM

Page 60

1       A   Uh-huh.                          11:23AM
2       Q   Did you or did MacQuarie select the sign, the   11:23AM
3   sign technology, when this deal was done?   11:23AM
4       A   No.                              11:23AM
5       Q   Who selected the sign?            11:23AM
6       A   The packagers.                   11:23AM
7       Q   The packagers?                   11:23AM
8       A   Garage Media and A2a.            11:23AM
9       Q   MacQuarie didn't supply the sign in the sense   11:23AM
10  that it didn't make it, it didn't deliver anything,   11:23AM
11  correct?                                 11:23AM
12      A   That's correct.                  11:23AM
13      Q   So is it your testimony that MacQuarie   11:23AM
14  acquired or became the owner of the sign in connection   11:24AM
15  with the entry into the lease?            11:24AM
16      A   That's correct.                  11:24AM
17      Q   Have you ever had any communications with   11:24AM
18  anyone else at MacQuarie, now Huntington, specifically   11:24AM
19  about whether or not MacQuarie, now Huntington, is the   11:24AM
20  owner of the sign?                       11:24AM
21      A   Ever?                            11:24AM
22      Q   Yes. Have you discussed ownership?   11:24AM
23      A   Gosh, that's a strange question, but I guess.   11:24AM
24  Possibly.                                11:24AM
25      Q   Can you remember any specific conversations?   11:24AM

5/6/2019                    John Zimmeth                  Page: 19 (61 - 64)

Page 61

1    A  Well, on a number of occasions we said, we've  11:24AM
2    got a sign here that isn't performing, what do we do  11:24AM
3    about it.                          11:24AM
4    Q  Okay.  I'm trying to narrow it as much as I  11:24AM
5    can.  Did you ever have any conversations with anybody  11:25AM
6    at MacQuarie, now Huntington, about MacQuarie, now  11:25AM
7    Huntington, owns the sign, or has title to the sign,  11:25AM
8    versus this was a financing?              11:25AM
9    A  It was known the entire time.          11:25AM
10   Q  That what?                      11:25AM
11   A  That it was a true lease financing, not a  11:25AM
12   finance lease, and it was done specifically that way  11:25AM
13   because the guys didn't have the sales tax up front.  11:25AM
14   Not only did we want to do it that way, but they  11:25AM
15   needed it to be done that way.  New York sales tax is  11:25AM
16   up front on financing leases, and they wouldn't have  11:25AM
17   had the money.                     11:25AM
18   Q  Have you ever reviewed Garage Media of  11:25AM
19   New York's tax returns?                 11:25AM
20   A  No.                         11:25AM
21   Q  Do you know if those tax returns were  11:25AM
22   provided to MacQuarie during the term of this lease?  11:26AM
23   A  I don't.                     11:26AM
24   Q  So it was generally known -- I don't want to  11:26AM
25   mischaracterize your testimony that this was a true  11:26AM

Page 62

1    lease, but did you ever talk to anyone at MacQuarie,  11:26AM
2    now Huntington, about that issue, about ownership, or  11:26AM
3    it was just always -- it was unstated, is that --  11:26AM
4    A  It didn't need to be stated.          11:26AM
5        (Defendants' Exhibit 2, Garage Media  11:26AM
6    Amort Profile:  Marked for Identification.)  11:27AM
7    BY MR. HENZY:                      11:27AM
8    Q  What's been marked as Exhibit 2, do you  11:27AM
9    recognize that?                    11:27AM
10   A  I don't, but I recognize the signature on the  11:27AM
11   top.                           11:27AM
12   Q  Whose signature is that?            11:27AM
13   A  John Ostrowski.                  11:27AM
14   Q  Okay.  Who's John Ostrowski?          11:27AM
15   A  He was a portfolio manager who worked for me.  11:27AM
16   Q  Not this document specifically, but do you  11:27AM
17   recognize, I guess I'm going to call it, the form of  11:28AM
18   this document?  Is this a document that MacQuarie, now  11:28AM
19   Huntington, typically would have in its files in  11:28AM
20   connection with a lease deal?             11:28AM
21   A  Depends on the deal.              11:28AM
22   Q  Okay.  Did MacQuarie ever have a document  11:28AM
23   like this on its deals?                11:28AM
24   A  Yes.  Because you're looking at one.      11:28AM
25   Q  And are you familiar with this type of  11:28AM

Page 63

1    document as opposed to maybe this document  11:28AM
2    specifically?                     11:28AM
3    A  I'm familiar with what this document is  11:28AM
4    saying, yes.                      11:28AM
5    Q  And what is this document saying?        11:28AM
6    A  It's our -- at the time we were looking at  11:28AM
7    this, this was our original expected cost of six  11:28AM
8    million six, and the structure of the payments, and we  11:28AM
9    had a security deposit, and the document is looking at  11:28AM
10   this and seeing what would be our exposure at any  11:29AM
11   point in time.                     11:29AM
12   Q  What is OEC?                    11:29AM
13   A  Original equipment cost.             11:29AM
14   Q  Is that the original amount of the loan?    11:29AM
15   A  That's correct.                 11:29AM
16   Q  And then I know generally what interest rate  11:29AM
17   is, but what does it mean in the context of this  11:29AM
18   document?                        11:29AM
19   A  It's the yield rate, correct.          11:29AM
20   Q  Okay.  Term is straightforward.  What's  11:29AM
21   FV RV?                         11:29AM
22   A  Future value residual.             11:29AM
23   Q  What does that mean?              11:29AM
24   A  That's the future value residual that we were  11:29AM
25   going to book when we booked this transaction.  So  11:29AM

Page 64

1    that's the residual value we were assuming would be  11:29AM
2    needing to be recaptured at the end of the lease.  11:29AM
3    Q  So the idea is that it's a $6.6 million --  11:29AM
4    A  Transaction.                   11:29AM
5    Q  Transaction.                   11:29AM
6    A  We would have about 8 percent at risk.    11:29AM
7    Q  Okay.  And the interest rate is 11.25    11:29AM
8    percent.  Is that an internal, is that an IRR, or is  11:30AM
9    that --                         11:30AM
10   A  That's an internal booking rate.        11:30AM
11   Q  What does that mean, internal booking rate?  11:30AM
12   A  That's the rate that we would book this  11:30AM
13   transaction at that cost that these the payments would  11:30AM
14   lead that RV.  So when you book a true lease, you  11:30AM
15   book -- you start with your cost, and you have a  11:30AM
16   residual value, and you have an implicit rate, an  11:30AM
17   earning rate, that you rate -- that you earn to the RV  11:30AM
18   based on the payments that you're getting in, and  11:30AM
19   that's what this would have laid out.        11:30AM
20   Q  So is this -- tell me the connection between  11:30AM
21   this, which I'm understanding as an internal rate of  11:30AM
22   return --                        11:30AM
23   A  Uh-huh.                      11:30AM
24   Q  -- and the rate that's being charged to the  11:30AM
25   customer?                        11:30AM

Page 65

1    A  It's a fair market value lease, so you don't    11:30AM
2  know exactly at the end, but in this case the customer  11:30AM
3  was being charged those payments on a true lease    11:31AM
4  basis.                                    11:31AM
5    Q  So connect this interest rate, if you can, if    11:31AM
6  you understand the question, to the payment stream.  **11:31AM**
7  Is the customer paying -- if the customer pays all of  11:31AM
8  these payments on time, okay, and you get to the end  11:31AM
9  of the term, and I want to get to the residual value  11:31AM
10  piece, is the customer then, through the term, paying  11:31AM
11  an 11.25 percent interest rate?                11:31AM
12    A  If they were to pay the 495, correct.        11:31AM
13    Q  So pay all payments on time, and then here's  **11:31AM**
14  a check for 495 that if I calculated it over the life  11:31AM
15  of the lease, the interest rate the customer pays    11:31AM
16  would be 11.25 percent; is that fair?            11:31AM
17    A  In this particular case.                  11:31AM
18    Q  In this particular case, okay.  All right.    **11:31AM**
19      And what's the FV RV, what is that based on?  **11:31AM**
20    A  That's just a booked residual value.  That's    11:31AM
21  the RV that we would put on the books.  It doesn't    11:31AM
22  necessarily mean that's our expectation for the back  11:32AM
23  end, but that's what we're willing to book.        11:32AM
24    Q  And what is that based on?  Is that based on  **11:32AM**
25  a judgment about the sign or the collat--        **11:32AM**

Page 66

1  whatever the deal is -- the equipment is worth at that  11:32AM
2  point in time?                           **11:32AM**
3    A  It's based on the RV that we're willing to    11:32AM
4  book in order to put the deal on our books.  Often we  11:32AM
5  will expect something to be worth more, but if we put  11:32AM
6  it on our books at that, it just increases the risk of  11:32AM
7  our books, so we want our books to be a little bit    11:32AM
8  more conservative so we won't book the entire expected  11:32AM
9  residual.                                11:32AM
10    Q  So it increases the risk on your --          **11:32AM**
11    A  So I'll give you another deal.  If we do a    11:32AM
12  deal with General Electric, we want to earn 7 and a    11:32AM
13  half percent with GE, we have equipment -- these are  11:32AM
14  market rates, because if they weren't market rates,    11:33AM
15  they wouldn't have done them with us.  We do a market  11:33AM
16  deal, and at the yield we want it drives a certain    11:33AM
17  residual value.  Let's say the residual value is 18    11:33AM
18  percent, we might expect that equipment to be worth 27  11:33AM
19  in place, but we're not going to book to 27 because    11:33AM
20  then our books require everything that we expect to    11:33AM
21  happen.  It's not a conservative way of doing it, so    11:33AM
22  we book to the lower yield that gets us the yield    11:33AM
23  we're willing to accept over the firm term.        11:33AM
24    Q  Okay.  So I don't mean to minimize it, in    **11:33AM**
25  some sense it's a math problem.  That number just gets  **11:33AM**

Page 67

1  driven by the other numbers, I guess I'll call it?    **11:33AM**
2    A  That's correct.                        11:33AM
3    Q  So what does net investment mean?            **11:33AM**
4    A  Net investment is our investment in the        11:34AM
5  equipment at that time, whatever is left on our books  11:34AM
6  at that point in time.                      11:34AM
7    Q  Okay.  And then -- so, again, it's just -- to  **11:34AM**
8  get from net investment to security to exposure, is    **11:34AM**
9  just a math -- that's just a math thing?          **11:34AM**
10    A  That's correct.                        11:34AM
11      (Defendants' Exhibit 3, Email dated        11:34AM
12  1/17/18:  Marked for Identification.)            11:35AM
13  BY MR. HENZY:                            11:35AM
14    Q  You know who Ed Kitchen is, correct?        **11:35AM**
15    A  I do.                              11:35AM
16    Q  And you know who John Glodich is?          **11:35AM**
17    A  I do.                              11:35AM
18    Q  In this email from Ed Kitchen -- well, it's  **11:35AM**
19  an email string between Kitchen and Glodich and      **11:35AM**
20  others.  At the top of the email it says -- Ed Kitchen  **11:35AM**
21  is writing to John Glodich, "We will need to figure  **11:35AM**
22  out the CARS," C-A-R-S, "amount listed."  What does  **11:35AM**
23  that mean?  What does CARS mean?                **11:35AM**
24    A  CARS are the criticized assets.            11:36AM
25    Q  Criticized assets?                      **11:36AM**

Page 68

1    A  Yeah.  Any asset that's being handled by the  11:36AM
2  workout group, so it becomes a criticized asset.  If  11:36AM
3  its credit rating is below a certain rating, it goes  11:36AM
4  to -- it becomes a criticized asset, and we have to  11:36AM
5  report on it every quarter.                  11:36AM
6    Q  So what would that mean?  "We will need to  **11:36AM**
7  figure out the" -- criticized asset.  What's R?    **11:36AM**
8    A  I'm not sure.                        11:36AM
9    Q  And how about S, don't know?              **11:36AM**
10    A  Essentially --                        11:36AM
11    Q  Those workout guys make up all kinds of      **11:36AM**
12  acronyms?                              **11:36AM**
13    A  Exactly.  Essentially every quarter Ed      11:36AM
14  Kitchen and his team meet, and the account teams      11:36AM
15  generally report back, and sometimes it's just the    11:36AM
16  workout team themselves who are managing it, but, hey,  11:37AM
17  how are these people doing.                  11:37AM
18    Q  Do you know what "amount listed" would mean  **11:37AM**
19  there?  It says, "The CARS amount listed."          **11:37AM**
20    A  Yes.  So how much are we going to -- what do  11:37AM
21  we say our exposure is to the CARS.              11:37AM
22    Q  Okay.  So if I go down to almost the bottom  **11:37AM**
23  of the page, do you see where it has that net exposure  **11:37AM**
24  involved?                              **11:37AM**
25    A  Uh-huh.                            11:37AM

Page 69

| | |
|---|---|
| 1 | Q So what does that mean?  11:37AM |
| 2 | A That was the net exposure on the books at  11:37AM |
| 3 | January 12, 2018.  11:37AM |
| 4 | Q Okay. So if I go back to Exhibit 2 --  11:37AM |
| 5 | A Yes.  11:37AM |
| 6 | Q -- how does that tie into that?  11:37AM |
| 7 | A It doesn't.  11:37AM |
| 8 | Q It doesn't at all?  11:37AM |
| 9 | A Well, you made the case earlier that this  11:37AM |
| 10 | would be our exposure if they paid every payment on  11:37AM |
| 11 | time, and at the end paid 495, that never occurred  11:37AM |
| 12 | here. This particular account was put on nonaccrual  11:38AM |
| 13 | three, four years ago.  11:38AM |
| 14 | Q What does that mean?  11:38AM |
| 15 | A That means we stopped taking earnings on it.  11:38AM |
| 16 | We stopped accruing anymore interest income or any  11:38AM |
| 17 | other reduction or addition to our exposure.  11:38AM |
| 18 | Q So assume for the purposes of this question  11:38AM |
| 19 | that GMNY stopped paying sometime in 2015. So that  11:38AM |
| 20 | means that -- would you stop accruing at the time  11:38AM |
| 21 | payments stopped?  11:38AM |
| 22 | A We did stop accruing.  11:38AM |
| 23 | Q So this $3,820,708.65 number, was that number  11:38AM |
| 24 | frozen in time, so to speak?  11:38AM |
| 25 | A Pretty much.  11:38AM |

Page 70

| | |
|---|---|
| 1 | Q So as of 2015, that was the number, and that  11:38AM |
| 2 | is the number today?  11:38AM |
| 3 | A Pretty much.  11:38AM |
| 4 | Q And would the bank -- would Huntington accrue  11:39AM |
| 5 | that interest someplace, or just would --  11:39AM |
| 6 | A It's a criticized account. It's on  11:39AM |
| 7 | nonaccrual, so no. So that's the nature of  11:39AM |
| 8 | nonaccrual.  11:39AM |
| 9 | Q So there's no place that --  11:39AM |
| 10 | A It doesn't mean that it's not owed, that  11:39AM |
| 11 | money.  11:39AM |
| 12 | Q There's no place I could go internally at  11:39AM |
| 13 | Huntington and say how much is owed?  11:39AM |
| 14 | A You could always find out how much is owed.  11:39AM |
| 15 | What you -- wouldn't change is how much is on our  11:39AM |
| 16 | books.  11:39AM |
| 17 | Q Okay. But there's no place -- is there a  11:39AM |
| 18 | place at Huntington I could go and say give me the  11:39AM |
| 19 | piece of paper that says how much is owed?  11:39AM |
| 20 | A We could put it together based -- all we have  11:39AM |
| 21 | to do is look at the contract and say what does the  11:39AM |
| 22 | contract say.  11:39AM |
| 23 | Q But to your knowledge has that been done?  11:39AM |
| 24 | A It was done when we transferred the file to  11:39AM |
| 25 | Ed and he said how much would be owed.  11:39AM |

Page 71

| | |
|---|---|
| 1 | Q Okay. So there's a piece of paper somewhere  11:40AM |
| 2 | internally at Huntington that's done that accrual?  11:40AM |
| 3 | A I think you've seen it.  11:40AM |
| 4 | Q Okay. After it goes to workout, who would do  11:40AM |
| 5 | that calculation?  11:40AM |
| 6 | A Generally the workout team would do it in  11:40AM |
| 7 | conjunction with our legal team, in-house counsel.  11:40AM |
| 8 |         (Defendants' Exhibit 4, Email dated  11:40AM |
| 9 | 9/20/18: Marked for Identification.)  11:41AM |
| 10 | BY MR. HENZY:  11:41AM |
| 11 | Q Exhibit 4 is an email from Donald Helmrich --  11:41AM |
| 12 | a September 20, 2018 email from Donald Helmrich to  11:41AM |
| 13 | Edward Kitchen, and Helmrich says to Kitchen at the  11:41AM |
| 14 | top of that email, "Since Garage Media NY LLC has been  11:41AM |
| 15 | charged off." What does that mean?  11:41AM |
| 16 | A That means that the bank charged off the  11:41AM |
| 17 | loan.  11:42AM |
| 18 | Q The entire loan?  11:42AM |
| 19 | A Correct.  11:42AM |
| 20 | Q So if the loan was being carried at something  11:42AM |
| 21 | like 3.8 million, it's now being carried at zero?  11:42AM |
| 22 | A Correct.  11:42AM |
| 23 | Q And were you aware of that?  11:42AM |
| 24 | A Yes.  11:42AM |
| 25 | Q How would you become aware of that?  11:42AM |

Page 72

| | |
|---|---|
| 1 | A When my business takes a $3.8 million  11:42AM |
| 2 | charge-off, I hear about it.  11:42AM |
| 3 | Q Did it happened -- oh, but it happened after  11:42AM |
| 4 | this went to workout?  11:42AM |
| 5 | A Correct.  11:42AM |
| 6 | Q But somebody communicates to you that that's  11:42AM |
| 7 | happening?  11:42AM |
| 8 | A You think?  11:42AM |
| 9 | Q Yes.  11:42AM |
| 10 |         MR. O'KEEFE: Do you want to take a  11:42AM |
| 11 | break for a minute?  11:42AM |
| 12 |         MR. HENZY: That's fine.  11:42AM |
| 13 |         (Recess: 11:42 a.m. to 11:53 a.m.)  11:42AM |
| 14 |         (Defendants' Exhibit 5, Memo Bates  11:42AM |
| 15 | Stamped HTF1700: Marked for Identification.)  11:53AM |
| 16 | BY MR. HENZY:  11:53AM |
| 17 | Q What's been marked as Exhibit 5 -- I want to  11:53AM |
| 18 | draw your attention -- now, this is a memo that I'll  11:53AM |
| 19 | represent that your attorneys produced to me, is  11:53AM |
| 20 | this some -- and it's not identified who it's from or  11:53AM |
| 21 | who did it. Is this something that you recognize?  11:53AM |
| 22 | A I don't recall seeing it before.  11:53AM |
| 23 | Q Is this a memo of the type that you would  11:53AM |
| 24 | expect to see in a file?  11:53AM |
| 25 | A Probably, I would guess -- well, I don't know  11:53AM |

Page 73

1  on January 7th --                      11:53AM
2          MR. O'KEEFE:  Don't guess.      11:53AM
3  BY MR. HENZY:                          11:53AM
4      Q  Don't guess.                    11:53AM
5      A  Yeah.  I'm not guessing.  I don't know who  11:53AM
6  did this.                             11:53AM
7      Q  You don't know who did this, but is this a  11:53AM
8  memo of the type that you would see in a Huntington  11:54AM
9  lease file?                           11:54AM
10     A  You may see it in a criticized asset account  11:54AM
11 file.                                 11:54AM
12     Q  Which is not -- once it's in criticized  11:54AM
13 asset, other than telling you, for example, that  11:54AM
14 something has been charged off, are you part of that  11:54AM
15 process then?                         11:54AM
16     A  No.                            11:54AM
17     Q  It's off of your plate?        11:54AM
18     A  Well, I shouldn't say that, it depends.  Some  11:54AM
19 criticized asset accounts are paying as agreed.  Their  11:54AM
20 financial statements have put them in a position where  11:54AM
21 they're no longer what we call a past credit, that is  11:54AM
22 a credit that we would do new business with, that is  11:54AM
23 somebody that doesn't need to be managed by or at  11:54AM
24 least observed by the criticized asset group.  If the  11:54AM
25 transaction is for a customer that's performing as  11:54AM

Page 74

1  agreed and it's not in potential imminent danger of  11:54AM
2  failing, often the business unit is left to just  11:55AM
3  manage it as normal and report back every quarter  11:55AM
4  that, yup, they continue to perform.  11:55AM
5      Q  So it might be a criticized asset, but not be  11:55AM
6  moved over to the workout group?      11:55AM
7      A  As was this one for a number of years.  11:55AM
8      Q  Okay.                          11:55AM
9      A  So the fact that this says, "In January 2018,  11:55AM
10 SAD met with the guarantors," meant that this memo was  11:55AM
11 done after I no longer had any interest in it.  11:55AM
12     Q  And what's SAD?                11:55AM
13     A  SAD is the special assets division.  11:55AM
14     Q  Got it.  Understanding that you haven't seen  11:55AM
15 this before and you're not sure who did it, but the  11:55AM
16 last paragraph says, "Based on the uncertainty of a  11:55AM
17 sale of the display that has no value based on its  11:55AM
18 present condition."  Is that your view that the sign  11:55AM
19 has no value?  Do you share that view?  11:56AM
20     A  Did I share -- do I share that view today?  11:56AM
21     A  Yes.                           11:56AM
22     A  Well, yes.                     11:56AM
23     Q  Okay.  How long have you thought that the  11:56AM
24 sign has no value?                    11:56AM
25     A  Well, the value -- you asked me does the sign  11:56AM

Page 75

1  have no value.  The sign has no value today because  11:56AM
2  the contract with the Port expired on December 31,  11:56AM
3  2018, and we had no interest in it beyond that, so the  11:56AM
4  sign has value in place and operating, it always has  11:56AM
5  value in that regard.                 11:56AM
6      Q  Okay.  So when you say -- so you think the  11:56AM
7  sign as an operating entity does have value?  11:56AM
8      A  If it's operating -- if advertising can be  11:56AM
9  sold on it because it's operating, then it had value.  11:57AM
10     Q  The -- and I've known this number at various  11:57AM
11 points in time.  The sign consists of a number of  11:57AM
12 panels, correct?  Are you aware of that?  11:57AM
13     A  Yeah, I don't know the number.  11:57AM
14     Q  I don't know the number either, but we talked  11:57AM
15 a little bit earlier about residual value and the  11:57AM
16 operating value, so to speak, the wholesale value, the  11:57AM
17 liquidation value.  If somebody, the owner --  11:57AM
18     A  Virtually worthless.           11:57AM
19     Q  It's virtually worthless.  If you took those  11:57AM
20 panels off the building --            11:57AM
21     A  I'm assuming that you're asking the  11:57AM
22 question --                           11:57AM
23         MR. O'KEEFE:  If --           11:57AM
24         THE WITNESS:  I'm not supposed to  11:57AM
25 assume, I'm sorry.  I knew where you were going.  11:57AM

Page 76

1          MR. O'KEEFE:  Let him finish.  11:57AM
2          THE WITNESS:  Finish the question.  11:57AM
3  BY MR. HENZY:                         11:57AM
4      Q  Is there liquidation value?    11:57AM
5      A  No.                            11:57AM
6      Q  Okay.  Is there wholesale value?  11:57AM
7      A  Unlikely.                      11:57AM
8      Q  Okay.  You testified earlier that -- let me  11:57AM
9  take a step back.  I don't want to mischaracterize  11:58AM
10 your testimony.                       11:58AM
11         You just said as of December 31, 2018, that  11:58AM
12 Huntington lost interest or its interest ended.  Does  11:58AM
13 that mean you believe that Huntington no longer owns  11:58AM
14 the sign?                             11:58AM
15     A  I believe that per the contract, per the  11:58AM
16 original contract at December 31, 2018, ownership of  11:58AM
17 the sign went back to the Port.  That was per the  11:58AM
18 original contract.                    11:58AM
19     Q  Would you be surprised to know that the Port  11:58AM
20 does not agree with that position?    11:58AM
21     A  I would be very surprised.     11:58AM
22         MR. O'KEEFE:  Off the record.  11:58AM
23         (Off-the-record discussion.)   11:58AM
24         (Defendants' Exhibit 6, Lease No. 001  11:58AM
25 Original:  Marked for Identification.)  12:00PM

Page 77

1  BY MR. HENZY:                          12:00PM
2     Q  Mr. Zimmeth, do you recognize what's been   12:00PM
3  marked as Exhibit 6?                   12:00PM
4     A  Yes.                  12:00PM
5     Q  And what is that?             12:00PM
6     A  It's the lease, the original lease between   12:00PM
7  Garage Media and MacQuarie.            12:00PM
8     Q  Is this what I'm going to call the standard   12:00PM
9  form of an agreement for a MacQuarie lease?   12:01PM
10    A  No.                   12:01PM
11    Q  How did this differ?  When I say standard   12:01PM
12  form, I mean, was there a standard form lease   12:01PM
13  agreement that MacQuarie would use in its deals, or   12:01PM
14  did it do a completely new document for every deal?   12:01PM
15    A  No.  There's a standard form we use as the   12:01PM
16  basis of our transactions, but there's also many   12:01PM
17  customers who have a standard form and ask us to use.   12:01PM
18  It depends on the transaction.  This one is different   12:01PM
19  in that there's so much added to it to reflect the   12:01PM
20  nature of the staggered acquisition in the fourth   12:01PM
21  payment, the fifth payment, the sixth payment, the   12:01PM
22  final payment.  That's not a normal deal.   12:01PM
23    Q  So sometimes a customer might have a form and   12:02PM
24  say, we want to use this?              12:02PM
25    A  Yes.                  12:02PM

Page 78

1     Q  But is that what happened here?       12:02PM
2     A  No.                   12:02PM
3     Q  So this document came from MacQuarie?     12:02PM
4     A  That's correct.               12:02PM
5     Q  And just to walk through -- so the provisions   12:02PM
6  you're talking about, I'm going to start at paragraph   12:02PM
7  2 on the first page, on page 1 of 11, and are you   12:02PM
8  referring to -- it runs through page 2 and into about   12:02PM
9  a third of the way down the first column of page 3.   12:02PM
10    A  Yes.                  12:02PM
11    Q  Those are the payment provisions?      12:02PM
12    A  Correct.                  12:02PM
13    Q  And that is nonstandard.  That's not what you   12:02PM
14  would see in a typical MacQuarie lease document; is   12:02PM
15  that correct?                     12:02PM
16    A  That's correct.               12:02PM
17    Q  And outside of that, just page through this   12:02PM
18  quickly, can you tell me any other provisions of this   12:03PM
19  that would be nonstandard provisions?       12:03PM
20    A  I'm not looking at the language to see what   12:03PM
21  was --                          12:03PM
22    Q  Outside --            12:03PM
23    A  -- marked up and --          12:03PM
24    Q  Fair enough.            12:03PM
25    A  -- looking between one term --     12:03PM

Page 79

1     Q  But I'm saying --             12:03PM
2     A  -- and the other.            12:03PM
3     Q  -- the basic structure term of the agreement.   12:03PM
4     A  Section 22 would be nonstandard.   12:03PM
5     Q  What part of Section 22 would be nonstandard?   12:03PM
6     A  Well, virtually all of it.  I mean, it's all   12:03PM
7  been written for this deal.  The display agreement,   12:03PM
8  the lease, the maintenance agreement, utilities, back   12:03PM
9  office, that would not be in a normal lease.  Normally   12:03PM
10  we're leasing technology or equipment.  It just   12:04PM
11  wouldn't be in there.                 12:04PM
12    Q  Okay.                 12:04PM
13    A  Referencing a two-way, you know, none of that   12:04PM
14  is standard.                  12:04PM
15    Q  Anything else?                12:04PM
16    A  Not that comes to mind.          12:04PM
17    Q  I want to -- okay.  In what I'm going to call   12:04PM
18  the standard -- so you're pointing to paragraph 22 in   12:04PM
19  paragraph 2 as nonstandard provisions in this   12:04PM
20  document.  In the, albeit small -- would this   12:04PM
21  document -- would the standard -- I'm going to   12:04PM
22  withdraw all of that.             12:04PM
23    Would the standard MacQuarie document, so   12:04PM
24  something -- understanding there's specific language   12:04PM
25  changes here, and then there's paragraph 2 and 22, but   12:04PM

Page 80

1  would the standard MacQuarie document be used in both   12:05PM
2  leasing transactions and financing transactions?   12:05PM
3     A  No.  There's many natures of financing   12:05PM
4  agreements.  There's installment payment agreements,   12:05PM
5  and equipment finance agreements, and some are done   12:05PM
6  under a master lease and schedule.  It depends on the   12:05PM
7  transaction and what's trying to be accomplished.   12:05PM
8     Q  Okay.  So would this standard -- if you were   12:05PM
9  doing a lease -- sorry.               12:05PM
10    On a finance deal where -- you would   12:05PM
11  sometimes use this document, the master agreement and   12:05PM
12  schedule structure?                  12:05PM
13    A  Yes.                  12:05PM
14    Q  In a deal where you did a finance and   12:05PM
15  used the master agreement schedule structure, would   12:06PM
16  all of the provisions in the master agreement be   12:06PM
17  applicable the same as if it was a true lease?   12:06PM
18    MR. O'KEEFE:  I'll object to the form of   12:06PM
19  the question.                 12:06PM
20  BY MR. HENZY:                       12:06PM
21    Q  If you don't understand, that's okay.   12:06PM
22    A  It's not that I don't understand.  You need   12:06PM
23  to narrow that because it's way too broad.  What do   12:06PM
24  you mean?                   12:06PM
25    Q  Okay.  Would --          12:06PM

