**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **HUNTINGTON TECHNOLOGY FINANCE, INC.** | **:  CIV. NO. 3:18-cv-01708-VLB** |
| **FORMERLY KNOWN AS** | **:** |
| **MACQUARIE EQUIPMENT FINANCE, INC.** | **:** |
| **FORMERLY KNOWN AS** | **:** |
| **MACQUARIE EQUIPMENT FINANCE, LLC** | **:** |
| | **:** |
| **Plaintiff,** | **:** |
| **v.** | **:** |
| | **:** |
| **GARETT ALAN NEFF ALSO KNOWN AS GARY** | **:** |
| **NEFF, JOHN MARK SCHMID AND** | **:** |
| **DAVID KARL SCHMID** | **:** |
| | **:** |
| **Defendants,** | **:** |

**JOINT MOTION REQUESTING REFERRAL TO A MAGISTRATE**
**JUDGE FOR AN EARLY SETTLEMENT CONFERENCE**

Pursuant to this Court's Pretrial Preferences, defendants Garett Neff ("Neff"), John Schmid ("J. Schmid") and David Schmid ("D. Schmid," and together with Neff and J. Schmid, the "Defendants") and plaintiff Huntington Technology Finance, Inc. ("Plaintiff"; and with the Defendants, the "Parties") respectfully move (the "Motion") for a referral to a Magistrate Judge for an early settlement conference, and in support thereof, respectfully state as follows:

1.   The Parties each filed motions for summary judgment on July 26, 2019 (Doc. Nos. 36, 37, 38, jointly, the "MSJs").  The Parties each filed their responses to the other's MSJ's on August 30, 2019 (Doc. Nos. 41-44), and the Parties each filed their reply briefs on September 13, 2019 (Doc. Nos. 45-48).

2.   Since filing their reply briefs, counsel for the Parties have met and conferred telephonically and had preliminary settlement discussions. The Parties

1

represent that both Parties have concluded that a settlement conference with a Magistrate Judge will likely lead to a resolution of the case.

Wherefore, the Parties jointly request that this Motion be granted, that the Court refer this case to a Magistrate Judge for an early settlement conference, and that they be granted such other and further relief as the Court deems just and proper.

Dated this 19th day of September, 2019, at Bridgeport, Connecticut, and Pittsburgh, Pennsylvania.

GARETT ALAN NEFF ALSO KNOWN AS GARY NEFF, JOHN MARK SCHMID AND DAVID KARL SCHMID

 /s/ Eric Henzy
Eric A. Henzy (ct12849)
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: 203-368-4234
Email: cblau@zeislaw.com
        ehenzy@zeislaw.com

METZ LEWIS BRODMAN MUST O'KEEFE LLC


By: */s/ Justin M. Tuskan*
John R. O'Keefe, Jr. (phv00948)
Justin M. Tuskan (phv00926)
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222
Phone: (4l2) 918-1100
Fax: (412) 918-1199
jokeefe@metzlewis.com
ituskan@metzlewis.com
-and-
Thomas J. Sansone (c100617)
CARMODY TORRANCE SANDAK & HENNESSEY,
LLP
195 Church Street, 18th floor
New Haven, CT 06509
Phone (203) 777-5501
Fax: (203) 784-3199
tsanson@carmodylaw.com
Attorneys for Plaintiff Huntington Technology
Finance, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>*/ s / Eric Henzy*</u>
**Eric Henzy (ct12849)**