5/6/2019                John Zimmeth                Page: 24 (81 - 84)

Page 81

1    A   Like there's sections about fair market value   12:06PM
2    renewal options, and there's sections about returning   12:06PM
3    the equipment, and the way they have to return it, and   12:06PM
4    the shape it needs to be returned in, and who pays for   12:06PM
5    freight, and in a finance lease none of that would   12:06PM
6    matter, because they were just buying it.  It depends   12:06PM
7    on the transaction.                12:06PM
8    Q   So would it be MacQuarie's practice to use --   12:06PM
9    in a finance deal doing the master schedule structure,   12:07PM
10   that those provisions would stay in there   12:07PM
11   notwithstanding that it wasn't a true lease?   12:07PM
12   A   The idea of having a master lease is for you   12:07PM
13   to do multiple types of schedules within them.  The   12:07PM
14   schedule would be what dictates the terms that matter   12:07PM
15   because the schedule is what determines whether   12:07PM
16   something is a true lease or a finance lease, not the   12:07PM
17   master lease.                12:07PM
18   Q   Okay.  So --                12:07PM
19   A   So you put terms and conditions in place   12:07PM
20   thinking that you might do multiple types of business   12:07PM
21   with somebody, hoping.                12:07PM
22   Q   So you would use -- again, subject to changes   12:07PM
23   like the ones you pointed out here, in a deal where   12:07PM
24   you're using the master lease schedule structure, you   12:07PM
25   would use the form document even if there might be   12:07PM

Page 82

1    provisions that would be not applicable?   12:08PM
2    A   If we chose to do it as a schedule to a   12:08PM
3    master lease, that's a finance lease, it would be the   12:08PM
4    same master lease.                12:08PM
5    Q   Okay.  Can you go to paragraph 18.  It's at   12:08PM
6    page 7.                12:08PM
7    A   Yes.                12:08PM
8    Q   Paragraph 18D.  If you can read the whole   12:08PM
9    paragraph.  Probably that would make sense.   12:08PM
10   A   Yes.                12:08PM
11   Q   Paragraph D, would the concept of lessors   12:08PM
12   return be applicable in a finance situation?   12:09PM
13   A   Possibly.                12:09PM
14   Q   How would it be applicable?   12:09PM
15   A   Well, they would still have to pay us the   12:09PM
16   remaining amounts due, and there just wouldn't be a   12:09PM
17   residual value or fair market value piece.   12:09PM
18   Q   And still looking at D, the lessor, that is   12:09PM
19   MacQuarie, now Huntington, wouldn't be transferring   12:09PM
20   equipment still in lessee's possession, correct?   12:09PM
21   A   Still in lessee's possession.  What do you   12:10PM
22   mean?                12:10PM
23   Q   So if in a finance deal, that last clause,   12:10PM
24   MacQuarie wouldn't be transferring because it wouldn't   12:10PM
25   have anything to transfer, right?   12:10PM

Page 83

1    MR. O'KEEFE:  Objection to form.  You   12:10PM
2    can answer.                12:10PM
3    THE WITNESS:  Title is -- in a finance   12:10PM
4    lease title is in the name of the lessee, and what   12:10PM
5    would transfer, I guess, would be we would remove   12:10PM
6    our lien in the case of a payoff.   12:10PM
7    BY MR. HENZY:                12:11PM
8    Q   Are you aware that in this lawsuit Huntington   12:11PM
9    has made demand or asserts approximately $8.3 million   12:11PM
10   is owed?                12:11PM
11   A   Yes.                12:11PM
12   Q   And who would have done that calculation?   12:11PM
13   A   A combination of Ed Kitchen and in-house   12:11PM
14   counsel.                12:11PM
15   Q   So not you?                12:11PM
16   A   Not me.                12:11PM
17   (Defendants' Exhibit 7, Amendment 1:
18   Marked for Identification.)
19   (Defendants' Exhibit 8, Amendment 2:
20   Marked for Identification.)
21   (Defendants' Exhibit 9, Amendment 3:
22   Marked for Identification.)
23   (Defendants' Exhibit 10, Amendment dated
24   3/31/13:  Marked for Identification.)   12:14PM
25   BY MR. HENZY:                12:14PM

Page 84

1    Q   Mr. Zimmeth, looking at what's been marked as   12:14PM
2    Exhibit 7, do you know why that amendment was done?   12:14PM
3    A   My recollection why the amendment was done   12:14PM
4    was that it took longer to install the sign than was   12:14PM
5    expected, and there was a delay, and we were giving   12:14PM
6    them a little more flexibility with which to get it   12:15PM
7    started.  Costs remained the same.   12:15PM
8    Q   Costs meaning the cost of --   12:15PM
9    A   The cost of what we were financing.   12:15PM
10   Q   Were there any other changes that were made   12:15PM
11   that you recall?                12:15PM
12   A   Well, a lot of -- everything else had to be   12:15PM
13   changed too.                12:15PM
14   Q   Everything else that primarily was on the   12:15PM
15   payment schedule?                12:15PM
16   A   There were some renewals.  There were fixed   12:15PM
17   one-year, two-year, three-year renewals,   12:15PM
18   two-and-a-half-year, three-and-a-half-year renewals.   12:15PM
19   So the term of the lease was five years.  The term of   12:15PM
20   the underlying agreement between the Port and Garage   12:15PM
21   Media expired at 12/31/18, so this lease would have   12:16PM
22   ended at the end of '16.  So there was renewals   12:16PM
23   done -- they were renewals that were prenegotiated   12:16PM
24   that would need to be adjusted with this new payment   12:16PM
25   structure.                12:16PM

**Page 85**

1   Q   Okay. I'm going to ask you to look at      12:16PM
2   Exhibit 8. Do you remember why that was done?   12:16PM
3   A   Yes.                          12:16PM
4   Q   Why was that?                  12:16PM
5   A   Because there were cost overruns, and they   12:16PM
6   asked us to finance them.            12:16PM
7   Q   And you agreed to do that?        12:16PM
8   A   We did. But everything had to be adjusted.   12:16PM
9   Q   Okay. On then on Exhibit 9, why was that   12:16PM
10  amendment done?                  12:17PM
11  A   This amendment was done towards the end of   12:17PM
12  '12 to give Garage Media a little bit of breathing   12:17PM
13  room because sales were stagnating, and they were   12:17PM
14  struggling, and we restructured some of the payments   12:17PM
15  there to give them three months to sort of catch their   12:17PM
16  breath. So we lowered the payments to $50,000 for   12:17PM
17  three months to let them catch up.      12:17PM
18  Q   And then Exhibit 10?            12:17PM
19  A   This was an amendment that we did in 2013 at   12:17PM
20  the beginning, and it sort of really structured the   12:17PM
21  whole thing, and we did it -- two things that we did:   12:18PM
22  One, we solved for the amount that -- using $550,000   12:18PM
23  of the security deposit would be in rent, and then the   12:18PM
24  rest went to sales tax. The 505,166 was using   12:18PM
25  $550,000 of security deposit because the sales tax was   12:18PM

**Page 86**

1   forty-four thousand eight something, and we agreed to   12:18PM
2   reduce the security deposit permanently from 1,050,000   12:18PM
3   to 500,000 and apply it to a rent which allowed us to   12:18PM
4   give them six months of a lower rent that they may be   12:18PM
5   able to make, and then we extended the term, and we   12:19PM
6   extended the term to where we left nine months in the   12:19PM
7   agreement so that it would not be considered a finance   12:19PM
8   lease, because if we're extended and considered a   12:19PM
9   finance lease, the whole thing would have been   12:19PM
10  accelerated, and sales tax would have been due on the   12:19PM
11  entire amount. So we took the transaction out as long   12:19PM
12  as we could to sort of give Garage some opportunity to   12:19PM
13  have payments that they may be able to make. They   12:19PM
14  were struggling mightily to make the payments that   12:19PM
15  were due.                        12:19PM
16  Q   Explain the sales tax issue to me, because   12:19PM
17  you've mentioned that twice now, I think.   12:19PM
18  A   In the state of New York, if a lease is a   12:19PM
19  finance lease, the entire structure is -- sales tax is   12:19PM
20  due on the entire financed amount up front and then   12:20PM
21  not charged on the lease. So the state of New York   12:20PM
22  got finance leases that requires -- at $6.6 million,   12:20PM
23  had this been a finance lease, they would have needed   12:20PM
24  to pay 8.75 percent, I think, in New York, sales tax   12:20PM
25  rate, they would have had to pay 8.875 percent on the   12:20PM

**Page 87**

1   whole 6.6 million. They would have had to pay roughly   12:20PM
2   500 and some thousand dollars worth of upfront sales   12:20PM
3   tax. So this lease was structured as a true lease so   12:20PM
4   they would not have to do that.        12:20PM
5   Q   And --                        12:20PM
6   A   When we did this, when it gets restructured,   12:20PM
7   if it had been restructured as a finance lease, they   12:20PM
8   would have owed the sales tax. They knew that, so   12:20PM
9   they didn't want that.               12:20PM
10  Q   And is it your testimony that that is   12:21PM
11  specifically with respect to finance leases or with   12:21PM
12  financings in general under New York? So if I borrow   12:21PM
13  money in New York, I have to pay 8.75 percent sales   12:21PM
14  tax?                            12:21PM
15  A   You have to borrow -- whatever you do in a   12:21PM
16  lease, whether it's a true lease or a finance lease,   12:21PM
17  you're going to pay the state of New York sales tax,   12:21PM
18  unless you're tax exempt. This is not a tax exempt   12:21PM
19  project, so they either pay it up front or they pay as   12:21PM
20  they go.                          12:21PM
21  Q   All right. How did -- and, again, I'm going   12:21PM
22  to slip between saying you and MacQuarie. How did   12:21PM
23  MacQuarie get involved with this deal? So back at   12:21PM
24  inception in 2010, how did -- so you've said   12:21PM
25  MacQuarie, the great majority of the MacQuarie   12:22PM

**Page 88**

1   business is IT deals, and then --        12:22PM
2   A   IT and technology, correct.          12:22PM
3   Q   And then sounds like mostly other types of   12:22PM
4   deals with IT deal customers, okay, who want to add   12:22PM
5   on. They want to do forklifts or --     12:22PM
6   A   Enterprise-type customers, right.        12:22PM
7   Q   So how did MacQuarie get involved in this   12:22PM
8   deal?                            12:22PM
9   A   We had done a previous transaction for a   12:22PM
10  media mesh with the Miami Heat, and so it was with an   12:22PM
11  NBA franchise, and we had financed that transaction   12:22PM
12  for the Miami Heat and Garage Media's advertising   12:22PM
13  partner, A2a, was involved in that transaction, and   12:22PM
14  they referred Garage Media to us.        12:22PM
15  Q   And who did the media mesh transaction for   12:22PM
16  the Miami Heat? Did you work on that as well?   12:23PM
17  A   Only in that I approved the transaction.   12:23PM
18  Q   So that transaction and this transaction,   12:23PM
19  would they have come in through salespeople?   12:23PM
20  A   Correct.                      12:23PM
21  Q   And so it would have ended up on your plate   12:23PM
22  with that portfolio function?          12:23PM
23  A   Potentially. It depends on the size of the   12:23PM
24  transaction and the meat of it, but in that case, yes.   12:23PM
25  Q   And that case being the Miami Heat?      12:23PM

5/6/2019 | John Zimmeth | Page: 26 (89 - 92)

Page 89

1  A  Right.                                      12:23PM
2  Q  And also the transaction?                   12:23PM
3  A  Yes.                                         12:23PM
4  Q  Why would MacQuarie have wanted to get       12:23PM
5  involved in these deals, because these are outside of  12:23PM
6  the core business, right?                       12:23PM
7  A  Well, the core business was financing       12:23PM
8  technology, and digital signage is technology, and so  12:23PM
9  we were considering digital signage as a market.  12:24PM
10  Q  Okay.  Now, other than the Miami Heat deal  12:24PM
11  and this deal, did you do -- did MacQuarie do any  12:24PM
12  other digital signage deals?                   12:24PM
13  A  We have done other digital signage deals,   12:24PM
14  correct.                                       12:24PM
15  Q  How many?                                   12:24PM
16  A  A handful.                                  12:24PM
17  Q  If you know or if you remember, was this the  12:24PM
18  second?  Was the Miami Heat first and this was the  12:24PM
19  second?                                        12:24PM
20  A  To the best of my recollection.             12:24PM
21     THE WITNESS:  Can I amend that?             12:24PM
22     MR. O'KEEFE:  Yes.                          12:24PM
23     THE WITNESS:  Other people had done it.     12:24PM
24  We had done Wembley Stadium in London.  We had  12:24PM
25  done a digital sign in London, so MacQuarie had  12:24PM

Page 90

1  done --                                         12:24PM
2  BY MR. HENZY:                                   12:24PM
3  Q  But the MacQuarie here in the U.S. did      12:24PM
4  that --                                         12:24PM
5  A  No.                                          12:24PM
6  Q  -- or somebody else in --                   12:24PM
7  A  Yeah.  So, generally, MacQuarie Equipment   12:24PM
8  Finance was looking at digital signage.         12:25PM
9  Q  You were directly involved in getting this  12:25PM
10  deal approved, correct?                        12:25PM
11  A  Yes.                                        12:25PM
12  Q  And what -- just explain generally the      12:25PM
13  approval process?                              12:25PM
14  A  Well, Gary, John, my recollection is, Steve  12:25PM
15  Fretty, and a couple of the A2a guys all came and  12:25PM
16  pitched the sign to us, pitched the project to us,  12:25PM
17  maybe summer 2010, and there was a period of 30 to 45  12:26PM
18  days where we commenced due diligence on whether or  12:26PM
19  not we could get there working with Garage and A2a on  12:26PM
20  building the case for why we would want to do it and  12:26PM
21  under what circumstances we might.  So that entailed  12:26PM
22  working with senior management and credit, other  12:26PM
23  sections within MacQuarie.                      12:26PM
24  Q  When you -- so on a deal this big, did you  12:26PM
25  have to get approval from people in Australia, or was  12:26PM

Page 91

1  this -- it was just internal in the U.S.?       12:26PM
2  A  No, we had to go to Australia.              12:26PM
3  Q  And why is that?                            12:26PM
4  A  Because it was $6.6 million, and we didn't  12:26PM
5  have that much credit authority.                12:26PM
6  Q  Okay.  Was this a -- I guess I'll           12:27PM
7  characterize it, was this a difficult approval?  Was  12:27PM
8  this a tough sell inside of MacQuarie?          12:27PM
9  A  It was a challenging approval within         12:27PM
10  MacQuarie for sure.                            12:27PM
11  Q  Okay.  And why?                             12:27PM
12  A  Well, it's a start-up company based on      12:27PM
13  projections, and that's not MacQuarie's standard  12:27PM
14  business.                                      12:27PM
15  Q  The standard business is, I think you said,  12:27PM
16  Fortune 1000s?                                 12:27PM
17  A  That was our normal customer.               12:27PM
18  Q  Was this primarily your deal?               12:27PM
19  A  No.                                         12:27PM
20  Q  Whose deal was it?                          12:27PM
21  A  Patty Magrin's.  She was the salesperson.  I  12:27PM
22  didn't get paid on it, if that's what you mean.  Look,  12:27PM
23  transactions are brought in by sales, sales are  12:27PM
24  responsible for them.  It was -- from the standpoint  12:28PM
25  of corporate sponsor, I was the corporate sponsor, but  12:28PM

Page 92

1  it's not my deal.                               12:28PM
2  Q  Okay.  You were the one primarily trying to  12:28PM
3  get the approval you needed from Australia?     12:28PM
4  A  I was the one shepherding the resources and  12:28PM
5  guiding it through, correct.                    12:28PM
6  Q  Did you view this as an attractive          12:28PM
7  opportunity for MacQuarie?                      12:28PM
8  A  I viewed it as something on average we should  12:28PM
9  do, on balance.                                12:28PM
10  Q  Okay.  And why?                             12:28PM
11  A  I felt that the principals were successful in  12:28PM
12  previous businesses.  The Miami Heat sign was doing  12:28PM
13  well, advertising dollars on that were going well.  We  12:28PM
14  were given pretty rosy projections by A2a.  It's not  12:28PM
15  our business, but we felt that between the track  12:29PM
16  record of the operators, the limited and successful  12:29PM
17  knowledge we had with the way the sign was performing  12:29PM
18  at the Miami Heat, and the opportunity was overall a  12:29PM
19  pretty positive one.  It was properly structured.  12:29PM
20  Q  Did you view this as a one-off and want to  12:29PM
21  doing because of all of those things, or was this also  12:29PM
22  an opportunity for MacQuarie in this country to get  12:29PM
23  into other markets, so get into markets other than the  12:29PM
24  Fortune 1000, sort of the core business?        12:29PM
25     MR. O'KEEFE:  Objection to the form.        12:29PM

Page 93

1   THE WITNESS: Well, no, this was an   12:29PM
2   opportunity to potentially, with this team, do not   12:30PM
3   just this project but some other projects.   12:30PM
4   BY MR. HENZY:   12:30PM
5   Q   Were the rates paid on this deal higher than   12:30PM
6   the typical MacQuarie Fortune 1000 type of deal?   12:30PM
7   A   Sure.   12:30PM
8   Q   So higher risk, higher return?   12:30PM
9   A   That's the way it works.   12:30PM
10   MR. O'KEEFE: Object to the form.   12:30PM
11   BY MR. HENZY:   12:30PM
12   Q   Did you view it as attractive for MacQuarie's   12:30PM
13   business to get into higher risk/higher return type of   12:30PM
14   deals?   12:30PM
15   A   I never thought of that.   12:30PM
16   Q   Okay. So it was just specific to this?   12:30PM
17   A   This was an opportunity that I reviewed and   12:30PM
18   overall thought it was something we should do.   12:30PM
19   Q   All right. So this closes, or at least the   12:31PM
20   lease is dated October 26, 2010. At some point in   12:31PM
21   time thereafter did you become concerned about this   12:31PM
22   deal?   12:31PM
23   A   Yes.   12:31PM
24   Q   Why?   12:31PM
25   A   Well, right out of the gate the advertising   12:31PM

Page 94

1   revenues fell short.   12:31PM
2   Q   How -- when you say right out of the gate, so   12:31PM
3   you were -- this was a concern for you almost right   12:31PM
4   after October 27, 2010?   12:31PM
5   A   No. It didn't even get -- the equipment   12:31PM
6   didn't even get accepted until July of 2011.   12:31PM
7   Q   Okay. So when did that -- when did the alarm   12:31PM
8   bells start going off? When did you become concerned?   12:31PM
9   A   Well, they have four months at zero, and so   12:31PM
10   the alarm bells went off when Gary, in early 2012,   12:32PM
11   started giving us ad updates and Tom was telling us   12:32PM
12   very early about his concern that A2a was not selling   12:32PM
13   the way he had said they would.   12:32PM
14   Q   Okay. So the concern started in 2012?   12:32PM
15   A   The fact that I was brought -- that I was   12:32PM
16   made aware of the operator's concern in 2012.   12:32PM
17   Q   Who were you made aware of the operator's   12:32PM
18   concern by?   12:32PM
19   A   Gary.   12:32PM
20   Q   By Gary?   12:32PM
21   A   Sure.   12:32PM
22   Q   So at post closing you stayed in direct   12:32PM
23   communication with Gary?   12:33PM
24   A   Gary would give us updates initially through   12:33PM
25   Patty, and then over time just Gary and I.   12:33PM

Page 95

1   Q   So post closing, this is back to what is your   12:33PM
2   kind of day-to-day. Post closing, typically, would it   12:33PM
3   be the salesperson who would be the point of contact   12:33PM
4   for the customer?   12:33PM
5   A   Correct, and it was initially.   12:33PM
6   Q   So post closing it was Patty, and then at   12:33PM
7   some point Gary and/or Patty decided to get you   12:33PM
8   involved, is that what happened?   12:33PM
9   A   At some point I just cut Patty out because I   12:33PM
10   had a relationship with Gary as well. Gary, John, the   12:33PM
11   whole team came in, we developed a relationship as   12:33PM
12   well.   12:33PM
13   Q   Okay. And approximately when did you cut   12:33PM
14   Patty out?   12:33PM
15   A   It was never one where I said, hey, Patty,   12:33PM
16   I'm just going to handle it. I just started handling   12:33PM
17   it.   12:34PM
18   Q   2012?   12:34PM
19   A   Probably '13.   12:34PM
20   Q   When you start handling it, tell me what that   12:34PM
21   means.   12:34PM
22   A   It means Gary would give me updates on how   12:34PM
23   things were going. There was a consistent issue with   12:34PM
24   payment, all right, so they were consistently behind.   12:34PM
25   They were always struggling to make payments. We   12:34PM

Page 96

1   restructured the lease twice, but that doesn't tell   12:34PM
2   half the story of, hey, we're going to sell this to   12:34PM
3   the Thayer Group, we're going to sell this to Beekman,   12:34PM
4   we're going to flip it to Park IT. There were any   12:34PM
5   number of times they were trying to do something to   12:34PM
6   stabilize this project, and Gary would keep me up to   12:34PM
7   date on it.   12:34PM
8   Q   At any point in time -- well, at any point in   12:34PM
9   time did you develop a strategy for MacQuarie to deal   12:34PM
10   with this lease?   12:35PM
11   MR. O'KEEFE: Object to form.   12:35PM
12   THE WITNESS: I don't know what you mean   12:35PM
13   by that.   12:35PM
14   BY MR. HENZY:   12:35PM
15   Q   So --   12:35PM
16   A   I mean, I helped with all these amendments.   12:35PM
17   So, I mean, that's dealing with this lease.   12:35PM
18   Q   Okay. But at any point in time did you   12:35PM
19   decide, I want to sell this to somebody?   12:35PM
20   A   I think we would have been pleased to have   12:35PM
21   gotten out of it anytime after late 2013.   12:35PM
22   Q   So, I guess, other than your communicating   12:35PM
23   with Gary, what else are you doing to try to protect   12:35PM
24   MacQuarie as this thing is struggling?   12:35PM
25   MR. O'KEEFE: Object to the form. Go   12:35PM

Page 97

1    ahead.                        12:35PM
2           THE WITNESS: When?                12:35PM
3    BY MR. HENZY:                      12:35PM
4      Q   Starting in 2012 when you get involved.   12:35PM
5      A   Nothing in 2012.  In 2012 I was working with   12:35PM
6    Gary to -- didn't we restructure it once in 2012?   12:36PM
7      Q   So once in 2012, once in 2013?         12:36PM
8      A   That's correct.                12:36PM
9      Q   So is it through -- if I go to Exhibit 10,   12:36PM
10   through March 31, 2013, right?  That's the date of the   12:36PM
11   2013 amendment?                     12:36PM
12     A   Yes.  That's one of them.         12:36PM
13     Q   Okay.  Is it -- your management of this,   12:36PM
14   primarily, was it working with Gary to try to make it   12:36PM
15   work?                           12:36PM
16     A   That was my management of this the entire   12:36PM
17   time.                           12:36PM
18     Q   Okay.  So through March -- through the time   12:36PM
19   this last amendment was done, outside of working with   12:36PM
20   Gary to do these amendments to try to make the   12:36PM
21   payments work, can you think of anything else you were   12:36PM
22   doing?                          12:37PM
23     A   No.                        12:37PM
24     Q   Through that period, through March 31, 2013,   12:37PM
25   who else was involved in managing this account?  You   12:37PM

Page 98

1    were managing the account.  Was there anybody else who   12:37PM
2    was involved in managing the account?        12:37PM
3      A   No.                        12:37PM
4      Q   Did you have to report --          12:37PM
5      A   I had to report to people, certainly.   12:37PM
6      Q   Who did you report to?             12:37PM
7      A   Andrew Gee; Helen Winterbotham, Helen was our   12:37PM
8    chief credit officer in Australia; Greg Goldstein;   12:37PM
9    when I became part of Huntington, the criticized asset   12:37PM
10   people; senior RMG people at MacQuarie when we were   12:37PM
11   part of MacQuarie.  RMG was our risk management group.   12:37PM
12         You know, this was a problem loan, so   12:37PM
13   everybody -- I would have to do what I would have to   12:38PM
14   do, report up about what was happening with a problem   12:38PM
15   loan.                           12:38PM
16     Q   Up until March 31, 2013, did any of the   12:38PM
17   people you reported to give you any direction, like,   12:38PM
18   you need to default this and realize on the   12:38PM
19   collateral, or anything else?            12:38PM
20     A   I don't recall.                12:38PM
21     Q   Do you recall meeting with a man named Joe   12:38PM
22   Puglise from Clear Channel in October of 2013?   12:39PM
23     A   I recall having dinner with Joe and Gary in   12:39PM
24   October of 2013.                     12:39PM
25     Q   Okay.  So in October of 2013, did you travel   12:39PM

Page 99

1    to New York to meet with Joe Puglise?        12:39PM
2      A   Yes.                        12:39PM
3      Q   Did you meet with Joe Puglise just with Gary,   12:39PM
4    or did you meet with him separately?         12:39PM
5      A   Just with Gary.                12:39PM
6      Q   So you had dinner with Joe Puglise and Gary,   12:39PM
7    and did you --                      12:39PM
8      A   I had already met Joe Puglise at that point.   12:39PM
9      Q   When was the first time you met Joe Puglise?   12:39PM
10     A   He was part of the Beekman Group meetings   12:39PM
11   that we had earlier in the year.          12:39PM
12     Q   Okay.  So prior to that October 2013 meeting,   12:39PM
13   you meet with Joe Puglise and other people from   12:39PM
14   Beekman?                         12:39PM
15     A   Correct.                     12:39PM
16     Q   And in those meetings was Gary involved?   12:39PM
17     A   Sure.                       12:40PM
18     Q   Was he at the meetings?            12:40PM
19     A   They were his meetings.            12:40PM
20     Q   And what was discussed at those meetings?   12:40PM
21     A   Well, the Beekman Group had put in an offer   12:40PM
22   to buy Garage, and the offer was contingent upon a lot   12:40PM
23   of things, but the basis of it was we were going to do   12:40PM
24   this project, they wanted to do the Double Tree Hotel,   12:40PM
25   they wanted to do the University of Central Florida,   12:40PM

Page 100

1    and they were going to -- they were explaining to us   12:40PM
2    their vision for this vertical within their fund.  So   12:40PM
3    they explained what the Beekman Group was about and   12:40PM
4    how they did things, and what we were told was that   12:40PM
5    the Beekman Group buys equipment.  Unlike other   12:40PM
6    necessarily fund-type businesses, they didn't buy them   12:40PM
7    to flip them, they bought them to run them, and Joe   12:41PM
8    was potentially going to be the executive that they   12:41PM
9    brought in to run the media space for them, and this   12:41PM
10   would have been one of their investments.     12:41PM
11     Q   And that Beekman discussion that Joe Puglise   12:41PM
12   was a part of, were they talking about buying   12:41PM
13   Huntington's position, or what is it they were talking   12:41PM
14   about doing?                        12:41PM
15     A   They were talking about buying -- making an   12:41PM
16   investment in Garage Media that would have allowed   12:41PM
17   them to stabilize the financing for our investment,   12:41PM
18   but also they wanted to know our interest in doing   12:41PM
19   what they really wanted to do, which was do this one   12:41PM
20   plus the Double Tree, plus UCF, plus build the   12:41PM
21   business.                         12:41PM
22     Q   Do you recall having a conversation -- well,   12:42PM
23   first of all, do you know who Pat Sherry is?   12:42PM
24     A   Yes.                        12:42PM
25     Q   Who's he?                     12:42PM

Page 101

```
1    A  He's one of the principals of Liquid Outdoor.  12:42PM
2    Q  Do you remember having any conversations with  12:42PM
3  Pat Sherry?                              12:42PM
4    A  One.                    12:42PM
5    Q  When did that conversation take place    12:42PM
6  approximately?                          12:42PM
7    A  Sometime after Gary hired him.        12:42PM
8    Q  Do you recall having conversations with a  12:42PM
9  Marty Shapiro?                          12:42PM
10   A  Yes?                    12:42PM
11   Q  Who's he?                  12:42PM
12   A  Somebody that Gary and Jill put me in touch  12:42PM
13  with to talk about the general marketplace.      12:42PM
14   Q  Okay.  So do you remember when that      12:42PM
15  conversation took place, approximately?        12:42PM
16   A  Probably late 2013.          12:42PM
17   Q  And other than talking about the general    12:42PM
18  marketplace, do you remember anything else that you  12:42PM
19  talked about with him?                  12:42PM
20   A  Yeah, he talked about the problems we were  12:42PM
21  having with the sign, and he essentially said, "I  12:42PM
22  think it's salvageable, but you need a different    12:43PM
23  approach."                              12:43PM
24   Q  And was Gary part of that conversation?    12:43PM
25   A  I don't recall.  I was introduced to him;  12:43PM
```

Page 102

```
1  told to call him by Gary.  He gave me his number.  12:43PM
2    Q  And what different approach did he talk about  12:43PM
3  with you?                              12:43PM
4    A  As I recall, he said a different marketing  12:43PM
5  approach was required; that it had been two years and  12:43PM
6  it wasn't working.                      12:43PM
7    Q  And why were you talking to Marty Shapiro,  12:43PM
8  were you looking for advice?              12:43PM
9    A  No.  By then, by the end of '13, these guys  12:43PM
10  had been downgraded.  The ad sales were continuing to  12:43PM
11  lag, and we were attempting to potentially sell our  12:43PM
12  interest in the loan.                    12:44PM
13   Q  Okay.  At the time do you remember who Marty  12:44PM
14  Shapiro -- who he was working for?          12:44PM
15   A  I don't.  I know he had previously worked for  12:44PM
16  Clear Channel and left previous to that.  I didn't  12:44PM
17  write down the name of his company.  I know he worked  12:44PM
18  for somebody else in the media space.  Joe knew him;  12:44PM
19  he and Gary suggested I call him.          12:44PM
20   Q  And you were talking to Marty Shapiro about  12:44PM
21  potentially selling, I guess it was still MacQuarie,  12:44PM
22  MacQuarie's interest in the sign to whatever entity he  12:44PM
23  was working --                          12:44PM
24        MR. O'KEEFE:  The lease.        12:44PM
25        THE WITNESS:  It was a lease.      12:44PM
```

Page 103

```
1  BY MR. HENZY:                          12:44PM
2    Q  Whatever interest Huntington had, you were  12:44PM
3  talking about selling that to --            12:44PM
4    A  If I were to sell it, is it even salable,  12:44PM
5  what's the market for it, who is it, who might it be.  12:44PM
6    Q  Was he interested in buying it, or he was  12:45PM
7  just a -- he was a person you were talking to about --  12:45PM
8    A  He was somebody that Joe and Gary gave me as  12:45PM
9  somebody who knows about the business.  I talked to  12:45PM
10  him one time.                          12:45PM
11   Q  And did you talk to Pat Sherry about the same  12:45PM
12  issue, "I want to get out of this"?          12:45PM
13   A  No, I talked to Pat Sherry about, what are  12:45PM
14  you guys -- Gary had a strategy that Pat Sherry was  12:45PM
15  trying to implement where they were going to go with  12:45PM
16  large chunks of the sign being sold to large investors  12:45PM
17  for an extended period rather than the one-off slices  12:45PM
18  that they had been doing.  So Pat supposedly had a  12:45PM
19  long-term relationship with Prudential, and Prudential  12:45PM
20  was just around the corner from maybe buying a 25  12:45PM
21  percent interest in a whole year on the sign, and he  12:45PM
22  had General Motors lined up, and Gary suggested that  12:45PM
23  Pat would make me -- I would feel good about how  12:45PM
24  things were going.                      12:46PM
25   Q  Okay.  So this was after Liquid Outdoor had  12:46PM
```

Page 104

```
1  been hired?                            12:46PM
2    A  Oh, sure.                  12:46PM
3    Q  And you were talking to him about what's the  12:46PM
4  sales strategy here?                    12:46PM
5    A  Yes.                    12:46PM
6    Q  So in this kind of fourth quarter 2013 into  12:46PM
7  first quarter 2014, had MacQuarie or you made the  12:46PM
8  decision you wanted to get out of this lease?    12:46PM
9        MR. O'KEEFE:  Object to the form.  Go  12:46PM
10  ahead.                                  12:46PM
11        THE WITNESS:  No.  We made the decision  12:46PM
12  that if we could get out of the lease, it would be  12:46PM
13  preferable.                            12:46PM
14  BY MR. HENZY:                          12:46PM
15   Q  Okay.  Other than --          12:46PM
16   A  There was nobody in our business who was  12:47PM
17  going to buy it.  No bank was going to buy it.  No  12:47PM
18  bank is going to buy a criticized loan from another  12:47PM
19  bank, at least unless they're going to pay pennies on  12:47PM
20  the dollar, that's not what we were looking for.  So  12:47PM
21  if we were going to sell, we would have to sell it to  12:47PM
22  somebody different than we normally would sell it.  12:47PM
23   Q  Not a financial buyer, a strategic buyer?  12:47PM
24   A  Correct.                  12:47PM
25   Q  And other than talking to Joe Puglise, Pat  12:47PM
```

Page 105

1  Sherry, or Marty Shapiro, can you remember anyone else   12:47PM
2  who you talked to?                        12:47PM
3      A  I didn't talk to Pat Sherry about that.   12:47PM
4      Q  Fair enough.  You were very clear about what   12:47PM
5  you talked to Pat Sherry about.              12:47PM
6      Other than Joe Puglise and Marty Shapiro, is   12:47PM
7  there anyone else you talked to about potentially   12:47PM
8  selling Huntington's interest in the sign?    12:47PM
9      A  Eventually I spoke to Clear Channel as well.   12:47PM
10     Q  You spoke to Clear Channel -- but when you   12:47PM
11 spoke to Joe Puglise, he was at Clear Channel, right?   12:47PM
12     A  The first time.                     12:48PM
13     Q  The first time.                     12:48PM
14     A  He was -- when I met him at the Beekman   12:48PM
15 Group, he was still at Clear Channel.  By the time I   12:48PM
16 had dinner with him with Gary, I think he had already   12:48PM
17 left.                                   12:48PM
18     Q  Okay.  So then subsequent to that you had   12:48PM
19 discussions with Clear Channel about Clear Channel   12:48PM
20 potentially buying Huntington's interest in the sign?   12:48PM
21     A  Well later.                        12:48PM
22     Q  When?                           12:48PM
23     A  Late 2014.                        12:48PM
24     Q  Okay.  And who did you talk to at Clear   12:48PM
25 Channel at that time?                      12:48PM

Page 106

1      A  Harry Coghlan.                     12:48PM
2      Q  Can you describe those conversations to me?   12:48PM
3      A  Yeah.  By then Gary had already written the   12:48PM
4  Port Authority asking for an extension of the   12:48PM
5  underlying agreement, and my discussions with Clear   12:48PM
6  Channel centered around Gary mentions that -- says to   12:48PM
7  me that you may be interested in buying this if there   12:49PM
8  was an extension, here's the economics of what I would   12:49PM
9  want.                                  12:49PM
10     Q  And when did that take place?          12:49PM
11     A  Like August, September 2014.          12:49PM
12     Q  Okay.  After that August, September 2014   12:49PM
13 conversation with Harry Coghlan, did you have any   12:49PM
14 further conversations about selling Huntington's   12:49PM
15 interests with anyone?                      12:49PM
16     A  Not that I recall.                  12:49PM
17     Q  Is that because there just wasn't anybody out   12:49PM
18 there, or --                             12:49PM
19     A  No.  Because we never got the extension done.   12:49PM
20     Q  With the Port?                      12:49PM
21     A  With the Port.  Everything was contingent   12:49PM
22 upon extension with the Port.  So that started in   12:49PM
23 2014, and it lingered into '15 and '16 and '17.   12:49PM
24     Q  Okay.  I don't mean this to sound pejorative,   12:50PM
25 but in some sense you stopped trying because a basic   12:50PM

Page 107

1  piece of being able to sell the interest was that you   12:50PM
2  needed an extension from the Port?            12:50PM
3      A  That's correct.  Because -- off the record.   12:50PM
4      MR. HENZY:  That's fine.               12:50PM
5      (Off-the-record discussion.)            12:50PM
6      MR. O'KEEFE:  Finish what you said.       12:50PM
7      THE WITNESS:  That's what I said, we      12:50PM
8  needed the extension because the title was    12:50PM
9  supposed to pass.                         12:51PM
10 BY MR. HENZY:                            12:51PM
11     Q  Kind of almost back to the beginning.  Do you   12:51PM
12 remember, had there been technology issues with this   12:51PM
13 sign?                                   12:51PM
14     A  Sure.                             12:51PM
15     Q  Do you remember when those started?      12:51PM
16     A  I remember them starting in earnest in 2014.   12:51PM
17     Q  And just generally can you describe for me,   12:51PM
18 from your understanding -- I understand you're not the   12:52PM
19 tech guy, but your understanding of what the   12:52PM
20 technology failures were?                   12:52PM
21     MR. O'KEEFE:  Object to the form.  Go      12:52PM
22 ahead.                                  12:52PM
23     THE WITNESS:  Gary told me that there      12:52PM
24 was -- in early 2014 he told me there were some   12:52PM
25 rods that were staying white, burning white, not   12:52PM

Page 108

1  accepting the signal.  They were just stuck bright   12:52PM
2  white, and it would be in the middle of the sign,   12:52PM
3  and that was early '14.                    12:52PM
4  BY MR. HENZY:                            12:52PM
5      Q  Okay.                             12:52PM
6      A  Before that, any technical difficulties I   12:52PM
7  believe -- I wasn't the operator, but I never knew   12:52PM
8  much about them.                          12:52PM
9      Q  Okay.                             12:52PM
10     A  They didn't raise to a level where they      12:52PM
11 impacted anything that Gary was doing other than a   12:52PM
12 normal day-to-day.                         12:53PM
13     Q  Okay.  Then as of '14, did they become a   12:53PM
14 bigger problem, to your understanding?        12:53PM
15     A  To my understanding, yes.            12:53PM
16     Q  What is your understanding?  What happened   12:53PM
17 from 2014 forward?                         12:53PM
18     A  In 2014, specifically, Gary said that he   12:53PM
19 continued -- my recollection is they were continuing   12:53PM
20 to have rods go out, they would have to have them   12:53PM
21 serviced, they would call up GKD, they would come in   12:53PM
22 and service it, and then they would have a failure two   12:53PM
23 days later.  It was just an ongoing thing.  I seem to   12:53PM
24 remember him saying once upon a time that they said it   12:53PM
25 might have been struck by lightning, but Gary said,   12:53PM

**Page 109**

1   I don't believe it.                    12:53PM
2       Q  To your understanding, how much of a problem   12:53PM
3   was that for the business, the technology failures   12:53PM
4   that were happening. How much of an issue was it?   12:53PM
5       A  Gary said it was a big issue.   12:54PM
6   impacting sales. It was a big issue.   12:54PM
7       Q  Other than communicating with Gary, did you   12:54PM
8   have a response or a strategy to the technology   12:54PM
9   failures?                            12:54PM
10      MR. O'KEEFE:  Object to the form. Go   12:54PM
11  ahead.                               12:54PM
12      THE WITNESS:  I wasn't -- my response   12:54PM
13  was, I hope you can get them fixed. It's   12:54PM
14  important.                           12:54PM
15  BY MR. HENZY:                        12:54PM
16      Q  I mean, it was your sign. Your testimony is   12:54PM
17  you own the sign.                    12:54PM
18      A  Yeah, we own the sign, but they operate it,   12:54PM
19  and it's their responsibility to maintain it, and it's   12:54PM
20  their responsibility to sell advertising on it, and   12:54PM
21  make our payments, and anything that would stop them   12:54PM
22  from making payments wouldn't be good for us, so I   12:54PM
23  hope you get it fixed.               12:54PM
24      Q  So other than hoping Gary would get it fixed,   12:54PM
25  you didn't view it as, I own this sign, and I need my   12:54PM

**Page 110**

1   sign to be fixed. It was Gary's problem?   12:54PM
2       A  It was always Gary's problem. It's certainly   12:54PM
3   a big concern of mine as the owner, but it's not my   12:55PM
4   problem. It's only my problem if Gary's not there.   12:55PM
5       Q  Who's GKD?                      12:55PM
6       A  They were the manufacturer. Sort of a   12:55PM
7   packager, actually. They didn't manufacture the   12:55PM
8   lights but they manufactured the mesh itself.   12:55PM
9       Q  Okay. Do you know who Tom Pawley is?   12:55PM
10      A  I'm aware of Tom Pawley, yes.   12:55PM
11      Q  Who's he?                      12:55PM
12      A  President of GKD U.S., I think.   12:55PM
13      Q  Did you ever have any communication with Tom   12:55PM
14  Pawley?                              12:55PM
15      A  Only via Gary.                  12:55PM
16      Q  Okay. Did you ever meet with Tom Pawley?   12:55PM
17      A  I don't think so. I don't remember ever   12:55PM
18  meeting. Could be, but I don't remember it.   12:55PM
19      (Defendants' Exhibit 11, Email dated   12:55PM
20  5/27/14: Marked for Identification.)   12:56PM
21  BY MR. HENZY:                        12:56PM
22      Q  Can you read that? That's an email from you   12:56PM
23  to Helen Winterbotham then her replying to you.   12:56PM
24  They're both dated May 27, 2014. Can you read that?   12:56PM
25      A  Yeah. I can see it.             12:56PM

**Page 111**

1       Q  Does that refresh your recollection?   12:56PM
2       A  Not really, no.                12:56PM
3       Q  So you have no recollection of meeting with   12:56PM
4   Tom Pawley?                          12:56PM
5       A  I don't remember Tom, if he was there, he was   12:56PM
6   there as a -- I don't even remember what he looks   12:56PM
7   like. You'll see down at the bottom meeting with   12:57PM
8   Clear Channel guys in person was a key part of why I   12:57PM
9   went to New York. I had never met them before.   12:57PM
10      Q  Who is A2a?                    12:57PM
11      A  They were the original advertising company.   12:57PM
12      Q  At inception did you understand A2a was --   12:57PM
13  sorry. What was A2a's function? What did they do?   12:57PM
14      A  They pitched the transaction along with   12:58PM
15  Garage. They were the exclusive sales, advertising   12:58PM
16  sales arm for Garage. They had the exclusive right to   12:58PM
17  sell the time on the display.        12:58PM
18      Q  At inception, so in October of 2010, did you   12:58PM
19  know who they were?                  12:58PM
20      A  Yes.                         12:58PM
21      Q  And were you comfortable with them when the   12:58PM
22  deal was done? Were you comfortable with them being   12:58PM
23  the sales agent for this when the deal was done?   12:58PM
24      A  Yes.                         12:58PM
25      Q  At some point did you become not comfortable   12:58PM

**Page 112**

1   with them as sales agent?            12:58PM
2       A  At some point that was -- well, at no point   12:58PM
3   was that over my call.               12:58PM
4       Q  What do you mean by it was never your call?   12:59PM
5       A  Well, A2a was a partner of Garage Media's,   12:59PM
6   and to the extent that I would be uncomfortable with   12:59PM
7   A2a would only be because Gary was uncomfortable   12:59PM
8   himself.                             12:59PM
9       Q  Do you remember discussions with Gary at any   12:59PM
10  point in time regarding A2a and the job that A2a was   12:59PM
11  doing?                               12:59PM
12      A  Many.                        12:59PM
13      Q  Okay. Beginning when?           12:59PM
14      A  As early as summer of 2012 Gary told me he   12:59PM
15  was going to take away their exclusivity because they   12:59PM
16  haven't met their exclusivity threshold.   12:59PM
17      Q  And how did you respond to that?   12:59PM
18      A  It's his call.                 12:59PM
19      Q  After summer 2012, what's the next discussion   12:59PM
20  that you can recall with Gary regarding A2a?   12:59PM
21      A  Well, he hired Liquid Outdoor.   12:59PM
22      Q  And why did he do that?         01:00PM
23      A  Because he took away A2a's exclusivity so   01:00PM
24  that he could bring in a second advertising firm to   01:00PM
25  try to help supplement sales.        01:00PM

5/6/2019                         John Zimmeth                Page: 32 (113 - 116)

---

**Page 113**

1  Q  Okay.  And did you think that was a good   01:00PM
2  idea, or you just -- bad idea, you just --        01:00PM
3      A  It's not my business.                01:00PM
4  Q  So you expressed no opinion to Gary about     01:00PM
5  bringing Liquid Outdoor in to supplement A2a?    01:00PM
6      A  I hope it works.                     01:00PM
7  Q  Okay.  After Liquid Outdoor comes in, what's  01:00PM
8  the next communication that you can recall with Gary  01:00PM
9  about A2a and Liquid Outdoor now?              01:00PM
10     A  Just constant advertising updates, right,   01:00PM
11 because they were struggling to make payments, so how  01:00PM
12 were sales, well, they would -- every once in a while   01:00PM
13 there would be a bright spot, but mostly they were     01:00PM
14 shrugging.  So there's no particular conversation that  01:01PM
15 comes to mind.  It was an ongoing sort of flow of this  01:01PM
16 is how they're doing, and it's not very good.        01:01PM
17 Q  Okay.  Do you recall taking part in a        01:01PM
18 conference call -- withdrawn.                  01:01PM
19     Do you remember in December 2013 you were --  01:01PM
20     A  December 2013?                     01:01PM
21 Q  '13, you had planned to travel to the         01:01PM
22 northeast, I'll call it, I think it was actually going  01:01PM
23 to be Hartford, to meet with the Garage Media New York  01:01PM
24 people?                               01:01PM
25     A  No.                             01:01PM

**Page 114**

1  Q  Do you remember taking part in a            01:01PM
2  December 2013 conference call with the Garage Media    01:01PM
3  New York people?                          01:02PM
4      A  With who?  Just them?                01:02PM
5  Q  Yes.                               01:02PM
6      A  Gosh, I had 100 calls with them, so I'm sure  01:02PM
7  that happened.                           01:02PM
8  Q  Okay.  Do you recall conversations with the   01:02PM
9  Garage Media New York people where you told them that   01:02PM
10 they needed to remedy the sales problems?          01:02PM
11     A  That wasn't my role, but they needed to     01:02PM
12 remedy the sales problems, they knew that all        01:02PM
13 themselves.                             01:02PM
14 Q  Okay.  So do you recall having a conversation   01:02PM
15 with the Garage Media New York people where you told    01:02PM
16 them you need to remedy the sales problems?         01:02PM
17     A  Not specifically, no.                01:02PM
18 Q  Okay.  Is that something that -- is it your    01:02PM
19 testimony -- you wouldn't tell a customer because it's  01:02PM
20 not your business?                         01:02PM
21     A  In this particular case they were doing it on  01:02PM
22 their own.  It was patently obvious that they needed   01:03PM
23 to fix the sales problems.  If I would have said that,  01:03PM
24 I would have been repeating something that they knew   01:03PM
25 and they had known since the very beginning.  So, I    01:03PM

**Page 115**

1  mean, the premise of that is like they didn't know.    01:03PM
2  Of course they knew.  They had been after it forever.  01:03PM
3  So if I would say that, it would be something that I   01:03PM
4  would be repeating to them that they had been saying   01:03PM
5  to me for the last year.                     01:03PM
6  Q  Okay.  Do you recall ever having a           01:03PM
7  conversation with Garage Media New York people,        01:03PM
8  whether it's Gary, John Schmid or anyone else, that    01:03PM
9  you considered it a necessary step that Garage Media    01:03PM
10 New York replace A2a?                       01:03PM
11     A  Absolutely not.                     01:03PM
12 Q  Did you ever threaten to take legal action    01:03PM
13 against GKD?                             01:04PM
14     A  No.  I suggested to Gary that we could, if he  01:04PM
15 wanted us to, we could be the bad guy.  You know, we   01:04PM
16 could be the bad guy and say, look, you've got to get  01:04PM
17 our sign working.                          01:04PM
18 Q  Okay.  So you don't recall having a          01:04PM
19 conversation with Tom Pawley where you threatened to   01:04PM
20 take legal action against GKD?                 01:04PM
21     A  I did not.                         01:04PM
22 Q  You know you did not have that conversation?   01:04PM
23     A  I would never be on a call with Tom where I   01:04PM
24 said that where Gary wasn't on it with me, and we      01:04PM
25 would say, listen, Gary, Tom, at some point, if you    01:04PM

**Page 116**

1  guys can't get this working, somebody may get sued.    01:05PM
2  Gary had previous to me set that up, and said, look,   01:05PM
3  we think we might have a case here, and as somebody     01:05PM
4  who was owed a lot of money, anything that would get    01:05PM
5  us paid would have been great.                 01:05PM
6  Q  Just to reiterate, you never communicated to   01:05PM
7  Garage Media New York that MacQuarie was insisting the  01:05PM
8  sales team be changed?                      01:05PM
9      A  That never occurred.                 01:05PM
10 Q  Did MacQuarie participate in selecting -- you  01:05PM
11 know who Clear Channel is, right?               01:05PM
12     A  Yes, sure.                         01:05PM
13 Q  Did MacQuarie participate -- and Clear        01:06PM
14 Channel replaced A2a, you're aware of that?          01:06PM
15     A  Uh-huh.                          01:06PM
16 Q  Okay.  Did MacQuarie --                  01:06PM
17     A  They replaced A2a and Liquid --          01:06PM
18 Q  And Liquid Outdoor, thank you.            01:06PM
19     Did MacQuarie participate in selecting Clear  01:06PM
20 Channel as the new sales agent?                01:06PM
21     A  No.                             01:06PM
22 Q  At all?                            01:06PM
23     A  No.  We were kept up to date by Gary over    01:06PM
24 what he and that outside firm he hired to do the RFP   01:06PM
25 were coming up with.                        01:06PM

Page 117

1  Q  But other than being kept up to date, you        01:06PM
2  didn't participate at all?                          01:06PM
3  A  It wasn't our call.            01:06PM
4  Q  Did you --                    01:06PM
5  A  We were asked to look at the contract and    01:06PM
6  make sure that it would be something that we could  01:06PM
7  sign off on, but sure.  We were only asked to       01:06PM
8  participate after they had already chosen Clear     01:06PM
9  Channel and agreed on the business terms.           01:06PM
10  Q  Okay.  Do you recall participating in any   01:06PM
11  kind of beauty contest with -- so I'm going to      01:06PM
12  withdraw that.                 01:07PM
13        Do you remember that Garage Media New York   01:07PM
14  sent out an RFP?              01:07PM
15  A  Yes.                      01:07PM
16  Q  And do you remember reviewing the RFP?      01:07PM
17  A  No.  I remember being given an update from    01:07PM
18  where he and Bill Field and FieldActivate reviewed it,  01:07PM
19  but I didn't.                   01:07PM
20  Q  Do you know -- did they get more than one    01:07PM
21  response to the RFP?          01:07PM
22  A  Sure.                   01:07PM
23  Q  Do you remember how many?          01:07PM
24  A  No.                     01:07PM
25  Q  Did they -- do you know, did they conduct a  01:07PM

Page 118

1  beauty contest?  Do you know what I mean by beauty  01:07PM
2  contest?                      01:07PM
3  A  Yeah, final.               01:07PM
4  Q  To select a sales agent?          01:07PM
5  A  Yes.                    01:07PM
6  Q  Did you participate in that?        01:07PM
7  A  No.                     01:07PM
8  Q  So outside of being kept up to date by Gary  01:07PM
9  or by anybody else at Garage Media and commenting on  01:07PM
10  the proposed Clear Channel agreement, your testimony  01:07PM
11  is that you, MacQuarie, had no role in the shift from  01:07PM
12  A2a from Clear Channel; is that correct?     01:08PM
13  A  That's correct.             01:08PM
14  Q  Do you recall that in 2015 you believed that  01:08PM
15  the strategy to exit here was to get an extension from  01:08PM
16  the Port and then find a buyer/investor?    01:08PM
17  A  That was the strategy from mid 2014 forward.  01:08PM
18  Q  So the critical component, again, was getting  01:08PM
19  the extension from the Port?          01:09PM
20  A  Correct.                 01:09PM
21  Q  Did you ever have direct communications with  01:09PM
22  anyone from the Port Authority?        01:09PM
23  A  Sure.                   01:09PM
24  Q  Okay.  Who?              01:09PM
25  A  I had emails from Roy Bickley initially, then  01:09PM

Page 119

1  Roy retired right in the middle of trying to get the  01:09PM
2  extension done for Garage, and the guy who picked it  01:09PM
3  up for him was a guy named Jerry Del Tufo.   01:09PM
4  Q  Describe the communications you had with Roy  01:09PM
5  Bickley?                     01:09PM
6  A  It was Gary telling me that Roy said that he  01:09PM
7  was right on the edge and me asking Roy -- getting the  01:09PM
8  email address from Gary, and me asking Roy to confirm  01:09PM
9  for me that things were moving forward so that I could  01:09PM
10  explain that to our central credit team, what was  01:10PM
11  happening.                  01:10PM
12  Q  So was this email communication?       01:10PM
13  A  Yeah.  I don't think I ever spoke to Roy on  01:10PM
14  the phone.  I spoke to Jerry Del Tufo, but never Roy.  01:10PM
15  I don't think I ever met Roy either.      01:10PM
16  Q  And outside of asking Bickley for updates on  01:10PM
17  where things stood with the extension, did you have  01:10PM
18  any other communication with him?        01:10PM
19  A  No.                     01:10PM
20  Q  And did he give you updates?        01:10PM
21  A  Two or three different occasions.      01:10PM
22  Q  Okay.  Do you remember what those updates    01:10PM
23  told you?                    01:10PM
24  A  Yeah.  We're generally -- I'm generally   01:10PM
25  supportive of doing this all the way up to -- I think  01:10PM

Page 120

1  once upon a time he might have said that he had met  01:10PM
2  with procurement and things were looking positive,  01:11PM
3  have a good weekend, something like that.   01:11PM
4  Q  Okay.  Do you remember anything else about  01:11PM
5  your communications with him?          01:11PM
6  A  No.                     01:11PM
7  Q  How about with Del Tufo, did you actually   01:11PM
8  talk to him?                   01:11PM
9  A  Gary actually had him to a meeting in his   01:11PM
10  location at Gary's office once, and then Gary and I  01:11PM
11  went to the Port a second time.        01:11PM
12  Q  Back to Bickley.  Other than I'm --      01:11PM
13  A  I'm the lender.             01:11PM
14  Q  I'm the lender, I'm looking for an update,   01:11PM
15  did you communicate anything about this deal to   01:11PM
16  Bickley?                     01:11PM
17  A  No.                     01:11PM
18  Q  Okay.  It was just, I'm the lender, I would  01:11PM
19  like an update, period?            01:11PM
20  A  Yes.  We haven't been paid.  You guys are   01:11PM
21  doing great, but we're not getting paid.    01:11PM
22  Q  Okay.  You communicated that to Bickley?   01:11PM
23  A  I did, sure.  I told him you're getting    01:11PM
24  paid -- there's enough revenue to get you and CBS up  01:11PM
25  front paid, but, guess what?  We haven't been paid in  01:12PM

5/6/2019                          John Zimmeth                    Page: 34 (121 - 124)

---

Page 121

1   a long time.                           01:12PM
2       Q   So with Del Tufo you had phone conversations?   01:12PM
3       A   Yes.                           01:12PM
4       Q   Do you remember how many?      01:12PM
5       A   Two or three.  Not an easy guy to nail down.   01:12PM
6       MR. HENZY:  Off the record.        01:12PM
7       (Off-the-record discussion.)       01:12PM
8   BY MR. HENZY:                          01:12PM
9       Q   Do you remember approximately when the two or   01:12PM
10  three conversations took place?        01:12PM
11      A   In '15, '16 time frame, but not really -- I   01:12PM
12  couldn't nail down when.               01:12PM
13      Q   Do you remember what specifically you talked   01:12PM
14  to him about in those phone conversations?   01:12PM
15      A   Well, the primary conversations I had with   01:12PM
16  Jerry were in person with Gary.        01:12PM
17      Q   So you and Gary actually had in-person   01:12PM
18  meetings with Del Tufo?                01:12PM
19      A   On two different occasions.     01:13PM
20      Q   Okay, sorry.  When did those happen?   01:13PM
21      A   Once at Gary's office sometime after Roy   01:13PM
22  retired, and I don't remember -- that was probably in   01:13PM
23  '16, I'm going to guess, and then once we went to   01:13PM
24  the -- we actually went to the new World Trade Center   01:13PM
25  building and met with him there.       01:13PM

---

Page 122

1       Q   Do you remember when that meeting took place?   01:13PM
2       A   I don't.  Not much before I turned this over.   01:13PM
3       MR. HENZY:  Okay.  It's 1:15.  I think I   01:13PM
4   can be done in 45 minutes or an hour.  If you guys   01:13PM
5   want to keep going.                    01:13PM
6       THE WITNESS:  I'm fine.            01:13PM
7   BY MR. HENZY:                          01:13PM
8       Q   The first meeting, the one in Gary's office,   01:13PM
9   what did you talk about with Del Tufo about that   01:13PM
10  meeting?                               01:13PM
11      A   The importance of the extension to the   01:14PM
12  project, and it centered around Gary explaining the   01:14PM
13  problems he was having with the technology, and me   01:14PM
14  explaining, hey, we haven't been paid, and we continue   01:14PM
15  to not get paid, and the extension is really important   01:14PM
16  to us, we've been a great partner.  While all of this   01:14PM
17  has been going on, we haven't shut that board down,   01:14PM
18  and you continue to get $600,000 worth of revenue, or   01:14PM
19  more by then, I think.  I don't even remember what it   01:14PM
20  was.  By then it was probably 700,000, and you got to   01:14PM
21  use the board for public service announcements, and   01:14PM
22  it's a great asset for you, and the only way to secure   01:14PM
23  that is to -- the right thing to do is to extend this   01:14PM
24  thing.                                 01:14PM
25      Q   And what was Del Tufo telling you in   01:14PM

---

Page 123

1   response?                              01:14PM
2       A   You know, it's the Port; you know, we're   01:14PM
3   analyzing -- we analyze everything, but we're   01:14PM
4   generally -- yeah, we really love you guys as a   01:15PM
5   tenant, and we would like to see us work something   01:15PM
6   out, and I continue to try to push it forward, but   01:15PM
7   it's slow going, and he also brought up the idea of   01:15PM
8   the Port Authority possibly building a new building at   01:15PM
9   some point in the future, when, who knows.   01:15PM
10      Q   Almost out of curiosity, why was he telling   01:15PM
11  you that?                              01:15PM
12      A   They would need the sign for ten years,   01:15PM
13  because they would be building a new bus terminal.   01:15PM
14      Q   We won't hold our breath on that.   01:15PM
15      A   Well, that's what he said.      01:15PM
16      Q   The meeting in 2017, was it the same --   01:15PM
17      A   More of the same.              01:15PM
18      Q   And the "more of the same" is he's telling   01:15PM
19  you it's this Port Authority bureaucracy, what do you   01:15PM
20  want from me?                          01:15PM
21      A   Right.                         01:15PM
22      Q   And you're telling him, this is really   01:15PM
23  important to the project, we're not getting paid?   01:16PM
24      A   Right.                         01:16PM
25      Q   Okay.  And outside of "this is an important   01:16PM

---

Page 124

1   project, we're not getting paid," did you tell him   01:16PM
2   anything else?                         01:16PM
3       MR. O'KEEFE:  Object to the form.   01:16PM
4       THE WITNESS:  That was my interest.  I   01:16PM
5   wanted to get paid.                    01:16PM
6   BY MR. HENZY:                          01:16PM
7       Q   And was Gary at both of these meetings?   01:16PM
8       A   Yes.                           01:16PM
9       Q   And the two or three phone conversations --   01:16PM
10  you also had two or three phone conversations with   01:16PM
11  him?                                   01:16PM
12      A   Probably.                      01:16PM
13      Q   Okay.                          01:16PM
14      A   Maybe where he would call and update me and   01:16PM
15  say, yeah, things are moving forward.   01:16PM
16      Q   Okay.                          01:16PM
17      A   Because like with Bickley, I was trying -- I   01:16PM
18  would have to report back to our team every quarter by   01:16PM
19  then.  I'm part of Huntington at this point, and every   01:16PM
20  quarter I've got to give an update to the CARS   01:16PM
21  committee, and every quarter I'm telling them the same   01:16PM
22  thing, any day now we're going to get an extension,   01:16PM
23  and when we get an extension, they'll be able to   01:17PM
24  upgrade the technology, and when they upgrade the   01:17PM
25  technology, we can get it sold.        01:17PM

Page 125

1  Q  Was the idea if they get the extension, then  01:17PM
2  they would be able to get a new capital partner,  01:17PM
3  whether it's owner or investor?  01:17PM
4  A  However, yes.  That was the only way to make  01:17PM
5  it happen.  01:17PM
6  Q  Do you remember having any communications  01:17PM
7  with Mr. Del Tufo that Gary was not part of?  01:17PM
8  A  Certainly nothing that I would have not  01:17PM
9  copied him on.  If I e-mailed Jerry, I would copy  01:17PM
10  Gary, and if Jerry emailed me back, I would copy Gary  01:17PM
11  on the reply, and if I did it that way, it's because  01:17PM
12  Gary asked me to.  01:17PM
13  Q  Do you know whether MacQuarie filed -- do you  01:18PM
14  know what a UCC1 financing statement is?  01:18PM
15  A  Yes.  01:18PM
16  Q  Did MacQuarie file financing statements on  01:18PM
17  all of its deals?  01:18PM
18  A  Sure.  01:18PM
19  Q  Do you know whether those here, the UCC ones,  01:19PM
20  were allowed to lapse?  01:19PM
21  A  I don't know that.  01:19PM
22  Q  Okay.  Who typically would keep track of  01:19PM
23  that?  01:19PM
24  A  Somebody in the operations team.  01:19PM
25  Q  Okay.  Do you know how long UCC1 financing  01:19PM

Page 126

1  statements are effective?  01:19PM
2  A  No.  And I don't want to.  01:19PM
3  Q  Okay.  Do you know why, assuming they lapsed,  01:19PM
4  why would Huntington allow those to lapse?  01:19PM
5  MR. O'KEEFE:  Object to form.  01:19PM
6  THE WITNESS:  I can't imagine why.  01:19PM
7  Shoddy operational.  01:19PM
8  BY MR. HENZY:  01:19PM
9  Q  You don't know?  01:19PM
10  A  I just don't know.  01:19PM
11  Q  You mentioned the, I guess I'll call it,  01:20PM
12  sales effort or the opportunity to -- the effort to  01:20PM
13  find an investor.  Describe the Beekman discussion to  01:20PM
14  me?  01:20PM
15  MR. O'KEEFE:  Object to form.  01:20PM
16  BY MR. HENZY:  01:20PM
17  Q  Who's Beekman?  01:20PM
18  A  The Beekman Group was -- let me think.  This  01:20PM
19  was probably -- it was late in the year.  01:20PM
20  Q  Of what year.  01:20PM
21  A  2012, probably.  Yes, he got an offer from  01:20PM
22  the Beekman Group.  So let me think.  It was the  01:20PM
23  Thayer Group that fell apart, he went to have Steve  01:20PM
24  Fretty put an RFP out to -- Steve Fretty put an  01:21PM
25  informational package out some time in late 2012.  01:21PM

Page 127

1  Beekman came through with a potential offer in late  01:21PM
2  2012.  01:21PM
3  Q  And --  01:21PM
4  A  And Gary copied us on it after he got a  01:21PM
5  blacked-out version.  01:21PM
6  Q  All right.  Do you remember what the Beekman  01:21PM
7  offer consisted of?  01:21PM
8  A  It was an investment in the company where  01:21PM
9  they were going to recapitalize Garage.  They showed  01:21PM
10  us a sheet where the owners of Garage would end up  01:21PM
11  with, I don't know, something like 18 or 20 percent of  01:21PM
12  the business and Beekman would get the rest, and they  01:21PM
13  would capitalize it and continue to develop the other  01:21PM
14  projects: the Double Tree and the UCF and some of the  01:21PM
15  other things that Gary was working on.  01:21PM
16  Q  So we're clear, the MacQuarie interest was if  01:21PM
17  Garage can be recapitalized and you can get the  01:22PM
18  extension from the Port, this becomes a performing  01:22PM
19  lease then?  ,  01:22PM
20  A  No.  Gary asked us to provide quotes to the  01:22PM
21  Beekman Group on the funding of the other projects and  01:22PM
22  also the set of circumstances where they might be  01:22PM
23  released from their PGs, so I went to meet with the  01:22PM
24  Beekman Group to say, well, under what circumstances  01:22PM
25  would that be?  How are you going to capitalize the  01:22PM

Page 128

1  company?  Are you going to load them up with debt?  01:22PM
2  Are you going to put some real money into it?  How is  01:22PM
3  this going to look?  I never really got an answer.  01:22PM
4  Q  Okay.  But their idea was, as far as you  01:22PM
5  recall, that they wanted you to finance a new sign for  01:22PM
6  them at the Double Tree and stay in on the Port as  01:22PM
7  well?  01:23PM
8  A  Well, they had other -- they said that they  01:23PM
9  had other options, that they had been dealing with GE  01:23PM
10  for many years, and GE might finance it for them, and  01:23PM
11  I thought, great, have GE finance it for them and buy  01:23PM
12  us out while you're at it.  So the Beekman Group would  01:23PM
13  have been great news, but so would have Thayer and  01:23PM
14  Park IT and any of the others that they tried to sell  01:23PM
15  to.  If we could have gotten paid out, we would have  01:23PM
16  gotten paid out.  01:23PM
17  Q  How about Clear Channel.  What do you  01:23PM
18  remember about efforts to sell to Clear Channel?  01:23PM
19  A  The same.  You know, Gary had hired them,  01:23PM
20  they had been selling for a few months, the problems  01:23PM
21  with the sign were occurring at the same time, and the  01:23PM
22  idea of the extension was floated.  My recollection is  01:23PM
23  I floated it to John and Gary, "Why don't you ask the  01:23PM
24  Port for an extension?"  01:24PM
25  Q  With the idea that they would actually have  01:24PM

5/6/2019      John Zimmeth      Page: 36 (129 - 132)

## Page 129

1  something to sell?                              01:24PM
2      A  That's right.  And anything, anything beyond  01:24PM
3  that, required debt extension, and I would have been  01:24PM
4  pleased -- Clear Channel made it -- at the time, on  01:24PM
5  multiple occasions, told Gary, yeah, I could see us  01:24PM
6  buying this if you got the extension done and the sign  01:24PM
7  was different.  We had something different to sell.  01:24PM
8  The sign needed to be refreshed.            01:24PM
9      Q  Okay.  So what was your involvement in these  01:24PM
10  sales efforts.  So was it just people were bringing  01:24PM
11  ideas to you, and you were sort of saying, great, if  01:24PM
12  you guys can do this?                        01:24PM
13      A  For sure.                            01:24PM
14      Q  But sort of beyond that, this is just people  01:24PM
15  putting ideas in front of you?               01:24PM
16      A  Monitoring what's going on with the  01:24PM
17  extension, and if we can get the extension, can we get  01:24PM
18  out of this.                                 01:25PM
19      Q  Did you --                          01:25PM
20      A  When they first started talking about the  01:25PM
21  extension, this was 2014, he asked for a ten-year  01:25PM
22  extension, that gave somebody 13 and a half years to  01:25PM
23  make this work, because it would have been three more  01:25PM
24  years under the -- you know, three and a half years  01:25PM
25  under the current one, plus another ten, and if the  01:25PM

## Page 130

1  Port had worked on it the way a normal company might  01:25PM
2  work on an extension, then you might have had  01:25PM
3  something that would have been really special for  01:25PM
4  Garage, but they never got it done.          01:25PM
5      Q  Did you ever have any direct involvement in  01:25PM
6  communications with Clear Channel regarding a Clear  01:25PM
7  Channel purchase order investment?           01:25PM
8      A  Yes.                                 01:25PM
9      Q  We talked about the earlier conversations  01:25PM
10  with Puglise, but say from --               01:25PM
11      A  Puglise was not who we talked about with them  01:26PM
12  ever, because he was not --                  01:26PM
13      Q  He wasn't there anymore?             01:26PM
14      A  And he was never involved when he was at  01:26PM
15  Clear Channel.  He was in a completely different  01:26PM
16  group.                                       01:26PM
17      Q  Who did you talk to at Clear Channel?  01:26PM
18      A  In late '14, Harry Coghlan.  Puglise was just  01:26PM
19  a guy in the industry.                       01:26PM
20      Q  Okay.  Other than late '14 with Harry  01:26PM
21  Coghlan, do you remember any direct communications you  01:26PM
22  had with Clear Channel regarding a sale or investment?  01:26PM
23      A  No.                                  01:26PM
24      Q  Other than meeting with -- I think you met  01:26PM
25  with the Beekman people once.  Other than that  01:26PM

## Page 131

1  meeting, do you remember any direct communications  01:26PM
2  with Beekman regarding a sale or investment?  01:26PM
3      A  Oh, Beekman was a six- to eight-week process  01:26PM
4  after the original where they were going to be  01:27PM
5  sending -- they sent us information.  We would ask for  01:27PM
6  balance sheets --                            01:27PM
7      Q  Because they were actually asking you for a  01:27PM
8  new loan.  It wasn't just a sale or investment, but  01:27PM
9  they were asking you for a new loan?         01:27PM
10      A  They were asking us for more business, and  01:27PM
11  towards the end of it they sort of made it clear that  01:27PM
12  if they could package the whole thing with the Double  01:27PM
13  Tree and the other one, the other projects, then there  01:27PM
14  might be something there.                    01:27PM
15      Q  Do you remember, did that just peter out, or  01:27PM
16  was that -- did they actually apply for financing and  01:27PM
17  it wasn't approved?                          01:27PM
18      A  It was never -- I never even had a chance to  01:27PM
19  submit anything because they never -- first of all,  01:27PM
20  they never gave us enough information to do it.  01:27PM
21  Secondly, they changed the deal on Gary and he walked.  01:27PM
22      Q  Other than Beekman and Clear Channel, you  01:27PM
23  mentioned Thayer a couple of times.          01:28PM
24      A  Never talked to him, never -- I just know  01:28PM
25  that that was something very early in the project that  01:28PM

## Page 132

1  they had an offer from Thayer.  Thayer was going to  01:28PM
2  invest some, I don't know, 8, 9, $10 million into the  01:28PM
3  business, and for some reason it fell apart.  I don't  01:28PM
4  even know why.                               01:28PM
5      Q  Other than Thayer do you remember anybody  01:28PM
6  else?                                        01:28PM
7      A  Yeah.  Park IT.                       01:28PM
8      Q  Describe that for me.                 01:28PM
9      A  Just that happened in conjunction at the very  01:28PM
10  similar time as they were working with FieldActivate  01:28PM
11  to replace A2a and Garage.  Park IT was somebody that  01:28PM
12  John Schmid had done another deal with in his parking  01:28PM
13  lot business, and they were -- he was trying to get  01:28PM
14  them interested in buying this deal as well.  01:28PM
15      Q  Okay.  And did you have any direct  01:28PM
16  communications with them?                    01:29PM
17      A  No.                                  01:29PM
18      Q  So, again, other than kind of the Garage  01:29PM
19  Media guys telling you about --              01:29PM
20      A  Park IT equity guys are in play.      01:29PM
21          MR. HENZY:  Give me one minute here.  I  01:30PM
22  don't have anything else.                    01:30PM
23          MR. O'KEEFE:  I have no questions.   01:30PM
24  We'll read.                                  01:30PM
25          (Deposition concluded at 1:30 p.m.)  01:30PM

Page 133

1        JURAT

2

3        I, JOHN ZIMMETH, do hereby certify that the

4    foregoing testimony taken on May 6, 2019, is true and

5    accurate, including any corrections noted on the

6    corrections page, to the best of my knowledge and

7    belief.

8

9

10                    JOHN ZIMMETH

11

12

13

14

15        At _____ in said county of _____,

16    this _____ day of _____, 2019, personally

17    appeared JOHN ZIMMETH, and he made oath to the truth

18    of the foregoing corrections by him subscribed.

19

20

21    Before me,_____, Notary Public

22    My commission expires:

23

24

25

Page 134

1        TRANSCRIPT CORRECTIONS

2

3    REPORTER:   Robin Balletto

4    CASE:    Huntington Technology Finance, Inc. f/k/a
              MacQuarie Equipment Finance, LLC
5             VS
              Garrett Alan Neff a/k/a Gary Neff, John
6             Mark Schmid, and David Karl Schmid

7    PAGE LINE    CORRECTION        REASON

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24        NAME: _____

25        DATE: _____

Page 135

1        CERTIFICATE OF REPORTER

2        I, Robin Balletto, a Registered Professional

3    Reporter/Notary Public within and for the State of

4    Connecticut, do hereby certify there came before me,

5    on the 6th day of May, 2019, the following named

6    person, to wit:  JOHN ZIMMETH, who was by me duly

7    sworn to testify to the truth and nothing but the

8    truth; that he was thereupon carefully examined upon

9    his oath and his examination reduced to writing under

10   my supervision; that this deposition is a true record

11   of the testimony given by the witness.

12        I further certify that I am neither counsel for,

13   related to, nor employed by any of the parties to the

14   action in which this deposition is taken; and further,

15   that I am not a relative or employee of any attorney

16   or counsel employed by the parties hereto, nor

17   financially or otherwise interested in the outcome of

18   the action.

19        WITNESS my hand and affixed my seal this 20th day

20   of March, 2019.

21

22

23

24            Robin Balletto, RMR

25        My commission expires:  October 31, 2023

Cassian Reporting, LLC
(860) 595-7462 - scheduling@cassianreporting.com

5/6/2019                          John Zimmeth                          Page: 1

## WORD INDEX

**< $ >**
**$10**  132:*2*
**$2**  22:*11, 11*
**$3,820,708.65**  69:*23*
**$3.8**  72:*1*
**$50,000**  85:*16*
**$550,000**  85:*22, 25*
**$6.6**  64:*3*  86:*22*
*91:4*
**$600,000**  122:*18*
**$8.3**  83:*9*

**< 0 >**
**001**  4:*17*  76:*24*
**01:00PM**  112:*22,
23, 24, 25*  113:*1, 2,
3, 4, 5, 6, 7, 8, 9, 10,
11, 12, 13*
**01:01PM**  113:*14,
15, 16, 17, 18, 19, 20,
21, 22, 23, 24, 25*
*114:1, 2*
**01:02PM**  114:*3, 4,
5, 6, 7, 8, 9, 10, 11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21*
**01:03PM**  114:*22,
23, 24, 25*  115:*1, 2,
3, 4, 5, 6, 7, 8, 9, 10,
11, 12*
**01:04PM**  115:*13,
14, 15, 16, 17, 18, 19,
20, 21, 22, 23, 24, 25*
**01:05PM**  116:*1, 2,
3, 4, 5, 6, 7, 8, 9, 10,
11, 12*
**01:06PM**  116:*13,
14, 15, 16, 17, 18, 19,
20, 21, 22, 23, 24, 25*
*117:1, 2, 3, 4, 5, 6, 7,
8, 9, 10, 11*
**01:07PM**  117:*12,
13, 14, 15, 16, 17, 18,
19, 20, 21, 22, 23, 24,
25*  118:*1, 2, 3, 4, 5,
6, 7, 8, 9, 10, 11*
**01:08PM**  118:*12,
13, 14, 15, 16, 17, 18*

**01:09PM**  118:*19,
20, 21, 22, 23, 24, 25*
*119:1, 2, 3, 4, 5, 6, 7,
8, 9*
**01:10PM**  119:*10,
11, 12, 13, 14, 15, 16,
17, 18, 19, 20, 21, 22,
23, 24, 25*  120:*1*
**01:11PM**  120:*2, 3,
4, 5, 6, 7, 8, 9, 10, 11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22, 23,
24*
**01:12PM**  120:*25*
121:*1, 2, 3, 4, 5, 6, 7,
8, 9, 10, 11, 12, 13,
14, 15, 16, 17, 18*
**01:13PM**  121:*19,
20, 21, 22, 23, 24, 25*
122:*1, 2, 3, 4, 5, 6, 7,
8, 9, 10*
**01:14PM**  122:*11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22, 23,
24, 25*  123:*1, 2, 3*
**01:15PM**  123:*4, 5,
6, 7, 8, 9, 10, 11, 12,
13, 14, 15, 16, 17, 18,
19, 20, 21, 22*
**01:16PM**  123:*23,
24, 25*  124:*1, 2, 3, 4,
5, 6, 7, 8, 9, 10, 11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22*
**01:17PM**  124:*23,
24, 25*  125:*1, 2, 3, 4,
5, 6, 7, 8, 9, 10, 11,
12*
**01:18PM**  125:*13,
14, 15, 16, 17, 18*
**01:19PM**  125:*19,
20, 21, 22, 23, 24, 25*
126:*1, 2, 3, 4, 5, 6, 7,
8, 9, 10*
**01:20PM**  126:*11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22, 23*
**01:21PM**  126:*24,
25*  127:*1, 2, 3, 4, 5,
6, 7, 8, 9, 10, 11, 12,
13, 14, 15, 16*

**01:22PM**  127:*17,
18, 19, 20, 21, 22, 23,
24, 25*  128:*1, 2, 3, 4,
5, 6*
**01:23PM**  128:*7, 8,
9, 10, 11, 12, 13, 14,
15, 16, 17, 18, 19, 20,
21, 22, 23*
**01:24PM**  128:*24,
25*  129:*1, 2, 3, 4, 5,
6, 7, 8, 9, 10, 11, 12,
13, 14, 15, 16, 17*
**01:25PM**  129:*18,
19, 20, 21, 22, 23, 24,
25*  130:*1, 2, 3, 4, 5,
6, 7, 8, 9, 10*
**01:26PM**  130:*11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22, 23,
24, 25*  131:*1, 2, 3*
**01:27PM**  131:*4, 5,
6, 7, 8, 9, 10, 11, 12,
13, 14, 15, 16, 17, 18,
19, 20, 21, 22*
**01:28PM**  131:*23,
24, 25*  132:*1, 2, 3, 4,
5, 6, 7, 8, 9, 10, 11,
12, 13, 14, 15*
**01:29PM**  132:*16,
17, 18, 19, 20*
**01:30PM**  132:*21,
22, 23, 24, 25*
**04**  25:*13*
**05**  25:*13, 15, 15*
**06106**  1:*24*
**06604**  2:*10*

**< 1 >**
**1**  4:*11, 14, 18*  6:*19*
42:*24*  45:*7, 22*
67:*12*  78:*7*  83:*17*
**1,050,000**  86:*2*
**1:15**  122:*3*
**1:30**  132:*25*
**10**  2:*9*  4:*21*  23:*5*
25:*4*  35:*13, 20*
41:*12*  83:*23*  85:*18*
97:*9*
**10:10**  5:*1*
**10:10AM**  1:*1*  5:*10,
11, 12*

**10:11AM**  5:*13, 14,
15, 16, 17, 18, 19, 20,
21, 22, 23, 24, 25*
6:*1, 2, 3, 4, 5, 6, 7, 8*
**10:12AM**  6:*9, 10,
11, 12, 13, 14, 15, 16,
17, 18, 19, 20, 21, 22,
23, 24, 25*
**10:13AM**  7:*1, 2, 3,
4, 5, 6, 7, 8, 9, 10, 11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22, 23*
**10:14AM**  7:*24, 25*
8:*1, 2, 3, 4, 5, 6, 7, 8,
9, 10, 11, 12, 13, 14,
15, 16, 17, 18, 19, 20*
**10:15AM**  8:*21, 22,
23, 24, 25*  9:*1, 2, 3,
4, 5, 6, 7, 8, 9, 10, 11,
12*
**10:16AM**  9:*13, 14,
15, 16, 17, 18, 19, 20,
21, 22, 23, 24, 25*
10:*1, 2, 3, 4, 5, 6, 7,
8, 9, 10, 11, 12, 13*
**10:17AM**  10:*14, 15,
16, 17, 18, 19, 20, 21,
22, 23, 24, 25*  11:*1,
2, 3, 4, 5, 6, 7, 8, 9,
10, 11, 12*
**10:18AM**  11:*13, 14,
15, 16, 17, 18, 19, 20,
21, 22, 23, 24, 25*
12:*1, 2, 3, 4, 5, 6, 7,
8, 9, 10, 11*
**10:19AM**  12:*12, 13,
14, 15, 16, 17, 18, 19,
20, 21, 22, 23, 24, 25*
13:*1, 2, 3, 4, 5, 6, 7,
8, 9, 10, 11*
**10:20AM**  13:*12, 13,
14, 15, 16, 17, 18, 19,
20, 21, 22, 23, 24, 25*
14:*1, 2, 3, 4, 5, 6, 7,
8, 9*
**10:21AM**  14:*10, 11,
12, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22, 23,
24, 25*  15:*1, 2, 3, 4,
5*

**10:22AM**  15:6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24
**10:23AM**  15:25 16:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20
**10:24AM**  16:21, 22, 23, 24, 25  17:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15
**10:25AM**  17:16, 17, 18, 19, 20, 21, 22, 23, 24, 25  18:1, 2, 3, 4, 5, 6, 7, 8, 9
**10:26AM**  18:10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  19:1, 2, 3, 4
**10:27AM**  19:5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20
**10:28AM**  19:21, 22, 23, 24, 25  20:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13
**10:29AM**  20:14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  21:1, 2, 3, 4, 5, 6
**10:30AM**  21:7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24
**10:31AM**  21:25 22:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17
**10:32AM**  22:18, 19, 20, 21, 22, 23, 24, 25  23:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
**10:33AM**  23:17, 18, 19, 20, 21, 22, 23, 24, 25  24:1, 2, 3, 4, 5, 6, 7

**10:34AM**  24:8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  25:1
**10:35AM**  25:2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18
**10:36AM**  25:19, 20, 21, 22, 23, 24, 25 26:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
**10:37AM**  26:17, 18, 19, 20, 21, 22, 23, 24, 25  27:1, 2, 3, 4
**10:38AM**  27:5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23
**10:39AM**  27:24, 25 28:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17
**10:40AM**  28:18, 19, 20, 21, 22, 23, 24, 25 29:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15
**10:41AM**  29:16, 17, 18, 19, 20, 21, 22, 23, 24, 25  30:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11
**10:42AM**  30:12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 31:1, 2, 3, 4, 5, 6, 7, 8, 9, 10
**10:43AM**  31:11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  32:1
**10:44AM**  32:2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25
**10:45AM**  33:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14

**10:46AM**  33:15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  34:1, 2, 3, 4
**10:47AM**  34:5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24
**10:48AM**  34:25 35:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
**10:49AM**  35:17, 18, 19, 20, 21, 22, 23, 24, 25  36:1, 2, 3, 4, 5, 6
**10:50AM**  36:7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22
**10:51AM**  36:23, 24, 25  37:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17
**10:52AM**  37:18, 19, 20, 21, 22, 23, 24, 25 38:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11
**10:53AM**  38:12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 39:1, 2, 3, 4, 5, 6, 7, 8
**10:54AM**  39:9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  40:1, 2, 3, 4, 5
**10:55AM**  40:6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22
**10:56AM**  40:23, 24, 25  41:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
**10:57AM**  41:17, 18, 19, 20, 21, 22, 23, 24, 25  42:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11
**10:58AM**  42:12, 13, 14, 15, 16, 17, 18, 19,

20, 21, 22, 23, 24, 25 43:1
**10:59AM**  43:2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18
**100**  50:19, 20, 21 114:6
**1000**  40:23  92:24 93:6
**1000s**  91:16
**11**  4:22  21:11, 16 78:7  110:19
**11.25**  64:7  65:11, 16
**11:00AM**  43:19, 20, 21, 22, 23, 24, 25 44:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18
**11:01AM**  44:19, 20, 21, 22, 23, 24, 25 45:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14
**11:02AM**  45:15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  46:1, 2
**11:03AM**  46:3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14
**11:04AM**  46:15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25  47:1, 2, 3
**11:05AM**  47:4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19
**11:06AM**  47:20, 21, 22, 23, 24, 25  48:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11
**11:07AM**  48:12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 49:1
**11:08AM**  49:2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17
**11:09AM**  49:18, 19, 20, 21, 22, 23, 24, 25 50:1, 2, 3, 4, 5, 6, 7,

8, 9, 10, 11, 12, 13, 14, 15
**11:10AM** 50:16, 17, 18, 19, 20, 21, 22, 23, 24, 25 51:1, 2, 3, 4, 5
**11:11AM** 51:6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21
**11:12AM** 51:22, 23, 24, 25 52:1, 2, 3, 4, 5, 6, 7, 8, 9, 10
**11:13AM** 52:11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 53:1, 2, 3, 4, 5
**11:14AM** 53:6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22
**11:15AM** 53:23, 24, 25 54:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19
**11:16AM** 54:20, 21, 22, 23, 24, 25 55:1, 2, 3, 4, 5, 6, 7, 8, 9
**11:17AM** 55:10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 56:1, 2, 3, 4, 5, 6, 7, 8
**11:18AM** 56:9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23
**11:19AM** 56:24, 25 57:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22
**11:20AM** 57:23, 24, 25 58:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19
**11:21AM** 58:20, 21, 22, 23, 24, 25 59:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13

**11:22AM** 59:14, 15, 16, 17, 18, 19, 20, 21, 22, 23
**11:23AM** 59:24, 25 60:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13
**11:24AM** 60:14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 61:1, 2, 3, 4
**11:25AM** 61:5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21
**11:26AM** 61:22, 23, 24, 25 62:1, 2, 3, 4, 5
**11:27AM** 62:6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
**11:28AM** 62:17, 18, 19, 20, 21, 22, 23, 24, 25 63:1, 2, 3, 4, 5, 6, 7, 8, 9
**11:29AM** 63:10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 64:1, 2, 3, 4, 5, 6, 7
**11:30AM** 64:8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 65:1, 2
**11:31AM** 65:3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21
**11:32AM** 65:22, 23, 24, 25 66:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13
**11:33AM** 66:14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 67:1, 2, 3
**11:34AM** 67:4, 5, 6, 7, 8, 9, 10, 11
**11:35AM** 67:12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23

**11:36AM** 67:24, 25 68:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15
**11:37AM** 68:16, 17, 18, 19, 20, 21, 22, 23, 24, 25 69:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11
**11:38AM** 69:12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 70:1, 2, 3
**11:39AM** 70:4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25
**11:40AM** 71:1, 2, 3, 4, 5, 6, 7, 8
**11:41AM** 71:9, 10, 11, 12, 13, 14, 15, 16
**11:42** 72:13
**11:42AM** 71:17, 18, 19, 20, 21, 22, 23, 24, 25 72:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14
**11:53** 72:13
**11:53AM** 72:15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 73:1, 2, 3, 4, 5, 6, 7
**11:54AM** 73:8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 74:1
**11:55AM** 74:2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18
**11:56AM** 74:19, 20, 21, 22, 23, 24, 25 75:1, 2, 3, 4, 5, 6, 7, 8
**11:57AM** 75:9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 76:1, 2, 3, 4, 5, 6, 7, 8
**11:58AM** 76:9, 10, 11, 12, 13, 14, 15, 16,

17, 18, 19, 20, 21, 22, 23, 24
**110** 4:22
**12** 35:10 69:3 84:21 85:12
**12:00PM** 76:25 77:1, 2, 3, 4, 5, 6, 7, 8
**12:01PM** 77:9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22
**12:02PM** 77:23, 24, 25 78:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17
**12:03PM** 78:18, 19, 20, 21, 22, 23, 24, 25 79:1, 2, 3, 4, 5, 6, 7, 8, 9
**12:04PM** 79:10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25
**12:05PM** 80:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14
**12:06PM** 80:15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 81:1, 2, 3, 4, 5, 6, 7, 8
**12:07PM** 81:9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25
**12:08PM** 82:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11
**12:09PM** 82:12, 13, 14, 15, 16, 17, 18, 19, 20
**12:10PM** 82:21, 22, 23, 24, 25 83:1, 2, 3, 4, 5, 6
**12:11PM** 83:7, 8, 9, 10, 11, 12, 13, 14, 15, 16
**12:14PM** 83:24, 25 84:1, 2, 3, 4, 5
**12:15PM** 84:6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20

**12:16PM** 84:*21, 22, 23, 24, 25* 85:*1, 2, 3, 4, 5, 6, 7, 8, 9*
**12:17PM** 85:*10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20*
**12:18PM** 85:*21, 22, 23, 24, 25* 86:*1, 2, 3, 4*
**12:19PM** 86:*5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19*
**12:20PM** 86:*20, 21, 22, 23, 24, 25* 87:*1, 2, 3, 4, 5, 6, 7, 8, 9*
**12:21PM** 87:*10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24*
**12:22PM** 87:*25* 88:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15*
**12:23PM** 88:*16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 89:*1, 2, 3, 4, 5, 6, 7, 8*
**12:24PM** 89:*9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 90:*1, 2, 3, 4, 5, 6, 7*
**12:25PM** 90:*8, 9, 10, 11, 12, 13, 14, 15, 16*
**12:26PM** 90:*17, 18, 19, 20, 21, 22, 23, 24, 25* 91:*1, 2, 3, 4*
**12:27PM** 91:*5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23*
**12:28PM** 91:*24, 25* 92:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13*
**12:29PM** 92:*14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 93:*1*
**12:30PM** 93:*2, 3, 4, 5, 6, 7, 8, 9, 10, 11,*

*12, 13, 14, 15, 16, 17, 18*
**12:31PM** 93:*19, 20, 21, 22, 23, 24, 25* 94:*1, 2, 3, 4, 5, 6, 7, 8, 9*
**12:32PM** 94:*10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22*
**12:33PM** 94:*23, 24, 25* 95:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16*
**12:34PM** 95:*17, 18, 19, 20, 21, 22, 23, 24, 25* 96:*1, 2, 3, 4, 5, 6, 7, 8, 9*
**12:35PM** 96:*10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 97:*1, 2, 3, 4, 5*
**12:36PM** 97:*6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21*
**12:37PM** 97:*22, 23, 24, 25* 98:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12*
**12:38PM** 98:*13, 14, 15, 16, 17, 18, 19, 20, 21*
**12:39PM** 98:*22, 23, 24, 25* 99:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16*
**12:40PM** 99:*17, 18, 19, 20, 21, 22, 23, 24, 25* 100:*1, 2, 3, 4, 5, 6*
**12:41PM** 100:*7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21*
**12:42PM** 100:*22, 23, 24, 25* 101:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21*

**12:43PM** 101:*22, 23, 24, 25* 102:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11*
**12:44PM** 102:*12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 103:*1, 2, 3, 4, 5*
**12:45PM** 103:*6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23*
**12:46PM** 103:*24, 25* 104:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15*
**12:47PM** 104:*16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 105:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11*
**12:48PM** 105:*12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 106:*1, 2, 3, 4, 5, 6*
**12:49PM** 106:*7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23*
**12:50PM** 106:*24, 25* 107:*1, 2, 3, 4, 5, 6, 7, 8*
**12:51PM** 107:*9, 10, 11, 12, 13, 14, 15, 16, 17*
**12:52PM** 107:*18, 19, 20, 21, 22, 23, 24, 25* 108:*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11*
**12:53PM** 108:*12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 109:*1, 2, 3, 4*
**12:54PM** 109:*5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 110:*1, 2*
**12:55PM** 110:*3, 4, 5, 6, 7, 8, 9, 10, 11,*

*12, 13, 14, 15, 16, 17, 18, 19*
**12:56PM** 110:*20, 21, 22, 23, 24, 25* 111:*1, 2, 3, 4, 5, 6*
**12:57PM** 111:*7, 8, 9, 10, 11, 12, 13*
**12:58PM** 111:*14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25* 112:*1, 2, 3*
**12:59PM** 112:*4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21*
**13** 4:*21* 83:*24* 95:*19* 102:*9* 113:*21* 129:*22*
**14** 4:*22* 108:*3, 13* 110:*20* 130:*18, 20*
**15** 33:*22* 50:*23* 51:*11, 22* 53:*4* 106:*23* 121:*11*
**15222** 2:*4*
**15th** 2:*9*
**16** 84:*22* 106:*23* 121:*11, 23*
**17** 4:*14* 67:*12* 106:*23*
**18** 4:*14, 15* 66:*17* 67:*12* 71:*9* 82:*5* 84:*21* 127:*11*
**18D** 82:*8*
**195** 1:*14*
**1983** 11:*25* 12:*3, 11*
**1987** 13:*12, 13*
**1989** 16:*16*
**1990** 16:*13*
**1996** 18:*6, 11, 21* 19:*17* 23:*23, 24* 24:*1*
**1997** 23:*24* 24:*1*
**1998** 24:*2*
**1999** 24:*3*

**< 2 >**
**2** 4:*13, 19* 19:*5* 42:*24* 45:*7, 22* 62:*5, 8* 69:*4* 78:*7, 8* 79:*19, 25* 83:*19*

**20** 4:15 34:25
35:1 41:9 50:22,
23 51:12, 22 53:5
71:9, 12 127:11
**2004** 25:1
**2005** 19:17 25:1
31:18, 19
**2006** 21:14 23:24
**2007** 21:14 23:24
30:25 31:5, 5
33:16 35:8 37:17,
18
**2008** 33:16
**2009** 23:18 35:20
**2009-ish** 22:15
**2010** 9:2 87:24
90:17 93:20 94:4
111:18
**2011** 94:6
**2012** 94:10, 14, 16
95:18 97:4, 5, 5, 6,
7 112:14, 19
126:21, 25 127:2
**2013** 85:19 96:21
97:7, 10, 11, 24
98:16, 22, 24, 25
99:12 101:16
104:6 113:19, 20
114:2
**2014** 104:7 105:23
106:11, 12, 23
107:16, 24 108:17,
18 110:24 118:17
129:21
**2015** 32:25 43:6
69:19 70:1 118:14
**2017** 9:3 123:16
**2018** 69:3 71:12
74:9 75:3 76:11,
16
**2019** 1:12 133:4,
16 135:5, 20
**2023** 135:25
**20th** 135:19
**21** 1:23
**22** 79:4, 5, 18, 25
**230** 1:22
**25** 103:20
**26** 93:20
**27** 4:22 66:18, 19

94:4 110:20, 24

**< 3 >**
**3** 4:14, 20, 21
67:11 78:9 83:21,
24
**3.8** 71:21
**3:18-cv-01708** 1:5
**30** 33:22 90:17
**31** 4:21 31:5 35:8
75:2 76:11, 16
83:24 84:21 97:10,
24 98:16 135:25
**31st** 32:25
**35** 52:25 56:9
**350** 35:21

**< 4 >**
**4** 4:15 71:8, 11
**40** 34:24
**45** 90:17 122:4
**495** 65:12, 14
69:11

**< 5 >**
**5** 4:5, 16, 22 35:17
72:14, 17 110:20
**500** 33:23 34:2
87:2
**500,000** 86:3
**505,166** 85:24
**535** 2:4

**< 6 >**
**6** 1:12 4:11, 17
76:24 77:3 133:4
**6.6** 87:1
**62** 4:13
**67** 4:14
**6th** 135:5

**< 7 >**
**7** 4:18 66:12 82:6
83:17 84:2
**700,000** 122:20
**71** 4:15
**72** 4:16
**76** 4:17
**7th** 73:1

**< 8 >**

**8** 4:19 35:12 64:6
83:19 85:2 132:2
**8.75** 86:24 87:13
**8.875** 86:25
**800** 2:4
**83** 4:18, 19, 20, 21
**860-595-7462** 1:24

**< 9 >**
**9** 4:15, 20 35:12
71:9 83:21 85:9
132:2
**98** 44:25
**99** 24:5

**< A >**
**a.m** 5:1 72:13, 13
**A2a** 60:8 88:13
90:15, 19 92:14
94:12 111:10, 12
112:5, 7, 10, 10, 20
113:5, 9 115:10
116:14, 17 118:12
132:11
**A2a's** 111:13
112:23
**ability** 20:6 54:22
57:18
**able** 6:15 86:5, 13
107:1 124:23
125:2
**Absolutely** 27:15
115:11
**accelerated** 86:10
**accept** 66:23
**accepted** 94:6
**accepting** 108:1
**access** 9:22
**accomplished** 80:7
**account** 47:10, 18,
21 48:2, 13 50:4,
17, 24 51:21 52:2
68:14 69:12 70:6
73:10 97:25 98:1,
2
**accounting** 46:24
**accounts** 47:20
48:21, 22 50:16
51:11 53:4 73:19
**accrual** 71:2
**accrue** 70:4

**accruing** 69:16, 20,
22
**accurate** 133:5
**acquired** 60:14
**acquisition** 44:3
77:20
**acronyms** 68:12
**Action** 1:4 5:12,
14 115:12, 20
135:14, 18
**actual** 36:18
**ad** 94:11 102:10
**add** 88:4
**added** 77:19
**addition** 69:17
**additional** 6:5 35:1
**address** 119:8
**adjusted** 84:24
85:8
**administration**
13:16
**administrative** 13:1
**advertising** 75:8
88:12 92:13 93:25
109:20 111:11, 15
112:24 113:10
**advice** 102:8
**affixed** 135:19
**agent** 111:23
112:1 116:20
118:4
**ago** 69:13
**agree** 76:20
**agreed** 73:19 74:1
85:7 86:1 117:9
**agreement** 53:16,
21 54:2 77:9, 13
79:3, 7, 8 80:11, 15,
16 84:20 86:7
106:5 118:10
**agreements** 56:18
80:4, 4, 5
**ahead** 31:12 36:13
45:21 97:1 104:10
107:22 109:11
**aircraft** 22:12
**airplane** 21:19
**ALAN** 1:7 134:5
**alarm** 94:7, 10
**albeit** 79:20
**allow** 126:4

allowed 86:3
100:16 125:20
amend 89:21
Amendment 4:18,
19, 20, 21 11:8
83:17, 19, 21, 23
84:2, 3 85:10, 11,
19 97:11, 19
amendments 11:6
96:16 97:20
Amort 4:13 62:6
amount 49:11
63:14 67:22 68:18,
19 85:22 86:11, 20
amounts 82:16
analysis 20:14
26:19 32:16
analysts 36:18
analyze 34:6 123:3
analyzing 123:3
Andrew 40:4 98:7
announcements
122:21
answer 5:22 6:4
48:4 51:16 52:19
53:25 55:17 56:16
57:25 58:24 83:2
128:3
answered 6:6 48:4
answering 6:6
answers 5:24 58:4
anybody 61:5
98:1 106:17 118:9
132:5
anymore 69:16
130:13
anytime 96:21
apart 126:23 132:3
APPEARANCES
2:1
appeared 133:17
applicable 80:17
82:1, 12, 14
application 27:8
apply 86:3 131:16
appraisal 28:10
approach 101:23
102:2, 5
approval 34:10
36:25 37:2 90:13,
25 91:7, 9 92:3

approved 88:17
90:10 131:17
Approximately
5:19 13:12 21:13
22:14 33:15 35:18
40:16 51:11 83:9
95:13 101:6, 15
121:9
area 22:17
arm 111:16
arose 49:6
Asia 38:6
asked 6:6 7:16
8:9 11:4 18:9
42:14 48:3 74:25
85:6 117:5, 7
125:12 127:20
129:21
asking 57:12
75:21 106:4 119:7,
8, 16 131:7, 9, 10
aspect 44:19
asserts 83:9
asset 43:15 44:3
68:1, 2, 4, 7 73:10,
13, 19, 24 74:5
98:9 122:22
assets 67:24, 25
74:13
assignment 14:22
associated 28:16
assume 42:15
57:8 69:18 75:25
Assuming 59:13
64:1 75:21 126:3
attempting 102:11
attended 11:16
attention 72:18
Attorney 4:24 6:3
7:21, 23 8:1, 2
135:15
attorneys 8:21
72:19
attractive 92:6
93:12
audited 30:10, 14
August 106:11, 12
Australia 31:2
37:11 38:6, 23
39:4 40:1 90:25
91:2 92:3 98:8

authority 18:20
36:19, 20, 23 37:3,
4 59:19 91:5
106:4 118:22
123:8, 19
Automotive 25:3, 3
average 92:8
averaged 34:2
aware 7:3, 8, 12
54:25 55:3, 4, 6, 25
71:23, 25 75:12
83:8 94:16, 17
110:10 116:14
Axelson 23:11

< B >
BA 12:3
back 6:7 11:8
14:15 17:10 18:1
19:12 20:10, 19
21:14 25:5, 5, 8
28:18, 22 29:3, 19
30:10 33:13 40:20
53:25 65:22 68:15
69:4 74:3 76:9, 17
79:8 87:23 95:1
107:11 120:12
124:18 125:10
background 11:15
bad 113:2 115:15,
16
balance 92:9 131:6
Balletto 1:22 5:4
134:1 135:2, 24
ballpark 50:19
bank 14:18, 23
16:1 20:3 37:9
44:11, 13 54:10
55:1, 21 56:10
70:4 71:16 104:17,
18, 19
banking 37:25
bankrupt 22:13, 22
23:13 24:2 25:2
banks 14:10, 12
15:21 56:25
base 26:25
based 17:22 27:20
54:9 56:20 64:18
65:19, 24, 24 66:3

70:20 74:16, 17
91:12
basic 5:21 79:3
106:25
basis 65:4 77:16
99:23
Bates 4:16 72:14
bathroom 6:2
beat-up 30:7
beauty 117:11
118:1, 1
Beekman 96:3
99:10, 14, 21 100:3,
5, 11 105:14
126:13, 17, 18, 22
127:1, 6, 12, 21, 24
128:12 130:25
131:2, 3, 22
beginning 85:20
107:11 112:13
114:25
behalf 15:23
behavior 42:3
belief 133:7
believe 43:14
57:21 76:13, 15
108:7 109:1
believed 118:14
bells 94:8, 10
best 89:20 133:6
better 32:20
beyond 12:3 75:3
129:2, 14
Bickley 118:25
119:5, 16 120:12,
16, 22 124:17
big 13:22 38:24
39:3, 3 43:20
90:24 109:5, 6
110:3
bigger 108:14
Bill 117:18
billion 21:18
22:11, 11
bit 20:22 43:8, 22
66:7 75:15 85:12
blacked-out 127:5
board 122:17, 21
Bob 19:1, 1, 11
22:24 23:10, 15

24:*15, 24*  25:*5*
59:*24*
**Bob's**  19:*21*
**bonds**  35:*23*
**book**  63:*25*  64:*12,*
*14, 15*  65:*23*  66:*4,*
*8, 19, 22*
**booked**  63:*25*
65:*20*
**booking**  64:*10, 11*
**books**  65:*21*  66:*4,*
*6, 7, 7, 20*  67:*5*
69:*2*  70:*16*
**borrow**  35:*23*
87:*12, 15*
**borrower**  51:*23*
52:*3, 7, 10, 16*  53:*6,*
*11*
**borrowers**  47:*5*
**boss**  19:*9*
**bottle**  13:*17, 20*
**bottom**  68:*22*
111:*7*
**bought**  13:*3*  21:*10*
31:*1, 15*  35:*7*
43:*11*  100:*7*
**box**  34:*13*  38:*23*
**branch**  12:*17*
**branched**  41:*13*
**Break**  3:*13*  6:*1, 2*
72:*11*
**breath**  85:*16*
123:*14*
**breathing**  85:*12*
**Bridgeport**  2:*10*
**bright**  108:*1*
113:*13*
**bring**  23:*12*  26:*14*
32:*13*  34:*5*  112:*24*
**bringing**  113:*5*
129:*10*
**broad**  80:*23*
**Brodman**  2:*1*
**brother**  19:*9, 10*
**brought**  17:*1*
25:*25*  91:*23*  94:*15*
100:*9*  123:*7*
**build**  35:*9*  100:*20*
**building**  75:*20*
90:*20*  121:*25*

123:*8, 8, 13*
**build-out**  41:*7*
**built**  24:*20*
**bunch**  51:*8*
**bureaucracy**  123:*19*
**burning**  107:*25*
**bus**  123:*13*
**business**  14:*16*
16:*14*  19:*7, 7*  20:*3,*
*4, 5*  23:*16*  24:*4, 12,*
*20, 22*  25:*18, 20*
31:*13, 23*  32:*24*
35:*13*  36:*19*  37:*7,*
*13, 14, 16, 24*  38:*2,*
*6, 7, 13, 14, 18, 18*
39:*8, 9, 10*  40:*22,*
*23*  41:*10*  44:*8, 9*
45:*1, 14*  46:*10*
49:*13*  55:*7*  56:*23,*
*25*  57:*1*  58:*17*
72:*1*  73:*22*  74:*2*
81:*20*  88:*1*  89:*6, 7*
91:*14, 15*  92:*15, 24*
93:*13*  100:*21*
103:*9*  104:*16*
109:*3*  113:*3*
114:*20*  117:*9*
127:*12*  131:*10*
132:*3, 13*
**businesses**  15:*16*
17:*20*  37:*20, 20*
92:*12*  100:*6*
**buy**  15:*21*  20:*21*
25:*20*  29:*6, 9*
32:*24*  33:*21*  43:*10*
99:*22*  100:*6*
104:*17, 17, 18*
128:*11*
**buyer**  24:*19*  26:*3*
104:*23, 23*  118:*16*
**buyers**  25:*23, 24*
26:*9*
**buying**  26:*5*  30:*6,*
*18*  81:*6*  100:*12, 15*
103:*6, 20*  105:*20*
106:*7*  129:*6*
132:*14*
**buyout**  51:*9*
**buys**  43:*6*  100:*5*

**< C >**
**cabinet**  8:*23*
**calculated**  65:*14*
**calculation**  71:*5*
83:*12*
**calendar**  9:*24, 25*
10:*4, 8, 10*
**calendaring**  10:*19*
**California**  37:*25*
**call**  7:*4*  12:*6, 7*
20:*13*  26:*2*  35:*4*
41:*23*  44:*25*  45:*19*
47:*14, 17*  51:*12*
54:*25*  56:*11*  62:*17*
67:*1*  73:*21*  77:*8*
79:*17*  102:*1, 19*
108:*21*  112:*3, 4, 18*
113:*18, 22*  114:*2*
115:*23*  117:*3*
124:*14*  126:*11*
**called**  15:*5*  17:*17*
18:*7*  19:*3*  21:*12*
23:*3*  25:*7, 18*
41:*10*  51:*3*
**calls**  114:*6*
**capital**  33:*9, 14*
34:*15, 19*  36:*7*
41:*10*  42:*12*  46:*19*
56:*11*  125:*2*
**capitalize**  127:*13,*
*25*
**captive**  44:*13*
**care**  41:*13, 14, 17*
**career**  36:*22*
**carefully**  135:*8*
**Carmody**  1:*13*
**carried**  71:*20, 21*
**CARS**  67:*23, 24*
68:*19, 21*  124:*20*
**C-A-R-S**  67:*22*
**CARS,**  67:*22*
**case**  7:*3, 9*  65:*2,*
*17, 18*  69:*9*  83:*6*
88:*24, 25*  90:*20*
114:*21*  116:*3*
134:*4*
**cases**  50:*1*
**Cassian**  1:*23*
**catch**  85:*15, 17*
**cause**  48:*12, 13*
**CBS**  120:*24*

**center**  40:*24*
121:*24*
**centered**  106:*6*
122:*12*
**Central**  99:*25*
119:*10*
**centralized**  33:*12*
**certain**  66:*16*  68:*3*
**certainly**  98:*5*
110:*2*  125:*8*
**CERTIFICATE**
135:*1*
**certify**  133:*3*
135:*4, 12*
**CFO**  14:*5*
**chain**  25:*23*  26:*4*
**chairman**  31:*23*
**challenging**  91:*9*
**chance**  131:*18*
**change**  18:*15*  33:*4,*
*7*  70:*15*
**changed**  43:*8*  44:*7,*
*9*  84:*13*  116:*8*
131:*21*
**changes**  27:*3, 23*
79:*25*  81:*22*  84:*10*
**Channel**  98:*22*
102:*16*  105:*9, 10,*
*11, 15, 19, 19, 25*
106:*6*  111:*8*
116:*11, 14, 20*
117:*9*  118:*10, 12*
128:*17, 18*  129:*4*
130:*6, 7, 15, 17, 22*
131:*22*
**characterize**  10:*17*
91:*7*
**charged**  64:*24*
65:*3*  71:*15, 16*
73:*14*  86:*21*
**charge-off**  72:*2*
**Charity**  51:*3*
**check**  59:*2*  65:*14*
**Chevrolet**  12:*25*
13:*3*
**Chicago**  38:*2*
**chief**  98:*8*
**China**  30:*18*
**choice**  45:*18*
**chose**  22:*10*  82:*2*

chosen  117:8
chunk  22:11
chunks  103:16
Church  1:14
circumstances
  90:21  127:22, 24
CIT  25:7, 7, 14
  26:4, 10  30:21
  31:16, 21, 22  32:3,
  12  35:15, 16  37:17
  38:7, 13  39:24
  40:21  41:16, 17
Civil  1:4
clarify  9:13
clause  82:23
CLE  12:7
clear  42:13  98:22
  102:16  105:4, 9, 10,
  11, 15, 19, 19, 24
  106:5  111:8
  116:11, 13, 19
  117:8  118:10, 12
  127:16  128:17, 18
  129:4  130:6, 6, 15,
  17, 22  131:11, 22
close  13:21
closes  93:19
closing  47:5, 12, 20
  94:22  95:1, 2, 6
CMI  19:3, 5
Coghlan  106:1, 13
  130:18, 21
collat  65:25
collateral  98:19
collecting  28:17
collections  49:3
college  12:14
column  78:9
combination  83:13
combined  39:6
come  7:24  29:25
  33:13  36:11, 22
  88:19  108:21
comes  15:25  29:11
  30:10  79:16  113:7,
  15
comfortable  34:25
  111:21, 22, 25
coming  5:10
  116:25

commenced  5:1
  90:18
commenting  118:9
commission  133:22
  135:25
committee  124:21
communicate
  51:23  52:2, 9
  120:15
communicated  8:2,
  3  52:15  116:6
  120:22
communicates  72:6
communicating
  96:22  109:7
communication
  8:20  94:23  110:13
  113:8  119:12, 18
communications
  11:11, 13  60:17
  118:21  119:4
  120:5  125:6  130:6,
  21  131:1  132:16
companies  15:22
  18:5  21:11, 17, 19
  35:15
company  11:4
  13:2, 5, 6, 8  14:4
  15:5, 25  18:6, 25
  19:2  21:19, 20
  23:23  25:1  26:24
  27:12, 14  41:7
  91:12  102:17
  111:11  127:8
  128:1  130:1
compelled  59:12, 13
competitive  44:19
  45:4, 14, 19
competitors  44:13,
  14  51:23
complaint  43:18
completely  20:3
  77:14  130:15
complexity  46:14
  47:8
component  118:18
concept  27:19, 20
  82:11
concern  30:12
  94:3, 12, 14, 16, 18
  110:3

concerned  93:21
  94:8
concluded  132:25
condition  74:18
conditions  81:19
conduct  117:25
conference  113:18
  114:2
confidential  53:17
confidentiality
  53:10, 16, 21  54:2
confirm  119:8
confound  43:20
conjunction  71:7
  132:9
connect  65:5
CONNECTICUT
  1:1, 14, 24  2:10
  5:5  135:4
connection  9:23
  10:4  60:14  62:20
  64:20
conservative  66:8,
  21
considerably  18:20
considerations  27:2
considered  86:7, 8
  115:9
considering  89:9
consist  9:1
consisted  127:7
consistent  95:23
consistently  56:2
  95:24
consists  75:11
constant  113:10
contact  47:4, 12
  95:3
contest  117:11
  118:1, 2
context  63:17
Continental  14:17
contingent  38:1
  99:22  106:21
continue  74:4
  122:14, 18  123:6
  127:13
continued  108:19
continuing  12:7
  102:10  108:19
continuity  3:13

continuous  27:6
  29:8
contract  52:3, 5
  70:21, 22  75:2
  76:15, 16, 18  117:5
contractual  52:11,
  17
conversation
  100:22  101:5, 15,
  24  106:13  113:14
  114:14  115:7, 19,
  22
conversations  7:23
  60:25  61:5  101:2,
  8  106:2, 14  114:8
  121:2, 10, 14, 15
  124:9, 10  130:9
cook  13:17, 20
copied  125:9  127:4
copies  7:25  9:7, 8,
  9
copy  7:20  8:9, 23
  125:9, 10
core  89:6, 7  92:24
corner  103:20
Corp  23:25
Corp.  25:11
Corporate  11:23
  91:25, 25
Corporation  13:9
  18:7, 25  19:4  22:2
correct  7:14  8:9
  9:11, 16  10:18
  11:13  12:5  18:2
  21:5  24:2, 6, 11, 20
  25:12  26:11  28:25
  29:1, 12, 17  30:3
  31:14  32:4  33:3
  34:21  36:2, 5, 12
  37:18  38:17  39:20
  41:25  42:17, 20
  45:12  47:22, 25
  49:12  54:8, 13
  58:1  59:7  60:11,
  12, 16  63:15, 19
  65:12  67:2, 10, 14
  71:19, 22  72:5
  75:12  78:4, 12, 15,
  16  82:20  88:2, 20
  89:14  90:10  92:5
  95:5  97:8  99:15

104:*24*  107:*3*
118:*12, 13, 20*
**CORRECTION**
134:*7*
**corrections**  133:*5,*
*6, 18*  134:*1*
**correctly**  49:*14*
**Cost**  42:*25*  44:*12,*
*19*  45:*2, 4*  63:*7, 13*
64:*13, 15*  84:8, *9*
85:*5*
**costs**  28:*16*  84:*7, 8*
**counsel**  8:*3, 8*
*9:13*  71:*7*  83:*14*
135:*12, 16*
**counterparties**  52:*3*
**counterparty**  52:*5*
**country**  92:*22*
**county**  133:*15*
**couple**  21:*17*
*90:15*  131:*23*
**course**  115:*2*
**courses**  12:*7*
**COURT**  1:*1*  5:*23*
**credit**  13:*16*  15:*9,*
*10, 11*  16:8, *9, 17*
*17:6*  20:*14, 17, 19,*
*20, 24*  24:*19*  26:*19,*
*21*  33:*11, 12, 19*
*36:10, 14, 15, 17, 18,*
*19, 20, 23, 25*  37:*3,*
*4*  51:*6*  68:*3*  73:*21,*
*22*  90:*22*  91:*5*
*98:8*  119:*10*
**credits**  14:*11*
*15:12*
**creditworthy**  20:*25*
**crisis**  35:*7*
**criteria**  17:*4*
*26:17*  33:*20*  34:*7*
**critical**  118:*18*
**criticized**  67:*24, 25*
*68:2, 4, 7*  70:*6*
*73:10, 12, 19, 24*
*74:5*  98:*9*  104:*18*
**CSR**  1:*22*
**curiosity**  123:*10*
**current**  129:*25*
**Currently**  33:*10*
**Cursory**  11:*12*

**customer**  14:*15, 23*
*28:14*  29:*5*  34:*24*
*42:3, 16*  45:*23*
*46:11*  47:8, *12*
*48:16*  49:*13*  51:*3*
*53:6, 11, 16, 19*
*54:1, 3, 23*  55:2, *11,*
*22*  56:*12, 13*  57:*16,*
*17, 22*  58:*21*  59:*9*
*64:25*  65:*2, 7, 7, 10,*
*15*  73:*25*  77:*23*
*91:17*  95:*4*  114:*19*
**customers**  15:*12*
*19:8*  24:*21*  25:*2*
*29:15*  40:*22, 22, 24*
*41:2*  46:*10*  56:*24*
*77:17*  88:*4, 6*
**cut**  95:*9, 13*

**< D >**
**danger**  74:*1*
**data**  9:*15, 23*
*28:16*  40:*24*
**DATE**  1:*12*  96:*7*
*97:10*  116:*23*
*117:1*  118:*8*
*134:25*
**dated**  4:*14, 15, 21,*
*22*  67:*11*  71:*8*
*83:23*  93:*20*
*110:19, 24*
**dates**  23:*20*
**Daughters**  51:*3, 5,*
*9*
**DAVID**  1:*8*  5:*11*
*134:6*
**day**  21:*17*  124:*22*
*133:16*  135:*5, 19*
**days**  21:*22*  90:*18*
*108:23*
**day-to-day**  95:*2*
*108:12*
**deal**  6:*10*  14:*14*
*36:3*  43:*3, 3, 4*
*46:2*  60:*3*  62:*20,*
*21*  66:*1, 4, 11, 12,*
*16*  77:*14, 22*  79:*7*
*80:10, 14*  81:*9, 23*
*82:23*  87:*23*  88:*4,*
*8*  89:*10, 11*  90:*10,*
*24*  91:*18, 20*  92:*1*

**customer**  93:*5, 6, 22*  96:*9*
*111:22, 23*  120:*15*
*131:21*  132:*12, 14*
**dealing**  96:*17*
*128:9*
**dealings**  55:*6*
**deals**  20:*6*  25:*25*
*32:13*  34:*5, 7*  37:*5*
*62:23*  77:*13*  88:*1,*
*4*  89:*5, 12, 13*
*93:14*  125:*17*
**dealt**  24:*21*
**debt**  13:*16*  14:*10,*
*12*  15:9, *11, 13, 17,*
*21*  16:*7, 9*  20:*7*
*35:1, 6, 16*  58:*15,*
*19*  59:*8*  128:*1*
*129:3*
**decade**  23:*21*
**December**  31:*5*
*35:8*  75:*2*  76:*11,*
*16*  113:*19, 20*
*114:2*
**decide**  17:*3*  20:*18*
*96:19*
**decided**  95:*7*
**decision**  20:*19*
*104:8, 11*
**decisions**  17:*6*
**default**  98:*18*
**Defendants**  1:*9*
*2:8*  6:*19*  7:*4, 5, 8,*
*12*  62:*5*  67:*11*
*71:8*  72:*14*  76:*24*
*83:17, 19, 21, 23*
*110:19*
**define**  8:*18*
**defined**  44:*5*
**definitely**  28:*5*
**degree**  11:*22*
**Del**  119:*3, 14*
*120:7*  121:*2, 18*
*122:9, 25*  125:*7*
**delay**  84:*5*
**deliver**  60:*10*
**Dell**  31:*25*
**demand**  83:*9*
**department**  8:*12*
*33:11*
**departments**  8:*13*

**depend**  46:*11, 13*
**depended**  35:*5*
**depending**  47:*7, 19*
**Depends**  42:*7*
*49:17*  51:*2*  52:*12*
*62:21*  73:*18*  77:*18*
*80:6*  81:*6*  88:*23*
**Deponent**  5:*3*
**deposit**  63:*9*  85:*23,*
*25*  86:*2*
**DEPOSITION**
*1:12*  3:*4*  5:*1, 16*
*10:22*  11:*1*  132:*25*
*135:10, 14*
**deposits**  44:*11*
**deposit-taking**
*35:21*
**describe**  106:*2*
*107:17*  119:*4*
*126:13*  132:*8*
**Description**  4:*10*
**desk**  33:*22*
**determined**  19:*22,*
*23*
**determines**  81:*15*
**Detroit**  22:*17*
**develop**  59:*20*
*96:9*  127:*13*
**developed**  19:*21*
*40:21*  95:*11*
**development**  36:*22*
**diary**  10:*8*
**dictates**  81:*14*
**differ**  77:*11*
**difference**  43:*20*
**different**  18:*24*
*20:3, 22, 23, 23*
*21:2, 15, 16*  22:*6*
*26:14*  27:*2*  28:*11*
*30:8, 11*  48:*15*
*51:5*  77:*18*  101:*22*
*102:2, 4*  104:*22*
*119:21*  121:*19*
*129:7, 7*  130:*15*
**difficult**  91:*7*
**difficulties**  108:*6*
**digital**  59:*20*  89:*8,*
*9, 12, 13, 25*  90:*8*
**diligence**  90:*18*
**dinner**  98:*23*  99:*6*
*105:16*

**Direct** 4:5 5:8 39:21 94:22 118:21 130:5, 21 131:1 132:15
**direction** 50:11 98:17
**directly** 52:15 90:9
**disadvantage** 45:4
**disclose** 54:5 55:14
**disclosure** 55:2
**discussed** 60:22 99:20
**discussion** 42:9 76:23 100:11 107:5 112:19 121:7 126:13
**discussions** 105:19 106:5 112:9
**display** 59:19 74:17 79:7 111:17
**dissatisfaction** 48:16
**distinction** 19:13, 14
**distress** 51:13
**DISTRICT** 1:1, 1
**division** 74:13
**document** 6:23 7:1, 11 8:19 58:9 62:16, 18, 18, 22 63:1, 1, 3, 5, 9, 18 77:14 78:3, 14 79:20, 21, 23 80:1, 11 81:25
**documentation** 11:2 57:2, 19, 21 58:4 59:1
**documented** 14:10
**documents** 6:8 7:9, 12, 15, 19 8:14, 17, 18 58:20 59:2, 6
**doing** 14:3 17:9, 17, 18 20:13 24:10, 17 25:16 28:18 31:21 41:4, 6, 7 42:11 49:4 52:23, 25 54:15 66:21 68:17 80:9 81:9 92:12, 21 96:23 97:22 100:14, 18

103:18 108:11 112:11 113:16 114:21 119:25 120:21
**dollar** 49:11 104:20
**dollar-out** 42:18
**dollars** 21:18 48:11, 23 87:2 92:13
**Donald** 71:11, 12
**dotted** 33:11
**Double** 99:24 100:20 127:14 128:6 131:12
**downgraded** 102:10
**dramatically** 25:4
**draw** 72:18
**driven** 67:1
**drives** 66:16
**due** 82:16 86:10, 15, 20 90:18
**duly** 5:4 135:6
**dumping** 30:16

**< E >**
**earlier** 24:25 26:19 42:14 43:25 69:9 75:15 76:8 99:11 130:9
**early** 94:10, 12 107:24 108:3 112:14 131:25
**earn** 64:17 66:12
**earnest** 107:16
**earning** 64:17
**earnings** 69:15
**easier** 42:4
**easy** 121:5
**Econocom** 15:5, 15 16:6, 11, 15 17:11, 16
**E-C-O-N-O-C-O-M** 15:5
**economics** 106:8
**Ed** 67:14, 18, 20 68:13 70:25 83:13
**edge** 119:7
**educated** 55:21
**education** 12:4, 7

**Edward** 71:13
**effective** 126:1
**effectively** 44:16
**effort** 126:12, 12
**efforts** 128:18 129:10
**ehenzy@zeislaw.com** 2:11
**eight** 86:1
**eight-week** 131:3
**either** 6:2 33:19 44:3 75:14 87:19 119:15
**Electric** 66:12
**electronic** 8:14, 19 9:15
**electronics** 37:24
**Email** 4:14, 15, 22 9:22 11:12 67:11, 18, 19, 20 71:8, 11, 12, 14 110:19, 22 119:8, 12
**emailed** 125:10
**e-mailed** 125:9
**emails** 11:10 118:25
**employed** 135:13, 16
**employee** 135:15
**employment** 12:12
**ended** 35:13 51:12 76:12 84:22 88:21
**engines** 22:12
**entail** 15:8 32:7 33:17 36:13
**entailed** 15:9 90:21
**entails** 32:8
**entered** 46:16
**Enterprise-type** 88:6
**entire** 20:8 61:9 66:8 71:18 86:11, 19, 20 97:16
**entities** 17:17 26:3 38:9 52:10, 16
**entity** 18:25 23:13 36:16 38:19, 23, 25 39:19 40:11 41:17 44:2 59:18 75:7

102:22
**entry** 60:15
**EQUIPMENT** 1:4 13:3 15:1 17:8 26:23 27:5, 8 28:11, 15, 17 29:3 30:10 37:15 38:4, 5, 10, 12, 25 39:4, 9, 13 40:8, 9, 11 41:11, 14, 15 42:5 43:12 44:1 48:16 51:7, 8, 10 63:13 66:1, 13, 18 67:5 79:10 80:5 81:3 82:20 90:7 94:5 100:5 134:4
**equity** 23:17 132:20
**Eric** 2:10
**Esq** 2:5, 10
**Essentially** 68:10, 13 101:21
**Europe** 38:6
**Eventually** 105:9
**Everybody** 19:5 98:13
**Exact** 3:12
**Exactly** 3:11 65:2 68:13
**Examination** 4:5 5:8 135:9
**Examinations** 4:3
**examined** 5:6 135:8
**example** 9:24 41:5 51:2 73:13
**exclusive** 111:15, 16
**exclusivity** 112:15, 16, 23
**executive** 100:8
**exempt** 87:18, 18
**ex-executive** 19:2
**Exhibit** 4:11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 6:19 62:5, 8 67:11 69:4 71:8, 11 72:14, 17 76:24 77:3 83:17, 19, 21, 23 84:2 85:2, 9, 18 97:9

110:*19*
exhibits  4:*24*
existing  38:*6, 11*
exit  118:*15*
expect  66:*5, 18, 20*
72:*24*
expectation  65:*22*
expected  63:*7*
66:*8*  84:*5*
expensive  21:*3*
35:*24*  42:*22, 25*
45:*3*
expired  17:*25*
75:*2*  84:*21*
expires  133:*22*
135:*25*
explain  27:*19, 19*
52:*6*  86:*16*  90:*12*
119:*10*
explained  100:*3*
explaining  100:*1*
122:*12, 14*
exposure  34:*23*
63:*10*  67:*8*  68:*21,*
*23*  69:*2, 10, 17*
expressed  113:*4*
extend  48:*17*
122:*23*
extended  51:*12, 13*
86:*5, 6, 8*  103:*17*
extension  41:*21*
106:*4, 8, 19, 22*
107:*2, 8*  118:*15, 19*
119:*2, 17*  122:*11,*
*15*  124:*22, 23*
125:*1*  127:*18*
128:*22, 24*  129:*3, 6,*
*17, 17, 21, 22*  130:*2*
extent  53:*14, 15*
59:*24*  112:*6*
eyes  56:*7*

< F >
fact  51:*7*  56:*21*
74:*9*  94:*15*
factors  47:*19*
failing  74:*2*
failure  108:*22*
failures  107:*20*
109:*3, 9*

fair  10:*20, 21*
15:*15*  16:*23*  17:*12*
29:*8*  39:*1*  47:*14*
55:*15*  65:*1, 16*
78:*24*  81:*1*  82:*17*
105:*4*
familiar  5:*13*  6:*23*
18:*8*  62:*25*  63:*3*
far  6:*10*  38:*9*
128:*4*
fast  27:*3, 23*
feasible  28:*7*
fee  20:*9*
feel  55:*3*  103:*23*
fell  94:*1*  126:*23*
132:*3*
felt  50:*13*  92:*11,*
*15*
Field  117:*18*
FieldActivate
117:*18*  132:*10*
fifth  77:*21*
figure  67:*21*  68:*7*
file  8:*22*  70:*24*
72:*24*  73:*9, 11*
125:*16*
filed  125:*13*
files  7:*20, 25*  8:*5,*
*22, 25*  62:*19*
final  77:*22*  118:*3*
FINANCE  1:*4, 5*
5:*13*  11:*23*  14:*5*
15:*7*  17:*11, 13*
18:*24*  19:*13*  37:*15*
38:*4, 5, 10, 12, 25*
39:*4, 9, 13*  40:*8, 9,*
*11*  42:*14, 19, 20*
43:*11, 12*  44:*2, 10,*
*14, 16*  45:*2, 5, 8, 19*
47:*2*  49:*3*  61:*12*
80:*5, 10, 14*  81:*5, 9,*
*16*  82:*3, 12, 23*
83:*3*  85:*6*  86:*7, 9,*
*19, 22, 23*  87:*7, 11,*
*16*  90:*8*  128:*5, 10,*
*11*  134:*4, 4*
financed  86:*20*
88:*11*
financial  35:*7*
57:*9*  73:*20*  104:*23*
financially  135:*17*

Financing  23:*2*
42:*18*  44:*20*  61:*8,*
*11, 16*  80:*2, 3*  84:*9*
89:*7*  100:*17*
125:*14, 16, 25*
131:*16*
financings  17:*18*
87:*12*
find  20:*6, 21*
70:*14*  118:*16*
126:*13*
fine  6:*3*  7:*7*  28:*6*
43:*17*  44:*4*  72:*12*
107:*4*  122:*6*
finish  76:*1, 2*
107:*6*
finishing  3:*17*
firm  21:*20*  22:*25*
25:*5, 8*  66:*23*
112:*24*  116:*24*
first  5:*3*  12:*14*
31:*22*  35:*6*  78:*7, 9*
89:*18*  99:*9*  100:*23*
104:*7*  105:*12, 13*
122:*8*  129:*20*
131:*19*
fit  34:*12*
five  25:*2*  28:*25*
29:*2*  84:*19*
five-year  28:*24*
fix  114:*23*
fixed  84:*16*
109:*13, 23, 24*
110:*1*
flag  41:*17*
flexibility  44:*10*
84:*6*
flight  6:*13*
flip  29:*19*  33:*20*
96:*4*  100:*7*
floated  128:*22, 23*
Floor  2:*9*
Florida  99:*25*
flow  113:*15*
folded  38:*13*
folders  9:*2, 5*  11:*9*
following  135:*5*
follows  5:*6*
force  19:*21*
foregoing  133:*4, 18*

Forever  10:*13*
115:*2*
forklift  42:*5, 7*
forklifts  41:*4, 6*
88:*5*
form  8:*19*  27:*25*
32:*18*  43:*10*  45:*7,*
*20*  51:*15*  52:*18*
54:*16*  55:*16, 24*
56:*15*  57:*24*  58:*23*
62:*17*  77:*9, 12, 12,*
*15, 17, 23*  80:*18*
81:*25*  83:*1*  92:*25*
93:*10*  96:*11, 25*
104:*9*  107:*21*
109:*10*  124:*3*
126:*5, 15*
formal  12:*4*
formed  21:*20*
Fortune  40:*23*
91:*16*  92:*24*  93:*6*
forty-four  86:*1*
forward  108:*17*
118:*17*  119:*9*
123:*6*  124:*15*
four  8:*22*  9:*2*
22:*24*  23:*8*  69:*13*
94:*9*
Fourteen  13:*24*
fourth  77:*20*  104:*6*
frame  121:*11*
franchise  88:*11*
fraternity  19:*9, 10*
freight  81:*5*
Fretty  90:*15*
126:*24, 24*
front  20:*10*  61:*13,*
*16*  86:*20*  87:*19*
120:*25*  129:*15*
frozen  69:*24*
fully  6:*15*
function  12:*21*
18:*15*  26:*12, 20*
33:*9, 12, 15*  34:*4,*
*10, 15, 20*  41:*24*
44:*8*  46:*18, 19, 20,*
*21, 22*  47:*1, 2, 15,*
*21*  48:*2, 14*  88:*22*
111:*13*
functions  50:*25*

fund  19:23  100:2
funded  23:16
funding  20:6
  24:15  35:13
  127:21
funds  42:25  44:12,
  19  45:3, 4
fund-type  100:6
furniture  41:8
further  106:14
  135:12, 14
Future  63:22, 24
  123:9
FV  63:21  65:19

< G >
gained  29:13, 13
Garage  4:13  43:2,
  3  46:2  51:13
  52:13  59:16  60:8
  61:18  62:5  71:14
  77:7  84:20  85:12
  86:12  88:12, 14
  90:19  99:22
  100:16  111:15, 16
  112:5  113:23
  114:2, 9, 15  115:7,
  9  116:7  117:13
  118:9  119:2  127:9,
  10, 17  130:4
  132:11, 18
GARRETT  1:7
  5:11  134:5
GARY  1:7  23:10
  90:14  94:10, 19, 20,
  23, 24, 25  95:7, 10,
  10, 22  96:6, 23
  97:6, 14, 20  98:23
  99:3, 5, 6, 16  101:7,
  12, 24  102:1, 19
  103:8, 14, 22
  105:16  106:3, 6
  107:23  108:11, 18,
  25  109:5, 7, 24
  110:15  112:7, 9, 14,
  20  113:4, 8  115:8,
  14, 24, 25  116:2, 23
  118:8  119:6, 8
  120:9, 10  121:16,
  17  122:12  124:7
  125:7, 10, 10, 12

127:4, 15, 20
128:19, 23  129:5
131:21  134:5
Gary's  110:1, 2, 4
  120:10  121:21
  122:8
gate  93:25  94:2
GE  22:12  66:13
  128:9, 10, 11
gear  13:17
Gee  40:4  98:7
G-E-E  40:4
general  11:2
  12:17  41:5  59:7
  66:12  87:12
  101:13, 17  103:22
generally  33:1
  34:17, 23  37:7, 23
  49:25  53:14, 15
  55:6  56:10, 14
  58:6, 7, 18  61:24
  63:16  68:15  71:6
  90:7, 12  107:17
  119:24, 24  123:4
generating  46:23
getting  21:23
  22:16  28:17  49:23
  50:2  64:18  90:9
  118:18  119:7
  120:21, 23  123:23
  124:1
give  8:4, 6  9:10
  28:21  29:3  37:4
  42:4  50:19  66:11
  70:18  85:12, 15
  86:4, 12  94:24
  95:22  98:17
  119:20  124:20
  132:21
given  92:14
  117:17  135:11
giving  84:5  94:11
GKD  108:21
  110:5, 12  115:13,
  20
Glodich  36:17, 21
  67:16, 19, 21
GMNY  69:19
go  6:7, 7  11:8
  12:1  15:4  16:15
  17:10  21:25  22:23

24:22  25:10, 11
30:2  36:24  40:25
45:5, 21  53:25
68:22  69:4  70:12,
18  82:5  87:20
91:2  96:25  97:9
103:15  104:9
107:21  108:20
109:10
goal  6:1
goes  16:1  22:22
  68:3  71:4
going  6:3  7:17, 24
  8:18  10:16  12:11,
  20  13:12  19:12, 25
  20:1, 13, 18  24:23
  27:22, 24  28:20
  30:12, 15  31:12
  32:19  34:12  36:3
  40:10, 10, 20  43:2,
  9, 13  44:1  45:13,
  14  56:20  59:22
  62:17  63:25  66:19
  68:20  75:25  77:8
  78:6  79:17, 21
  85:1  87:17, 21
  92:13  94:8  95:16,
  23  96:2, 3, 4  99:23
  100:1, 8  103:15, 24
  104:17, 17, 18, 19,
  21  112:15  113:22
  117:11  121:23
  122:5, 17  123:7
  124:22  127:9, 25
  128:1, 2, 3  129:16
  131:4  132:1
Goldstein  31:25
  39:15  98:8
good  6:11  14:11
  19:22  22:11
  103:23  109:22
  113:1, 16  120:3
gosh  22:12  33:16
  60:23  114:6
gotten  23:20  46:9
  96:21  108:25
  128:15, 16
govern  54:22
graduate  11:19
  12:1

graduated  12:8, 10
granted  57:18
Graves  31:24
great  41:2  87:25
  116:5  120:21
  122:16, 22  128:11,
  13  129:11
greater  48:11
Greg  31:25  39:15
  98:8
Greg's  32:1
ground  5:21
group  9:4  30:6
  31:2  33:18  68:2
  73:24  74:6  96:3
  98:11  99:10, 21
  100:3, 5  105:15
  126:18, 22, 23
  127:21, 24  128:12
  130:16
groups  49:2
guarantee  11:6, 8
guarantors,  74:10
guess  46:3, 17
  53:24  60:23  62:17
  67:1  72:25  73:2, 4
  83:5  91:6  96:22
  102:21  120:25
  121:23  126:11
guessing  73:5
guiding  92:5
guy  19:5, 6  31:24
  107:19  115:15, 16
  119:2, 3  121:5
  130:19
guys  51:9  61:13
  68:11  90:15  102:9
  103:14  111:8
  116:1  120:20
  122:4  123:4
  129:12  132:19, 20

< H >
half  39:11  66:13
  96:2  129:22, 24
hand  135:19
handed  9:3
handful  89:16
handle  95:16
handled  46:25
  47:1  68:1

handling 21:20 49:14 95:16, 20
happen 21:13 22:14 30:24 33:15 66:21 121:20 125:5
happened 19:9 72:3, 3 78:1 95:8 108:16 114:7 132:9
happening 47:9 72:7 98:14 109:4 119:11
happens 30:9
hard 9:6, 8, 9
Harry 106:1, 13 130:18, 20
Hartford 1:24 113:23
Haven 1:14
head 5:24 13:17, 20 32:1, 3 33:2
health 41:13, 14, 17
hear 72:2
hearing 27:21
Heat 88:10, 12, 16, 25 89:10, 18 92:12, 18
HELD 1:13 56:24
Helen 98:7, 7 110:23
Hellemont 19:1, 1 22:24 23:10
Helmrich 71:11, 12, 13
help 112:25
helped 96:16
helpful 6:9
Hennessey 1:13
Henzy 2:10 4:5, 24 5:8 6:22 8:7, 16 28:1, 4 31:6 32:18, 22 42:10 43:12, 17, 21, 23 44:6 45:10, 16, 24 48:8 51:18 52:21 54:18 55:19 57:3 58:2 59:4 62:7 67:13 71:10 72:12, 16 73:3 76:3 77:1 80:20 83:7, 25

90:2 93:4, 11 96:14 97:3 103:1 104:14 107:4, 10 108:4 109:15 110:21 121:6, 8 122:3, 7 124:6 126:8, 16 132:21
hereto 135:16
hey 68:16 95:15 96:2 122:14
high 42:25 43:1 45:18
higher 28:21 93:5, 8, 8, 13, 13
hired 101:7 104:1 112:21 116:24 128:19
historically 42:2
history 12:12 27:16
hold 24:14 34:16 123:14
hope 109:13, 23 113:6
hoping 81:21 109:24
Hospital 51:4
hospitals 41:16 51:5
Hotel 99:24
hour 122:4
HTF1700 4:16 72:15
HUNTINGTON 1:4 5:12 7:9, 16, 19 8:12 9:14 31:12, 14 32:23 36:10, 11 43:6 46:3, 9, 21 47:4 53:1, 9 54:11 55:1, 9 58:20 60:18, 19 61:6, 7 62:2, 19 70:4, 13, 18 71:2 73:8 76:12, 13 82:19 83:8 98:9 103:2 124:19 126:4 134:4
Huntington's 100:13 105:8, 20 106:14

< I >
IBM 12:15, 16 13:4
idea 64:3 81:12 113:2, 2 123:7 125:1 128:4, 22, 25
ideas 129:11, 15
Identification 6:21 62:6 67:12 71:9 72:15 76:25 83:18, 20, 22, 24 110:20
identified 72:20
identify 48:10
imagine 126:6
imminent 74:1
impacted 108:11
impacting 109:6
implement 103:15
implicit 64:16
importance 122:11
important 109:14 122:15 123:23, 25
inception 10:14 31:20 87:24 111:12, 18
including 133:5
income 20:10 69:16
increases 66:6, 10
Indicates 3:15
indirect 25:18 31:23 33:24
individual's 57:15
industries 21:16
industry 130:19
information 6:5 9:25 10:20 28:20 29:13 53:5, 11, 17, 20 54:3, 5, 23 55:2, 11, 14, 22 56:12, 13, 18, 21, 22 57:5, 7, 10, 11, 15, 16, 17, 23 58:21 59:5, 10 131:5, 20
informational 126:25
in-house 8:2 9:21 71:7 83:13
initially 94:24

95:5 118:25
in-person 121:17
input 8:15 48:7
inside 91:8
insisting 116:7
install 84:4
installment 80:4
institution 35:22
Insurance 14:17
intention 35:8
interest 63:16 64:7 65:5, 11, 15 69:16 70:5 74:11 75:3 76:12, 12 100:18 102:12, 22 103:2, 21 105:8, 20 107:1 124:4 127:16
interested 21:1, 4 103:6 106:7 132:14 135:17
Interesting 14:25
interests 106:15
internal 9:14 53:10 55:5, 8 56:4 64:8, 10, 11, 21 91:1
internally 33:12 70:12 71:2
Interrogatories 4:11 6:19
interrupted 3:14
introduced 101:25
invest 20:19 22:10 132:2
investment 17:4 26:17 33:19 37:9, 25 67:3, 4, 4, 8 100:16, 17 127:8 130:7, 22 131:2, 8
investments 19:22 100:10
investor 20:2 118:16 125:3 126:13
investors 20:25 103:16
invoice 15:25 46:23 48:25
involved 46:9 48:20, 22, 24 49:5,

*16, 24* 50:*2, 2*
*59:23* 68:*24* 87:*23*
88:*7, 13* 89:*5* 90:*9*
95:*8* 97:*4, 25* 98:*2*
99:*16* 130:*14*
**involvement** 129:*9*
130:*5*
**IRR** 64:*8*
**issue** 62:*2* 86:*16*
95:*23* 103:*12*
109:*4, 5, 6*
**issues** 47:*13* 48:*6,*
*12, 15, 19* 49:*6, 20,*
*23* 107:*12*
**its** 58:*20* 62:*19, 23*
68:*3* 74:*17* 76:*12*
77:*13* 125:*17*

**< J >**
**Jaffe** 18:*9*
**January** 69:*3* 73:*1*
74:*9*
**Jay** 23:*11*
**Jerry** 119:*3, 14*
121:*16* 125:*9, 10*
**Jersey** 13:*2, 6*
**Jill** 101:*12*
**job** 12:*14* 13:*6*
41:*2* 112:*10*
**jobs** 49:*4*
**Joe** 98:*21, 23* 99:*1,*
*3, 6, 8, 9, 13* 100:*7,*
*11* 102:*18* 103:*8*
104:*25* 105:*6, 11*
**JOHN** 1:*8, 12* 2:*5*
4:*4* 5:*3, 11* 8:*24*
36:*16, 17, 20* 62:*13,*
*14* 67:*16, 21* 90:*14*
95:*10* 115:*8*
128:*23* 132:*12*
133:*3, 10, 17* 134:*5*
135:*6*
**joined** 16:*16*
**jokeefe@metzlewis.c**
**om** · 2:*5*
**Jr** 2:*5*
**judgment** 65:*25*
**July** 94:*6*
**jump** 36:*13*
**junior** 12:*18*

**JURAT** 133:*1*

**< K >**
**KARL** 1:*8* 134:*6*
**keep** 10:*7* 22:*7*
28:*20* 35:*18* 96:*6*
122:*5* 125:*22*
**kept** 24:*24* 116:*23*
117:*1* 118:*8*
**key** 111:*8*
**kind** 6:*16* 9:*14*
10:*7* 11:*10* 14:*3*
15:*21* 17:*13, 14*
26:*19* 30:*12* 34:*3*
48:*12, 25* 50:*25*
95:*2* 104:*6* 107:*11*
117:*11* 132:*18*
**kinds** 21:*15* 68:*11*
**Kitchen** 67:*14, 18,*
*19, 20* 68:*14* 71:*13,*
*13* 83:*13*
**Kmart** 25:*3*
**knew** 19:*6* 75:*25*
87:*8* 102:*18* 108:*7*
114:*12, 24* 115:*2*
**know** 5:*11, 22*
9:*20* 10:*2, 3, 19*
14:*19* 17:*12* 37:*12,*
*19* 38:*10, 20* 39:*3*
40:*3, 17* 42:*14*
46:*4* 50:*18* 52:*5*
53:*9, 14, 15, 19, 23,*
*25* 54:*14, 19, 20, 21,*
*21, 24* 56:*6, 22*
59:*24* 61:*21* 63:*16*
65:*2* 67:*14, 16*
68:*9, 18* 72:*25*
73:*5, 7* 75:*13, 14*
76:*19* 79:*13* 84:*2*
89:*17* 96:*12* 98:*12*
100:*18, 23* 102:*15,*
*17* 110:*9* 111:*19*
115:*1, 15, 22*
116:*11* 117:*20, 25*
118:*1* 123:*2, 2*
125:*13, 14, 19, 21,*
*25* 126:*3, 9, 10*
127:*11* 128:*19*
129:*24* 131:*24*
132:*2, 4*

**knowledge** 59:*17*
70:*23* 92:*17* 133:*6*
**known** 61:*9, 24*
75:*10* 114:*25*
**knows** 103:*9* 123:*9*

**< L >**
**lag** 102:*11*
**laid** 56:*7* 64:*19*
**Laimveer** 23:*10*
**language** 78:*20*
79:*24*
**lapse** 125:*20* 126:*4*
**lapsed** 126:*3*
**laptops** 30:*7*
**large** 37:*25* 40:*24*
41:*1* 44:*13, 13*
103:*16, 16*
**larger** 38:*14*
**largest** 25:*2*
**Larry** 31:*24*
**late** 96:*21* 101:*16*
105:*23* 126:*19, 25*
127:*1* 130:*18, 20*
**late-night** 6:*13*
**laws** 54:*14, 22*
**lawsuit** 83:*8*
**lawyer** 10:*23, 24, 25*
**lawyers** 12:*6*
**lead** 64:*14*
**learned** 16:*13*
**Lease** 4:*17* 10:*16*
11:*5, 7* 16:*20*
17:*11, 12, 25* 24:*12,*
*14, 15* 26:*25* 27:*20*
28:*24, 25* 29:*23*
34:*16* 44:*15, 21*
45:*5, 19* 46:*16*
48:*18* 60:*15* 61:*11,*
*12, 22* 62:*1, 20*
64:*2, 14* 65:*1, 3, 15*
73:*9* 76:*24* 77:*6, 6,*
*9, 12* 78:*14* 79:*8, 9*
80:*6, 9, 17* 81:*5, 11,*
*12, 16, 16, 17, 24*
82:*3, 3, 4* 83:*4*
84:*19, 21* 86:*8, 9,*
*18, 19, 21, 23* 87:*3,*
*3, 7, 16, 16, 16*
93:*20* 96:*1, 10, 17*

102:*24, 25* 104:*8,*
*12* 127:*19*
**leased** 13:*17*
**leases** 14:*8, 9* 15:*1*
16:*21* 17:*17, 19, 20*
19:*8, 13* 20:*11*
22:*7* 26:*5* 42:*11,*
*12, 13, 14, 21* 44:*10*
45:*1, 2, 8* 61:*16*
86:*22* 87:*11*
**leasing** 13:*2, 5, 6, 9,*
*14, 22* 15:*3, 13, 15,*
*22, 25* 16:*14, 16*
17:*10, 16* 19:*3, 7,*
*10, 20* 21:*11, 16, 19,*
*20* 25:*6, 7* 26:*23,*
*24* 27:*11, 14* 38:*1*
40:*21, 25* 44:*13, 14*
79:*10* 80:*2*
**leave** 32:*20*
**leaving** 25:*10*
**left** 13:*13* 18:*6*
19:*4, 11* 31:*23, 24*
67:*5* 74:*2* 86:*6*
102:*16* 105:*17*
**legal** 38:*9, 19* 71:*7*
115:*12, 20*
**lender** 120:*13, 14,*
*18*
**lenders** 21:*2*
**length** 49:*12*
**lessee** 26:*3* 29:*23*
52:*10, 16* 53:*6, 11*
83:*4*
**lessees** 47:*4*
**lessee's** 51:*23* 52:*3*
82:*20, 21*
**lessor** 29:*11* 56:*10*
82:*18*
**lessors** 25:*21* 82:*11*
**level** 49:*7, 9*
108:*10*
**levels** 28:*11*
**leverage** 20:*5*
**Lewis** 2:*1*
**lien** 83:*6*
**life** 65:*14*
**lightning** 108:*25*
**lights** 110:*8*
**likelihood** 27:*9*

Case 3:18-cv-01708-VLB   Document 48   Filed 09/13/19   Page 52 of 65

5/6/2019                    John Zimmeth                    Page: 15

limited  92:*16*
limiting  53:*1*
line  44:*12*  134:*7*
lined  103:*22*
lines  33:*11*
lingered  106:*23*
Liquid  101:*1*
103:*25*  112:*21*
113:*5, 7, 9*  116:*17,
18*
liquidated  27:*1, 4*
28:*13*
liquidation  28:*13*
30:*4, 15*  75:*17*
76:*4*
listed  67:*22*  68:*18,
19*
listen  115:*25*
little  20:*22*  27:*1*
42:*1, 22*  43:*7, 22*
66:*7*  75:*15*  84:*6*
85:*12*
LLC  1:*5, 23*  71:*14*
134:*4*
LLP  1:*13*
load  128:*1*
loan  10:*14*  46:*16*
63:*14*  71:*17, 18, 20*
98:*12, 15*  102:*12*
104:*18*  131:*8, 9*
loans  15:*17*
local  19:*6*
located  37:*10*
location  17:*9*
120:*10*
log  10:*7*
London  89:*24, 25*
long  10:*12*  13:*10*
16:*11*  18:*4*  19:*16*
24:*22*  30:*21*  52:*24*
74:*23*  86:*11*  121:*1*
125:*25*
longer  73:*21*
74:*11*  76:*13*  84:*4*
long-term  103:*19*
look  14:*23*  41:*3*
70:*21*  85:*1*  91:*22*
115:*16*  116:*2*
117:*5*  128:*3*
looked  11:*12*  19:*20*

looking  20:*17*
62:*24*  63:*6, 9*
78:*20, 25*  82:*18*
84:*1*  90:*8*  102:*8*
104:*20*  120:*2, 14*
looks  111:*6*
lost  76:*12*
lot  27:*7, 17*  84:*12*
99:*22*  116:*4*
132:*13*
love  123:*4*
lower  66:*22*  86:*4*
lowered  85:*16*

< M >
MACQUARIE  1:*4*
22:*16*  31:*2, 3, 7, 13,
15, 20*  32:*6, 13, 23,
24*  33:*1*  34:*1, 16,
16, 20*  35:*3, 13, 18,
21*  36:*1*  37:*7, 8, 15,
17, 19*  38:*4, 5, 8, 9,
10, 11, 24*  39:*3, 9,
13*  40:*5, 6, 8, 9,
10, 11, 21*  41:*19*
42:*11, 20*  43:*4, 6,
10, 11, 24*  44:*1, 4,
17, 20*  45:*1*  46:*3, 8,
20*  47:*3*  49:*5*
50:*15*  53:*1, 9*
54:*11*  55:*1, 9*
58:*19*  59:*25*  60:*2,
9, 13, 18, 19*  61:*6, 6,
22*  62:*1, 18, 22*
77:*7, 9, 13*  78:*3, 14*
79:*23*  80:*1*  82:*19,
24*  87:*22, 23, 25, 25*
88:*7*  89:*4, 11, 25*
90:*3, 7, 23*  91:*8, 10*
92:*7, 22*  93:*6*  96:*9,
24*  98:*10, 11*
102:*21*  104:*7*
116:*7, 10, 13, 16, 19*
118:*11*  125:*13, 16*
127:*16*  134:*4*
MacQuarie's  81:*8*
91:*13*  93:*12*
102:*22*
Magrin's  91:*21*
maintain  20:*9*

35:*2*  53:*18*  109:*19*
maintained  22:*1*
maintaining  46:*24*
maintenance  79:*8*
majority  87:*25*
making  100:*15*
109:*22*
man  98:*21*
manage  22:*17*
50:*10*  74:*3*
managed  14:*4, 5*
25:*24*  31:*23*  53:*4*
73:*23*
management  36:*21*
38:*24*  47:*18, 21*
48:*2, 14*  50:*3, 25*
90:*22*  97:*13, 16*
98:*11*
manager  15:*7*
25:*17*  62:*15*
managers  22:*25*
32:*9*
manages  36:*15*
managing  32:*8, 10*
37:*1*  50:*17*  51:*21*
52:*2*  68:*16*  97:*25*
98:*1, 2*
manila  9:*2*  11:*9*
manner  38:*15*
manufacture  110:*7*
manufactured
110:*8*
manufacturer
110:*6*
March  32:*25*
97:*10, 18, 24*  98:*16*
135:*20*
marginally  20:*23*
MARK  1:*8*  134:*6*
Marked  6:*20*  62:*6,
8*  67:*12*  71:*9*
72:*15, 17*  76:*25*
77:*3*  78:*23*  83:*18,
20, 22, 24*  84:*1*
110:*20*
market  27:*4*  29:*8*
30:*1*  33:*14*  35:*12*
65:*1*  66:*14, 14, 15*
81:*1*  82:*17*  89:*9*
103:*5*
marketed  18:*2*

marketing  12:*18,
18*  13:*1*  102:*4*
marketplace
101:*13, 18*
markets  33:*9*
34:*15, 19*  36:*7*
46:*19*  92:*23, 23*
Marty  101:*9*
102:*7, 13, 20*  105:*1,
6*
master  11:*5, 7*
80:*6, 11, 15, 16*
81:*9, 12, 17, 24*
82:*3, 4*
match  24:*18*
material  21:*19*
47:*13*  48:*6, 9, 23*
49:*15, 19, 21*
materiality  49:*10*
math  66:*25*  67:*9, 9*
matter  8:*11*  9:*24*
81:*6, 14*
me,  133:*21*
mean  6:*2*  9:*1*
11:*3*  14:*13*  15:*10,
14*  16:*25*  17:*12, 15*
22:*9*  23:*12*  25:*19,
22*  26:*4*  33:*22*
37:*6*  44:*18*  46:*4*
49:*20*  58:*14*  63:*17,
23*  64:*11*  65:*22*
66:*24*  67:*3, 23, 23*
68:*6, 18*  69:*1, 14*
70:*10*  71:*15*  76:*13*
77:*12*  79:*6*  80:*24*
82:*22*  91:*22*  96:*12,
16, 17*  106:*24*
109:*16*  112:*4*
115:*1*  118:*1*
meaning  14:*7*
29:*22*  47:*24*  48:*23*
49:*11, 15*  50:*2*
84:*8*
means  14:*14*
25:*20*  58:*15*  69:*15,
20*  71:*16*  95:*21, 22*
meant  74:*10*
meat  88:*24*
Media  4:*13*  43:*2,
3*  46:*2*  51:*13*
52:*13*  59:*16*  60:*8*

(860) 595-7462 - scheduling@cassianreporting.com

61:*18*  62:*5*  71:*14*
77:*7*  84:*21*  85:*12*
88:*10, 14, 15*  100:*9,
16*  102:*18*  113:*23*
114:*2, 9, 15*  115:*7,
9*  116:*7*  117:*13*
118:*9*  132:*19*
**Media's**  88:*12*
112:*5*
**medical**  21:*22*
41:*15*
**medications**  6:*16*
**meet**  33:*19*  68:*14*
99:*1, 3, 4, 13*
110:*16*  113:*23*
127:*23*
**meeting**  34:*7*
98:*21*  99:*12*
110:*18*  111:*3, 7*
120:*9*  122:*1, 8, 10*
123:*16*  130:*24*
131:*1*
**meetings**  99:*10, 16,
18, 19, 20*  121:*18*
124:*7*
**meets**  26:*16, 17*
**Memo**  4:*16*  72:*14,
18, 23*  73:*8*  74:*10*
**mentioned**  59:*8*
86:*17*  126:*11*
131:*23*
**mentions**  106:*6*
**Meridien**  25:*3*
**mesh**  88:*10, 15*
110:*8*
**met**  17:*3, 4*  74:*10*
99:*8, 9*  105:*14*
111:*9*  112:*16*
119:*15*  120:*1*
121:*25*  130:*24*
**metal**  30:*19*
**Metz**  2:*1*
**Miami**  88:*10, 12,
16, 25*  89:*10, 18*
92:*12, 18*
**mid**  118:*17*
**Middle**  2:*9*  35:*7*
108:*2*  119:*1*
**mightily**  86:*14*
**Miller**  23:*11*

**million**  33:*22, 23*
34:*2, 24*  35:*17, 21*
48:*11, 23*  49:*16*
63:*8*  64:*3*  71:*21*
72:*1*  83:*9*  86:*22*
87:*1*  91:*4*  132:*2*
**mind**  79:*16*  113:*15*
**mine**  110:*3*
**minimize**  66:*24*
**minute**  72:*11*
132:*21*
**minutes**  122:*4*
**mischaracterize**
61:*25*  76:*9*
**missed**  36:*6*
**misspoke**  23:*19*
**misstated**  28:*2*
**model**  20:*3, 4, 5*
24:*12*
**money**  16:*1*  19:*24*
20:*19*  24:*16*  29:*6*
35:*22*  51:*8*  61:*17*
70:*11*  87:*13*  116:*4*
128:*2*
**monitored**  15:*17*
**Monitoring**  129:*16*
**months**  35:*10*
85:*15, 17*  86:*4, 6*
94:*9*  128:*20*
**Motors**  12:*18*  41:*5*
103:*22*
**moved**  74:*6*
**moving**  119:*9*
124:*15*
**multiple**  81:*13, 20*
129:*5*

**< N >**
**nail**  121:*5, 12*
**name**  7:*5*  21:*23*
22:*1*  36:*16*  83:*4*
102:*17*  134:*24*
**named**  98:*21*
119:*3*  135:*5*
**narrow**  61:*4*  80:*23*
**natural**  41:*21*
**nature**  46:*15*  47:*8*
70:*7*  77:*20*
**natures**  80:*3*
**NBA**  88:*11*

**necessarily**  57:*14*
65:*22*  100:*6*
**necessary**  115:*9*
**need**  5:*22*  6:*1*
19:*25*  20:*2, 2*
28:*18*  48:*24*  50:*8,
9, 12*  55:*3*  58:*13*
62:*4*  67:*21*  68:*6*
73:*23*  80:*22*  84:*24*
98:*18*  101:*22*
109:*25*  114:*16*
123:*12*
**needed**  7:*25*  9:*10*
20:*6*  61:*15*  86:*23*
92:*3*  107:*2, 8*
114:*10, 11, 22*
129:*8*
**needing**  64:*2*
**needs**  81:*4*
**NEFF**  1:*7, 8*  5:*11,
7:*6*  134:*5, 5*
**negotiated**  51:*9*
**neither**  135:*12*
**net**  67:*3, 4, 8*
68:*23*  69:*2*
**never**  7:*1*  46:*25*
69:*11*  93:*15*  95:*15*
106:*19*  108:*7*
111:*9*  112:*4*
115:*23*  116:*6, 9*
119:*14*  128:*3*
130:*4, 14*  131:*18,
18, 19, 20, 24, 24*
**New**  1:*14*  13:*2, 6*
16:*19, 20*  19:*20*
22:*25*  24:*4, 8*  38:*1*
43:*3*  46:*2*  52:*14*
59:*17, 20*  61:*15, 19*
73:*22*  77:*14*  84:*24*
86:*18, 21, 24*  87:*12,
13, 17*  99:*1*  111:*9*
113:*23*  114:*3, 9, 15*
115:*7, 10*  116:*7, 20*
117:*13*  121:*24*
123:*8, 13*  125:*2*
128:*5*  131:*8, 9*
**Newcourt**  18:*14*
**news**  128:*13*
**nine**  35:*10*  86:*6*
**Nomura**  18:*13*

**nonaccrual**  69:*12*
70:*7, 8*
**non-IT**  41:*11*
**nonpublic**  54:*4*
55:*14*  56:*13*  57:*11*
**nonrecourse**  14:*22*
**nonstandard**  78:*13,
19*  79:*4, 5, 19*
**normal**  58:*17*
74:*3*  77:*22*  79:*9*
91:*17*  108:*12*
130:*1*
**Normally**  79:*9*
104:*22*
**northeast**  113:*22*
**Notary**  3:*5*  5:*4*
133:*21*  135:*3*
**noted**  32:*18*  133:*5*
**notwithstanding**
81:*11*
**November**  25:*15*
**Number**  19:*5*  33:*6*
47:*19*  48:*15, 19*
51:*4*  57:*10*  61:*1*
66:*25*  69:*23, 23*
70:*1, 2*  74:*7*  75:*10,
11, 13, 14*  96:*5*
102:*1*
**numbers**  67:*1*
**NY**  71:*14*

**< O >**
**Oak**  1:*23*
**oath**  133:*17*  135:*9*
**object**  27:*24*  43:*9*
45:*6, 20*  51:*15*
52:*18*  54:*16*  56:*15*
57:*24*  58:*23*  80:*18*
93:*10*  96:*11, 25*
104:*9*  107:*21*
109:*10*  124:*3*
126:*5, 15*
**Objection**  32:*18*
48:*3*  55:*16*  83:*1*
92:*25*
**observed**  73:*24*
**obvious**  114:*22*
**occasions**  61:*1*
119:*21*  121:*19*
129:*5*
**occur**  50:*13*

occurred 69:11
116:9
occurring 128:21
October 93:20
94:4 98:22, 24, 25
99:12 111:18
135:25
OEC 63:12
offer 44:14, 15
99:21, 22 126:21
127:1, 7 132:1
office 8:11 41:8, 8
79:9 120:10
121:21 122:8
officer 36:15 98:8
Off-the-record
42:9 76:23 107:5
121:7
Oh 33:16 36:11
50:21 55:5 72:3
104:2 131:3
Okay 5:16, 21 7:6,
22 8:4, 17 9:6, 12
10:3 11:14 12:13,
24 13:14, 20 14:2
15:3, 6, 14, 20, 24
16:15 17:10 18:10,
21 19:16 20:4, 20,
24 21:6 22:14, 16,
22 23:4, 8, 22 24:4,
7, 17, 22 25:22
26:12, 15 29:2, 22
30:21 31:3, 17, 19
32:3 33:13, 17
34:3, 9, 19 35:3, 25
36:6, 25 37:6, 19
38:7, 13 39:23
40:6 42:4 43:6, 17
44:18 45:10 46:2,
6, 13 47:14, 19
48:9 49:5, 18 50:1,
12, 14, 24 52:13
53:13, 23 54:19, 25
55:8 56:3 57:4, 6,
14, 20 58:18 59:25
61:4 62:14, 22
63:20 64:7 65:8,
18 66:24 67:7
68:22 69:4 70:17
71:1, 4 74:8, 23
75:6 76:6, 8 79:12,

17 80:8, 14, 21, 25
81:18 82:5 85:1, 9
88:4 89:10 91:6,
11 92:2, 10 93:16
94:7, 14 95:13
96:18 97:13, 18
98:25 99:12
101:14 102:13
103:25 104:15
105:18, 24 106:12,
24 108:5, 9, 13
110:9, 16 112:13
113:1, 7, 17 114:8,
14, 18 115:6, 18
116:16 117:10
118:24 119:22
120:4, 18, 22
121:20 122:3
123:25 124:13, 16
125:22, 25 126:3
128:4 129:9
130:20 132:15
O'Keefe 2:1, 5 8:7,
24 27:24 28:2
31:4 32:19 42:8
43:9, 14, 18 44:4
45:6, 20 48:3
51:15 52:18 54:16
55:16 56:15 57:24
58:23 72:10 73:2
75:23 76:1, 22
80:18 83:1 89:22
92:25 93:10 96:11,
25 102:24 104:9
107:6, 21 109:10
124:3 126:5, 15
132:23
old 25:5, 8
omission 3:15
Once 5:20, 21
73:12 97:6, 7, 7
108:24 113:12
120:1, 10 121:21,
23 130:25
one-off 92:20
103:17
ones 17:3, 4 19:22
81:23 125:19
one-year 84:17
ongoing 108:23

113:15
online 56:2
operate 109:18
operating 75:4, 7, 8,
9, 16
operation 44:7
operational 126:7
operations 14:6, 7
47:2 49:3 125:24
operator 108:7
operators 92:16
operator's 94:16, 17
opinion 113:4
opportunities
16:20 17:2 19:21
26:15 44:15 59:21
opportunity 17:7
32:9 46:15 48:10
51:2 86:12 92:7,
18, 22 93:2, 17
126:12
opposed 30:15
45:1 63:1
options 81:2 128:9
orally 5:23
order 20:5 30:4
66:4 130:7
orderly 28:13
organization 49:8
Original 4:17, 24
63:7, 13, 14 76:16,
18, 25 77:6 111:11
131:4
originate 14:7, 20
originated 14:9
26:5
originations 33:23,
25 35:17
Ostrowski 62:13,
14
outcome 135:17
Outdoor 101:1
103:25 112:21
113:5, 7, 9 116:18
Outlook 9:24 10:4,
10
Outside 11:7
40:19 42:1 52:13
55:20 58:8 78:17,
22 89:5 97:19

116:24 118:8
119:16 123:25
outstanding 48:11
overall 92:18
93:18
overruns 85:5
owed 51:8 70:10,
13, 14, 19, 25 83:10
87:8 116:4
owned 17:23 38:23
owner 14:4, 9
23:4, 5 24:7 60:14,
20 75:17 110:3
125:3
owners 23:9
127:10
ownership 60:22
62:2 76:16
owns 61:7 76:13

< P >
P.C 2:9
p.m 132:25
package 41:4
126:25 131:12
packager 110:7
packagers 60:6, 7
packaging 28:17
Page 4:3, 10 68:23
78:7, 7, 8, 9, 17
82:6 133:6 134:7
paid 23:15 69:10,
11 91:22 93:5
116:5 120:20, 21,
24, 25, 25 122:14,
15 123:23 124:5
128:15, 16
paid, 124:1
pallet 30:7
panels 75:12, 20
paper 8:10 70:19
71:1
paragraph 74:16
78:6 79:18, 19, 25
82:5, 8, 9, 11
Park 96:4 128:14
132:7, 11, 20
parking 132:12
part 12:16 22:2
25:7 36:9 39:8
41:16, 18 44:11, 17

73:14  79:5  98:9,
11  99:10  100:12
101:24  111:8
113:17  114:1
124:19  125:7
**participate**  116:10,
13, 19  117:2, 8
118:6
**participating**
117:10
**participations**  35:4
**particular**  14:15
17:8, 8  65:17, 18
69:12  113:14
114:21
**parties**  53:7, 20
54:5, 23  56:12, 13
57:22  59:10
135:13, 16
**partner**  88:13
112:5  122:16
125:2
**party**  29:20
**pass**  107:9
**passes**  42:16
**Pat**  100:23  101:3
103:11, 13, 14, 18,
23  104:25  105:3, 5
**patently**  114:22
**Patty**  91:21  94:25
95:6, 7, 9, 14, 15
**Pawley**  110:9, 10,
14, 16  111:4
115:19
**pay**  29:6  45:17
49:1  65:12, 13
82:15  86:24, 25
87:1, 13, 17, 19, 19
104:19
**paying**  48:18  65:7,
10  69:19  73:19
**payment**  14:17
65:6  69:10  77:21,
21, 21, 22  78:11
80:4  84:15, 24
95:24
**payments**  14:23, 24
63:8  64:13, 18
65:3, 8, 13  69:21
85:14, 16  86:13, 14

95:25  97:21
109:21, 22  113:11
**payoff**  83:6
**pays**  65:7, 15  81:4
**pejorative**  106:24
**pending**  6:4
**pennies**  104:19
**Pennsylvania**  2:4
**people**  9:14, 21
13:24  18:12  21:4
23:8  26:6  30:18
32:13  33:6  34:6, 6
36:14  37:1, 4
38:25  49:1  52:15
57:1  68:17  89:23
90:25  98:5, 10, 10,
17  99:13  113:24
114:3, 9, 15  115:7
129:10, 14  130:25
**percent**  23:5  25:4
41:9, 12  42:24
44:25  45:7, 22
64:6, 8  65:11, 16
66:13, 18  86:24, 25
87:13  103:21
127:11
**percentage**  40:16
42:23
**perform**  41:23
51:1  74:4
**performing**  26:12
61:2  73:25  92:17
127:18
**period**  21:8, 9
22:8  34:13  41:9
90:17  97:24
103:17  120:19
**permanently**  86:2
**person**  12:19
103:7  111:8
121:16  135:6
**personal**  7:20, 25
8:25  56:21, 22
57:7, 8, 9, 10, 11, 15
**personally**  133:16
**perspective**  36:21,
22
**peter**  131:15
**PGs**  127:23
**phone**  119:14

121:2, 14  124:9, 10
**Phonetic**  3:12
**picked**  33:8, 10, 14
119:2
**piece**  8:10  20:7
31:13, 15, 17  36:3,
7, 7, 8  65:10  70:19
71:1  82:17  107:1
**pitched**  90:16, 16
111:14
**Pittsburgh**  2:4
**place**  15:13, 17
16:2  18:3  20:1, 1
26:24  27:5, 10
28:15, 21  35:16, 19
38:16  59:1  66:19
70:9, 12, 17, 18
75:4  81:19  101:5,
15  106:10  121:10
122:1
**placed**  14:10, 12
**placement**  13:16
15:9, 10, 11  16:6, 7,
8, 9, 9
**places**  26:1
**Plaintiff**  8:8
**Plaintiffs**  1:5  2:1
**planned**  113:21
**plate**  73:17  88:21
**play**  7:18  132:20
**Please**  5:25
**pleased**  96:20
129:4
**plus**  100:20, 20, 20
129:25
**point**  25:7  63:11
66:2  67:6  93:20
95:3, 7, 9  96:8, 8,
18  99:8  111:25
112:2, 2, 10  115:25
123:9  124:19
**pointed**  81:23
**pointing**  79:18
**points**  75:11
**policies**  53:10, 13
**policy**  54:10, 12
55:1, 1, 10, 21, 25
56:4, 7  59:7
**Port**  59:19  75:2
76:17, 19  84:20
106:4, 20, 21, 22

107:2  118:16, 19,
22  120:11  123:2, 8,
19  127:18  128:6,
24  130:1
**portfolio**  16:19
17:2  23:13  25:17
31:11, 21, 25  32:2,
3, 8, 13  33:2  34:4,
6, 6  35:9  36:7
41:24  46:18  47:1
62:15  88:22
**portion**  20:9
**position**  73:20
76:20  100:13
**positive**  92:19
120:2
**possession**  82:20,
21
**possible**  28:7
**Possibly**  54:17
59:20  60:24  82:13
123:8
**post**  46:16  47:5,
12, 20  94:22  95:1,
2, 6
**potential**  15:12
74:1  127:1
**Potentially**  88:23
93:2  100:8  102:11,
21  105:7, 20
**practice**  51:22
52:1, 9  81:8
**practices**  21:23
**precursor**  19:3
**preferable**  104:13
**premise**  115:1
**prenegotiated**  84:23
**prepare**  10:22
11:1, 4
**present**  74:18
**president**  19:2
31:10, 24  32:1
39:18, 19  110:12
**Presumably**  21:3
34:9
**pretty**  33:7  69:25
70:3  92:14, 19
**previous**  39:24
88:9  92:12  102:16
116:2

previously 24:21
102:15
price 32:9 34:8, 9
pricing 16:19, 20
17:5 37:5
primarily 27:14
34:18 40:23 84:14
91:18 92:2 97:14
primary 121:15
principal 50:3, 6,
16
principals 92:11
101:1
prior 25:9, 10
99:12
privately 56:24
probably 31:10
50:23 53:24 72:25
82:9 95:19 101:16
121:22 122:20
124:12 126:19, 21
problem 66:25
98:12, 14 108:14
109:2 110:1, 2, 4, 4
problems 101:20
114:10, 12, 16, 23
122:13 128:20
process 59:22
73:15 90:13 131:3
procurement 120:2
produce 7:9, 16
produced 7:13
10:20 72:19
Production 4:12
6:20 7:18 10:5
Professional 135:2
Profile 4:13 62:6
project 87:19—
90:16 93:3 96:6
99:24 122:12
123:23 124:1
131:25
projections 91:13
92:14
projects 93:3
127:14, 21 131:13
promoted 32:1
properly 92:19
proposed 118:10
protect 96:23

provide 53:19
54:22 56:12 57:22
127:20
provided 3:12
53:5 58:3 61:22
provider 56:11
providing 59:9
provisions 78:5, 11,
18, 19 79:19 80:16
81:10 82:1
Prudential 103:19,
19
Public 3:5 5:5
53:24 122:21
133:21 135:3
Puglise 98:22 99:1,
3, 6, 8, 9, 13 100:11
104:25 105:6, 11
130:10, 11, 18
purchase 27:10
29:4 43:15, 15
130:7
purchased 31:14
37:17
purposes 69:18
push 123:6
put 45:4 59:19
65:21 66:4, 5
69:12 70:20 73:20
81:19 99:21
101:12 126:24, 24
128:2
putting 129:15

< Q >
quarter 68:5, 13
74:3 104:6, 7
124:18, 20, 21
question 5:25 6:4,
6, 9 27:25 28:1
44:22, 23, 24 51:16
52:4 54:21 55:17
56:16 57:25 58:24
60:23 65:6 69:18
75:22 76:2 80:19
questions 5:23
11:14 56:19, 20
57:12, 16 132:23
quickly 26:23
78:18

quite 33:19
quotes 127:20

< R >
rage 21:15
rail 38:1
raise 108:10
raised 21:17
24:24 49:7, 9
ran 31:25
range 33:7 42:24
rate 45:18 63:16,
19 64:7, 10, 11, 12,
16, 17, 17, 21, 24
65:5, 11, 15 86:25
rates 66:14, 14
93:5
rating 68:3, 3
read 82:8 110:22,
24 132:24
reading 3:3, 16
real 128:2
realize 98:18
really 6:2 14:2
16:22 17:6 53:3
85:20 100:19
111:2 121:11
122:15 123:4, 22
128:3 130:3
reason 6:14 44:20
45:2, 25 46:1
48:19 51:24 59:9
132:3 134:7
reasons 34:23
recall 52:20, 22
53:2 72:22 84:11
98:20, 21, 23
100:22 101:8, 25
102:4 106:16
112:20 113:8, 17
114:8, 14 115:6, 18
117:10 118:14
128:5
recapitalize 127:9
recapitalized
127:17
recaptured 64:2
received 59:14
Recess 72:13
recognize 62:9, 10,
17 72:21 77:2

recollection 84:3
89:20 90:14
108:19 111:1, 3
128:22
record 8:8 11:16
42:8 76:22 92:16
107:3 121:6
135:10
records 46:24
recover 30:18
recruited 13:4
reduce 86:2
reduced 135:9
reduction 69:17
Referencing 79:13
referred 88:14
referring 26:18
78:8
reflect 77:19
refresh 111:1
refreshed 129:8
refurbed 30:10
regard 75:5
regarding 53:10
55:2, 11, 21 112:10,
20 130:6, 22 131:2
regional 36:14
Registered 135:2
reiterate 116:6
related 8:10
135:13
relationship 49:12
52:11, 17 54:2
95:10, 11 103:19
relative 135:15
released 127:23
remained 84:7
remaining 82:16
remarkable 22:20
remedy 114:10, 12,
16
remember 6:5
21:22 56:6 60:25
85:2 89:17 101:2,
14, 18 102:13
105:1 107:12, 15,
16 108:24 110:17,
18 111:5, 6 112:9
113:19 114:1
117:13, 16, 17, 23
119:22 120:4

121:*4, 9, 13, 22*
122:*1, 19* 125:*6*
127:*6* 128:*18*
130:*21* 131:*1, 15*
132:*5*
**remove** 83:*5*
**renew** 29:*4*
**renewal** 27:*10*
81:*2*
**renewals** 84:*16, 17,*
*18, 22, 23*
**rent** 85:*23* 86:*3, 4*
**repeating** 7:*5*
114:*24* 115:*4*
**replace** 51:*7*
115:*10* 132:*11*
**replaced** 116:*14, 17*
**reply** 125:*11*
**replying** 110:*23*
**report** 36:*16, 19*
39:*13, 21, 25* 68:*5,*
*15* 74:*3* 98:*4, 5, 6,*
*14* 124:*18*
**reported** 25:*24*
39:*15* 98:*17*
**Reporter** 1:*22*
5:*23* 134:*1* 135:*1,*
*3*
**Reporting** 1:*23*
33:*6* 38:*16* 39:*12*
**reports** 36:*17*
**represent** 5:*11*
72:*19*
**representative** 11:*5*
**Representing** 2:*1, 8*
**Request** 4:*11* 6:*20*
10:*5*
**requested** 7:*8, 12*
**require** 48:*7* 66:*20*
**required** 102:*5*
129:*3*
**requirements** 17:*3*
26:*17* 43:*1*
**requires** 86:*22*
**Residual** 17:*22*
20:*7* 26:*25* 27:*20,*
*22* 28:*7* 29:*10, 15*
32:*16* 35:*2* 63:*22,*
*24* 64:*1, 16* 65:*9,*
*20* 66:*9, 17, 17*

75:*15* 82:*17*
**resources** 92:*4*
**respect** 87:*11*
**respond** 112:*17*
**response** 109:*8, 12*
117:*21* 123:*1*
**responsibilities**
24:*9* 36:*15*
**responsibility** 50:*3,*
*7, 17* 109:*19, 20*
**responsible** 91:*24*
**responsive** 8:*14*
**rest** 23:*17* 85:*24*
127:*12*
**restrict** 54:*14*
**restructure** 48:*18*
97:*6*
**restructured** 85:*14*
87:*6, 7* 96:*1*
**retail** 29:*21*
**retail-in-place**
28:*12*
**retired** 119:*1*
121:*22*
**return** 64:*22* 81:*3*
82:*12* 93:*8, 13*
**returned** 4:*24* 81:*4*
**returning** 81:*2*
**returns** 61:*19, 21*
**revenue** 120:*24*
122:*18*
**revenues** 94:*1*
**review** 8:*17, 20*
10:*3* 11:*2, 9* 15:*11,*
*12* 16:*8*
**reviewed** 11:*5*
61:*18* 93:*17*
117:*18*
**reviewing** 11:*7*
117:*16*
**RFP** 116:*24*
117:*14, 16, 21*
126:*24*
**Rick** 23:*10*
**Right** 16:*3* 18:*2*
19:*18* 22:*21* 27:*6*
28:*15* 32:*17* 34:*8,*
*14* 45:*9* 54:*4*
56:*17* 57:*1* 58:*8, 9,*
*20* 59:*13, 15* 65:*18*
82:*25* 87:*21* 88:*6*

89:*1, 6* 93:*19, 25*
94:*2, 3* 95:*24*
97:*10* 105:*11*
111:*16* 113:*10*
116:*11* 119:*1, 7*
122:*23* 123:*21, 24*
127:*6* 129:*2*
**rights** 58:*25*
**risen** 19:*4*
**risk** 49:*13* 64:*6*
66:*6, 10* 93:*8, 13*
98:*11*
**RMG** 98:*10, 11*
**RMR** 1:*22* 5:*4*
135:*24*
**Robin** 1:*22* 5:*4*
134:*1* 135:*2, 24*
**rods** 107:*25*
108:*20*
**role** 7:*18* 13:*2*
16:*4* 33:*2* 46:*17*
114:*11* 118:*11*
**rolled** 21:*11, 23*
**rollup** 21:*16, 22*
**rollups** 21:*14, 15*
**room** 85:*13*
**rosy** 92:*14*
**roughly** 87:*1*
**Roy** 118:*25* 119:*1,*
*4, 6, 7, 8, 13, 14, 15*
121:*21*
**rules** 5:*21*
**run** 12:*11* 48:*25*
100:*7, 9*
**runs** 78:*8*
**RV** 63:*21* 64:*14,*
*17* 65:*19, 21* 66:*3*

**< S >**
**SAD** 74:*10, 12, 13*
**salable** 103:*4*
**sale** 74:*17* 130:*22*
131:*2, 8*
**sales** 16:*22, 24*
17:*1, 5* 18:*16*
19:*21* 47:*22, 24*
61:*13, 15* 85:*13, 24,*
*25* 86:*10, 16, 19, 24*
87:*2, 8, 13, 17*
91:*23, 23* 102:*10*
104:*4* 109:*6*

111:*15, 16, 23*
112:*1, 25* 113:*12*
114:*10, 12, 16, 23*
116:*8, 20* 118:*4*
126:*12* 129:*10*
**salespeople** 32:*10,*
*12* 34:*5* 88:*19*
**salesperson** 47:*24*
50:*10* 91:*21* 95:*3*
**salvageable** 101:*22*
**Sandak** 1:*13*
**sauce** 27:*11, 13*
**saying** 56:*21* 63:*4,*
*5* 79:*1* 87:*22*
108:*24* 115:*4*
129:*11*
**says** 29:*23* 57:*21*
67:*20* 68:*19* 70:*19*
71:*13* 74:*9, 16*
106:*6*
**schedule** 80:*6, 12,*
*15* 81:*9, 14, 15, 24*
82:*2* 84:*15*
**schedules** 81:*13*
**SCHMID** 1:*8, 8*
5:*11, 12* 7:*6, 6*
115:*8* 132:*12*
134:*6, 6*
**school** 12:*1*
**scratch** 23:*14, 15*
**seal** 135:*19*
**search** 8:*13* 9:*20*
**searched** 9:*15*
**searching** 9:*21*
**second** 33:*14*
89:*18, 19* 112:*24*
120:*11*
**Secondly** 131:*21*
**secret** 27:*11, 13*
**secretary** 8:*23*
**Section** 79:*4, 5*
**sections** 81:*1, 2*
90:*23*
**secure** 122:*22*
**secured** 28:*19*
**Securities** 18:*13*
**securitization** 35:*12*
**securitize** 35:*9, 10*
**securitized** 14:*19*

security 57:10
  63:9 67:8 85:23,
  25 86:2
see 28:9, 23 29:18
  32:9 34:7 43:7
  68:23 72:24 73:8,
  10 78:14, 20
  110:25 111:7
  123:5 129:5
seeing 63:10 72:22
seen 7:1, 11 71:3
  74:14
select 60:2 118:4
selected 60:5
selecting 116:10, 19
sell 14:17 16:2
  20:8 21:6 24:12,
  15 29:20 33:21
  34:22, 22, 25 35:3
  58:15, 18 91:8
  96:2, 3, 19 102:11
  103:4 104:21, 21,
  22 107:1 109:20
  111:17 128:14, 18
  129:1, 7
selling 35:6 47:23
  59:8 94:12 102:21
  103:3 105:8
  106:14 128:20
sells 33:9 34:20
send 8:11, 24
  30:18
sending 46:23
  131:5
senior 22:24
  31:10, 20 90:22
  98:10
sense 24:18 29:5
  37:4 45:13 60:9
  66:25 82:9 106:25
sent 8:21 117:14
  131:5
sentence 3:14, 17
separate 8:15 25:1
  38:9, 19
separately 8:12
  99:4
September 71:12
  106:11, 12
series 18:5, 12

service 15:18, 22,
  22 16:2 20:8 36:1
  108:22 122:21
serviced 12:17
  15:19 108:21
servicing 16:4
  20:10 46:20, 21, 22
  47:14
set 116:2 127:22
seven 18:19
Seventy 40:18
shakes 5:24
shape 81:4
Shapiro 102:7, 14,
  20 105:1, 6
Shapriro 101:9
share 56:18, 25
  58:6, 10, 11, 20
  59:2, 5 74:19, 20,
  20
shared 57:5
sheet 127:10
sheets 131:6
shepherding 92:4
Sherry 100:23
  101:3 103:11, 13,
  14 105:1, 3, 5
shift 118:11
Shoddy 126:7
shop 13:15, 23
short 94:1
shorten 43:7, 22
showed 127:9
shrugging 113:14
shrunk 25:4
shut 122:17
Sic 3:11
side 14:5, 6 16:22,
  24 35:1 41:3
sign 46:4, 4, 6
  59:19, 20 60:2, 3, 5,
  9, 14, 20 61:2, 7, 7
  65:25 74:18, 24, 25
  75:1, 4, 7, 11 76:14,
  17 84:4 89:25
  90:16 92:12, 17
  101:21 102:22
  103:16, 21 105:8,
  20 107:13 108:2
  109:16, 17, 18, 25
  110:1 115:17

117:7 123:12
  128:5, 21 129:6, 8
signage 89:8, 9, 12,
  13 90:8
signal 108:1
signature 62:10, 12
signed 3:5
significant 39:8
  48:6
signing 3:3
similar 15:13 19:6,
  19 23:7 42:3
  132:10
simple 46:22
single-purpose
  59:18
situation 49:17
  51:14 52:12, 14
  53:2 82:12
situations 51:13, 22
  52:14 53:5
six 35:9 63:7, 8
  86:4 131:3
sixth 77:21
size 39:5, 6 46:14
  88:23
skip 31:12
slices 103:17
slip 87:22
slot 32:1
slow 123:7
Small 13:15, 23
  21:20 27:2 33:21,
  22 44:15 79:20
Smithfield 2:4
social 57:9
sold 13:16 18:12,
  13 23:23, 25 30:11,
  23 35:20, 25 36:4
  38:8, 8 51:5 75:9
  103:16 124:25
solved 85:22
somebody 14:15,
  16 18:18 20:21
  48:16 57:18 72:6
  73:23 75:17 81:21
  90:6 96:19 101:12
  102:18 103:8, 9
  104:22 116:1, 3
  125:24 129:22

132:11
somebody's 57:8
someplace 70:5
Sorry 18:23 23:19
  40:9 53:6 75:25
  80:9 111:13
  121:20
sort 9:4 27:10, 16
  30:6 42:18, 23
  48:24 57:10 85:15,
  20 86:12 92:24
  110:6 113:15
  129:11, 14 131:11
sound 15:16
  106:24
sounds 24:9 26:16
  88:3
space 27:3, 21
  28:8, 9 29:22 41:8
  100:9 102:18
speak 6:3 69:24
  75:16
speaking 10:23, 25
  38:15
special 74:13
  130:3
specialist 13:1
specific 60:25
  79:24 93:16
specifically 54:24
  60:18 61:12 62:16
  63:2 87:11 108:18
  114:17 121:13
speech 3:13
spelling 3:12
spend 27:7
spit 49:1
spoke 10:24 105:9,
  10, 11 119:13, 14
sponsor 91:25, 25
spot 113:13
stabilize 96:6
  100:17
Stadium 89:24
staggered 77:20
stagnating 85:13
Stamped 4:16
  72:15
standard 77:8, 11,
  12, 15, 17 79:14, 18,

21, 23  80:1, 8
91:13, 15
**standpoint**  36:23
91:24
**start**  24:4  64:15
78:6  94:8  95:20
**started**  18:6, 25
22:25  23:14, 15
31:22  35:6  59:19
84:7  94:11, 14
95:16  106:22
107:15  129:20
**starting**  12:10
97:4  107:16
**start-up**  91:12
**State**  5:5  6:7, 10
11:16, 19, 22  12:3,
8, 11  86:18, 21
87:17  135:3
**stated**  62:4
**statement**  125:14
**statements**  57:9
73:20  125:16
126:1
**STATES**  1:1
35:22, 23  37:13, 21
39:14, 16  40:6, 7,
12  44:2, 12
**stay**  22:17  38:19
81:10  128:6
**stayed**  94:22
**staying**  107:25
**step**  19:12  76:9
115:9
**Steve**  90:14
126:23, 24
**stipulated**  3:3
**stock**  43:15  44:3
**stood**  119:17
**stop**  69:20, 22
109:21
**stopped**  69:15, 16,
19, 21  106:25
**story**  96:2
**straight**  19:8
**straightforward**
63:20
**strange**  60:23
**strategic**  104:23

**strategy**  96:9
103:14  104:4
109:8  118:15, 17
**stream**  14:18  65:6
**Street**  1:14, 23  2:4,
9
**string**  67:19
**strong**  20:21
**struck**  108:25
**structure**  34:8, 9
36:18  39:12  63:8
79:3  80:12, 15
81:9, 24  84:25
86:19
**structured**  17:4
42:18  85:20  87:3
92:19
**Structuring**  16:20
**struggling**  85:14
86:14  95:25  96:24
113:11
**stuck**  108:1
**stuff**  17:25  19:19
23:7  29:7
**stuffed**  38:23
**styled**  5:12
**subject**  81:22
**submit**  131:19
**subpoena**  59:14
**subscribed**  133:18
**subsequent**  105:18
**subsidiaries**  38:16
**subsidiary**  16:17
24:25
**successful**  27:11,
13  92:11, 16
**successors**  18:11
**sued**  116:1
**suggested**  102:19
103:22  115:14
**Suite**  2:4
**summer**  90:17
112:14, 19
**supervision**  135:10
**supplement**  112:25
113:5
**supply**  60:9
**support**  16:24
**supported**  27:4
**Supporting**  12:25

**supportive**  119:25
**suppose**  46:3
**supposed**  54:12
55:14  75:24  107:9
**supposedly**  103:18
**sure**  14:11  24:23
28:19  53:12  56:4,
19  59:2  68:8
74:15  91:10  93:7
94:21  99:17  104:2
107:14  114:6
116:12  117:6, 7, 22
118:23  120:23
125:18  129:13
**surprised**  76:19, 21
**sweat**  23:17
**sworn**  5:4  135:7
**Sydney**  31:2  37:11
**system**  46:23
**Systems**  16:16
17:16  19:3, 7, 10,
20  25:6, 7, 14  26:5,
10  30:21  40:20

**< T >**
**take**  5:23  6:13
30:6  47:20  48:1,
13  50:2, 6, 24
72:10  76:9  101:5
106:10  112:15
115:12, 20
**taken**  5:17  50:16
133:4  135:14
**takes**  44:11  72:1
**talk**  40:5  62:1
101:13  102:2
103:11  105:3, 24
120:8  122:9
130:17
**talked**  11:10  26:2
46:18, 19  75:14
101:19, 20  103:9,
13  105:2, 5, 7
121:13  130:9, 11
131:24
**talking**  42:15
56:23  57:8, 14
59:24  78:6  100:12,
13, 15  101:17
102:7, 20  103:3, 7
104:3, 25  129:20

**tax**  49:4  61:13, 15,
19, 21  85:24, 25
86:10, 16, 19, 24
87:3, 8, 14, 17, 18,
18
**team**  16:19  17:2
68:14, 16  71:6, 7
93:2  95:11  116:8
119:10  124:18
125:24
**teams**  68:14
**tech**  107:19
**technical**  108:6
**TECHNOLOGY**
1:4  5:12  23:2
25:1  27:3, 14, 15,
17, 21  28:8, 9, 10
29:22  40:7, 14, 19,
25  41:3, 22  60:3
79:10  88:2  89:8, 8
107:12, 20  109:3, 8
122:13  124:24, 25
134:4
**tell**  5:25  10:24
13:19  26:22  34:4
64:20  78:18  95:20
96:1  114:19  124:1
**telling**  73:13
94:11  119:6
122:25  123:10, 18,
22  124:21  132:19
**ten**  50:14  123:12
129:25
**tenant**  123:5
**ten-year**  129:21
**term**  49:12  61:22
63:20  65:9, 10
66:23  78:25  79:3
84:19, 19  86:5, 6
**terminal**  123:13
**terms**  24:7, 8
41:24  81:14, 19
117:9
**terrible**  28:1  44:23
**testified**  5:6  76:8
**testify**  6:15  135:7
**testimony**  28:3
60:13  61:25  76:10
87:10  109:16
114:19  118:10

133:4  135:11
thank  5:10  116:18
Thayer  96:3
126:23  128:13
131:23  132:1, 1, 5
theory  29:3
thing  9:15  14:3
22:5  24:10, 18
31:21  67:9  85:21
86:9  96:24  108:23
122:23, 24  124:22
131:12
things  9:4  28:18
43:8, 22  57:13
85:21  92:21  95:23
99:23  100:4
103:24  119:9, 17
120:2  124:15
127:15
thingy  32:14
think  6:8, 25
11:15  22:16  23:2
28:2  34:4  36:6
43:19  45:7  52:14
58:7, 9, 19  59:11
71:3  72:8  75:6
86:17, 24  91:15
96:20  97:21
101:22  105:16
110:12, 17  113:1,
22  116:3  119:13,
15, 25  122:3, 19
126:18, 22  130:24
thinking  20:16, 17
81:20
third  36:8  53:7,
20  54:5, 22  56:12,
13  57:22  59:10
78:9
thought  19:22
32:20  74:23  93:15,
18  128:11
thousand  86:1
87:2
threaten  115:12
threatened  115:19
three  5:13  13:11
16:12  25:2  26:9
28:11  33:7  69:13
85:15, 17  119:21

121:5, 10  124:9, 10
129:23, 24
three-and-a-half-yea
r  84:18
three-year  84:17
threshold  112:16
threw  9:4
ticket  21:20  44:15
tie  69:6
till  13:12
time  6:5  12:10
21:8, 9  22:8  27:7
33:8, 24  34:1  41:9,
10  52:24  56:18, 24
57:5  59:25  61:9
63:6, 11  65:8, 13
66:2  67:5, 6  69:11,
20, 24  75:11  93:21
94:25  96:8, 9, 18
97:17, 18  99:9
102:13  103:10
105:12, 13, 15, 25
108:24  111:17
112:10  120:1, 11
121:1, 11  126:25
128:21  129:4
132:10
times  5:19  96:5
131:23
title  12:25  13:18
31:9  37:14  39:17
42:16  61:7  83:3, 4
107:8
today  6:16  24:23
46:3  70:2  74:20
75:1
told  37:6  55:13
100:4  102:1
107:23, 24  112:14
114:9, 15  119:23
120:23  129:5
Tom  14:9  94:11
110:9, 10, 13, 16
111:4, 5  115:19, 23,
25
top  62:11  67:20
71:14
Toronto  18:14
Torrance  1:13
Total  13:25  14:1

touch  41:18
101:12
tough  51:6  91:8
Tower  25:3
track  92:15  125:22
Trade  121:24
trading  37:24
traditional  26:19,
24  35:14
trailing  3:16
training  12:23
55:5, 20  56:2
trainings  55:8, 24
transaction  20:8
26:22  33:18  35:5
46:12, 14, 15  47:9,
11  48:1, 6, 9  63:25
64:4, 5, 13  73:25
77:18  80:7  81:7
86:11  88:9, 11, 13,
15, 17, 18, 18, 24
89:2  111:14
transactions  33:10
42:16  47:13  49:6
77:16  80:2, 2
91:23
transcript  3:4
134:1
transfer  57:18
82:25  83:5
transferred  70:24
transferring  82:19,
24
travel  98:25
113:21
Tree  99:24  100:20
127:14  128:6
131:13
trick  6:1
tried  128:14
true  10:12  17:17,
20  19:8, 12  20:11
28:25  42:11, 13
45:1  61:11, 25
64:14  65:3  80:17
81:11, 16  87:3, 16
133:4  135:10
truth  133:17
135:7, 8
truthfully  6:15

try  33:20  96:23
97:14, 20  112:25
123:6
trying  20:18
24:18  27:7  29:13
43:19, 21  45:5, 15
58:15, 16, 16, 18
61:4  80:7  92:2
96:5  103:15
106:25  119:1
124:17  132:13
Tufo  119:3, 14
120:7  121:2, 18
122:9, 25  125:7
turned  122:2
twice  86:17  96:1
two  33:10  85:21
102:5  108:22
119:21  121:5, 9, 19
124:9, 10
two-and-a-half-year
84:18
two-way  79:13
two-year  84:17
type  9:22, 25
10:19  12:7  14:25
24:17  26:19  47:11
48:1  62:25  72:23
73:8  93:6, 13
types  21:2  48:15
81:13, 20  88:3
typical  17:15  43:4
78:14  93:6
typically  42:11
46:25  47:3, 22
48:5  62:19  95:2
125:22

< U >
U.S  44:11  90:3
110:12
U.S.  91:1
UCC  125:19
UCC1  125:14, 25
UCF  100:20
127:14
Uh-huh  22:19
26:7  60:1  64:23
68:25  116:15
uncertainty  74:16

**uncomfortable**
112:6, 7
**uncompetitive**
45:13
**underlying** 84:20
106:5
**understand** 5:25
7:15, 24  9:6, 12
19:13  27:8  29:14
34:4  44:22, 24
52:4  65:6  80:21,
22  107:18  111:12
**understanding**
28:23  56:10, 14
64:21  74:14  79:24
107:18, 19  108:14,
15, 16  109:2
**Unicapital** 21:12,
21, 25  22:2, 7, 10,
22  23:16, 23, 24, 25
25:13
**unit** 74:2
**UNITED** 1:1
35:22, 23  37:13, 20
39:14, 15  40:6, 7,
11  44:2, 12
**University** 11:17,
20  99:25
**unstated** 62:3
**update** 117:17
120:14, 19  124:14,
20
**updates** 94:11, 24
95:22  113:10
119:16, 20, 22
**upfront** 87:2
**upgrade** 48:17
124:24, 24
**upside** 20:9
**usable** 30:13, 14
**use** 27:6  29:8
77:13, 15, 17, 24
80:11  81:8, 22, 25
122:21
**users** 41:1
**usually** 30:9  34:23
35:1  49:10
**utilities** 79:8

< V >

**value** 26:23  27:1,
4, 5, 20, 22  28:7, 12,
12, 13, 14, 14, 20
29:8, 9, 10, 18  30:5,
8, 9, 15  32:16  35:2
63:22, 24  64:1, 16
65:1, 9, 20  66:17,
17  74:17, 19, 24, 25
75:1, 1, 4, 5, 7, 9, 15,
16, 16, 17  76:4, 6
81:1  82:17, 17
**value-based** 26:25
**values** 29:15
**Van** 19:1, 1  22:24
23:10
**Varies** 47:6, 6
**Varilease** 18:7, 8,
24, 25  19:16, 18, 25
20:2, 4, 11, 20  21:6,
10, 18  22:2  23:2,
25  24:25  25:4
35:14
**various** 75:10
**vary** 47:7
**vendor** 44:16
**verbally** 55:10
**Verilease** 25:10, 11
**Verity** 51:5, 6, 6
**version** 127:5
**versus** 5:13  17:17
19:13  34:22  35:18
44:21  61:8
**vertical** 100:2
**VFI** 18:21, 22
24:24
**vice** 19:2  31:10
**view** 74:18, 19, 20
92:6, 20  93:12
109:25
**viewed** 92:8
**Virtually** 15:2
17:19  27:18  75:18,
19  79:6
**virtue** 49:19
**vision** 100:2
**VLB** 1:5
**VP** 31:20
**VS** 1:6  134:5

< W >

**walk** 34:3  78:5
**walked** 131:21
**want** 7:22  9:13
10:23  11:14  28:5
33:13, 20  34:3
41:3, 5, 8  61:14, 24
65:9  66:7, 12, 16
72:10, 17  76:9
77:24  79:17  87:9
88:4, 5  90:20
96:19  103:12
106:9  122:5
123:20  126:2
**wanted** 45:17
51:7  89:4  99:24,
25  100:18, 19
104:8  115:15
124:5  128:5
**wants** 34:24  48:17
**washer** 13:17, 20
**way** 6:14  9:3
24:24  30:11, 12
35:14  36:24  40:20
43:19  50:21  61:12,
14, 15  66:21  78:9
80:23  81:3  92:17
93:9  94:13  119:25
122:22  125:4, 11
130:1
**Wayne** 11:16, 19,
22  12:3, 8, 11
**weekend** 120:3
**Well** 11:4  17:1
18:5  21:10  22:10,
11  23:15  31:22
33:8  49:2  50:15
61:1  67:18  69:9
72:25  73:18  74:22,
25  79:6  82:15
84:12  88:16  89:7
90:14  91:12  92:13,
13  93:1, 25  94:9
95:10, 12  96:8
99:21  100:22
105:9, 21  112:2, 5,
21  113:12  121:15
123:15  127:24
128:7, 8  132:14
**Wembley** 89:24
**went** 11:16  18:21
19:11  24:2  25:2, 5

31:7, 24  35:11
72:4  76:17  85:24
94:10  111:9
120:11  121:23, 24
126:23  127:23
**we're** 10:16  20:18
22:16  25:8  31:3
34:25  41:4, 6, 7
42:13  65:23  66:3,
19, 23  79:10  86:8
96:2, 3, 4  119:24
120:21  123:2, 3, 23
124:1, 22  127:16
**we've** 26:2  61:1
122:16
**white** 107:25, 25
108:2
**wholesale** 27:1
28:12  29:18  30:1,
8, 9  75:16  76:6
**willing** 65:23  66:3,
23
**win** 45:15
**Winterbotham**
98:7  110:23
**wiping** 28:16
**wise** 38:16
**wish** 47:16
**wit** 135:6
**withdraw** 7:17
52:7  79:22  117:12
**withdrawn** 113:18
**witness** 3:4  8:8
31:5  45:9, 12, 22
48:5  51:17  52:20
54:17  55:18  56:17
58:1, 25  75:24
76:2  83:3  89:21,
23  93:1  96:12
97:2  102:25
104:11  107:7, 23
109:12  122:6
124:4  126:6
135:11, 19
**word** 3:15
**work** 19:11  21:25
24:8  31:7  88:16
97:15, 21  123:5
129:23  130:2
**worked** 12:17, 22
13:2  16:19  26:3,

10  62:15  102:15,
17  130:1
**working**  18:6, 18
90:19, 22  97:5, 14,
19  102:6, 14, 23
115:17  116:1
127:15  132:10
**workout**  68:2, 11,
16  71:4, 6  72:4
74:6
**workouts**  51:12
**works**  93:9  113:6
**workup**  9:4
**World**  13:9, 14, 22
15:3, 13, 15  17:10,
11, 13, 16  121:24
**worst**  35:20
**worth**  66:1, 5, 18
87:2  92:20  122:18
**worthless**  75:18, 19
**Wow**  14:2
**write**  102:17
**writes**  26:24
**writing**  55:10
67:21  135:9
**written**  10:7  55:25
56:4, 7  79:7  106:3
**wrong**  8:9  20:14,
16  23:20, 21  34:5
43:16  45:11

**< Y >**
**Yeah**  43:25  68:1
73:5  75:13  90:7
101:20  106:3
109:18  110:25
118:3  119:13, 24
123:4  124:15
129:5  132:7
**year**  12:22  22:13
31:4  33:23  34:2
35:17, 20  51:4
99:11  103:21
115:5  126:19, 20
**years**  13:11  16:12
18:19  28:25  29:2,
12  41:1  50:14
52:25  56:9  69:13
74:7  84:19  102:5
123:12  128:10
129:22, 24, 24

**yield**  17:3  26:16
42:25  45:23  63:19
66:16, 22, 22
**York**  38:1  43:3
46:2  52:14  59:17,
20  61:15  86:18, 21,
24  87:12, 13, 17
99:1  111:9  113:23
114:3, 9, 15  115:7,
10  116:7  117:13
**York's**  61:19
**yup**  74:4

**< Z >**
**Zeisler**  2:9, 9
**zero**  37:3  71:21
94:9
**Zimmeth**  1:12  4:4
5:3, 10  6:24  77:2
84:1  133:3, 10, 17
135:6

```
 1                            JURAT

 2

 3          I, JOHN ZIMMETH, do hereby certify that the

 4     foregoing testimony taken on May 6, 2019, is true and

 5     accurate, including any corrections noted on the

 6     corrections page, to the best of my knowledge and

 7     belief.

 8

 9
                          _____
10                                  JOHN ZIMMETH

11

12

13

14

15          At Bloomfield Hill in said county of Oakland,

16     this  20   day of June, 2019, personally

17     appeared JOHN ZIMMETH, and he made oath to the truth

18     of the foregoing corrections by him subscribed.

19

20

21     Before me, Patricia L Sheldon Notary Public

22     My commission expires: April 15, 2023

23
            PATRICIA L. SHELDON
24       Notary Public, State of Michigan
              County of Oakland
         My Commission Expires Apr. 15, 2023
25       Acting in the County of Oakland
```

| 1 | | TRANSCRIPT CORRECTIONS |
|---|---|---|

2

REPORTER:     Robin Balletto

3

4   CASE:         Huntington Technology Finance, Inc. f/k/a
               MacQuarie Equipment Finance, LLC
5              VS
               Garrett Alan Neff a/k/a Gary Neff, John
6              Mark Schmid, and David Karl Schmid

7   PAGE LINE        CORRECTION                    REASON

| PAGE | LINE | CORRECTION | REASON |
|---|---|---|---|
| 9 | 4 | Workout group | not workup |
| 21 | 8 | bought Varilease | not but |
| 18, 23 | 10 | Rick Lambeer, Garry | spelling |
| 25 | 3 | and Meridian | not or |
| 25 | 10/11 | Varilease | spelling |
| 26 | 23 | leasing technology | not just leasing |
| 26 | 25 | } There appears to be something missing | |
| 27 | 1 & 2 | } leave the thought is incomplete. I cannot recall. | |
| 31 | 2 | MacQuarie | no Cap Q (all places) |
| 33 | 19 | either our | not our either |
| 59 | 24 | Bob? | |
| 62 | 13 & 14 | Ostroski | spelling |
| 64 | 2 | needed | not needing |
| 64 | 13 | and of | missing word |
| 64 | 14 | to that | missing word |

23

24   NAME:     John Zimmeth

25   DATE:     6/14/19 & 6/19/19

```
1                        TRANSCRIPT CORRECTIONS

2
      REPORTER:    Robin Balletto
3

4    CASE:        Huntington Technology Finance, Inc. f/k/a
                  MacQuarie Equipment Finance, LLC
5                 VS
                  Garrett Alan Neff a/k/a Gary Neff, John
6                 Mark Schmid, and David Karl Schmid

7    PAGE LINE      CORRECTION                  REASON
```

| PAGE | LINE | CORRECTION | REASON |
|------|------|-----------|--------|
| 69 | 16 | any more | should be two words |
| 73 | 21 | pass credit | not past |
| 94 | 11 | Tom ? | I don't recall this at all |
| 100 | 5 | buys equipment ? I don't recall this at all | s/b companies |
| 101 | 12 | Joe no Jill | |
| 113 | 14 | struggling not shrugging | |
| 114 | 13 | all by | Missing word |
| 123 | 12 | wouldn't not would | |

```
NAME:   John Zimmeth

DATE:   6/19/19
```